1  NICHOLAS J. BOOS (SBN 233399)
   nboos@maynardcooper.com
2  NORMAN LAU (SBN 253690)
   nlau@maynardcooper.com
3  MAYNARD COOPER & GALE LLP
   Two Embarcadero Center, Suite 1450
4  San Francisco, California 94111
   Telephone:   (415) 646-4700
5  Facsimile:   (205) 254-1999

6  Attorneys for Defendant
   WEST AMERICAN INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  PONTUS MAG VALLEJO, LLC, a          Case No. **'22 CV 1086 BEN DEB**
    Delaware limited liability company,
12                                      (Removed from San Diego County Superior
                         Plaintiff,     Court Case No. 37-2021-00049771-CU-IC-
13                                      CTL)
          v.
14                                      **WEST AMERICAN INSURANCE**
    WEST AMERICAN INSURANCE             **COMPANY'S NOTICE OF**
15  COMPANY, an Indiana corporation,    **REMOVAL OF ACTION**

16                       Defendants.

17

18

19       TO ALL PARTIES, THEIR ATTORNEYS OF RECORD IN THIS ACTION

20  AND THE CLERK OF THE ABOVE-ENTITLED COURT:

21       PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. sections 1332(a) and

22  1441, defendant West American Insurance Company ("West American") hereby

23  removes to the United States District Court for the Southern District of California

24  the state court action described below:

25              **STATE COURT FILINGS**

26       1.    On November 24, 2021, plaintiff Pontus Mag Vallejo, LLC

27  ("Plaintiff") filed an action in the Superior Court for the State of California in and

28  for the County of San Diego, case no. 37-2021-00049771-CU-IC-CTL, entitled

Maynard Cooper & Gale LLP
Two Embarcadero Center, Suite 1450
San Francisco, CA 94111
(415) 646-4700

{06316833.1}

*Pontus Mag Vallejo, LLC v. West American Insurance Company, et al.*  Plaintiff's complaint alleges it purchased an insurance policy from West American for its property located at 1001 Admiral Callaghan Lane in Vallejo, California. (Complaint, ¶ 11, 12.)  Plaintiff alleges that fires occurred at the property on our about June 15 and August 15, 2019 and that it submitted an insurance claim to West American.  (Complaint, ¶ 15.)  According to the complaint, West American investigated the claim and determined that much of the claimed damage was related to prior acts of theft and vandalism while the property was vacant and did not pay the full amount claimed by Plaintiff as a result.  (Complaint, ¶ 22.)  Plaintiff asserts causes of action for declaratory relief, breach of contract and breach of the implied covenant of good faith and fair dealing, claiming that West American failed to pay all policy benefits due and handled its claim unreasonably.  (Complaint, ¶¶ 29-56.)

2.      West American was served with copies of the summons and complaint on January 20, 2022.  True and correct copies of the documents served on West American are attached as Exhibit A.

3.      West American filed its answer to Plaintiff's complaint in San Diego County Superior Court on February 18, 2022.  A true and correct copy of the answer is attached as Exhibit B.

4.      Counsel for Plaintiff filed a motion to be relieved as counsel.  True and correct copies of documents filed by counsel for Plaintiff relating to the motion are attached as Exhibit C.

5.      On July 2, 2022, Plaintiff provided a declaration setting forth its members.  Plaintiff is ultimately owned by Rahim Hassanally, a resident of California, and the PF Trust (Dated August 16, 2019), whose trustee is Michael Press, a resident of California.  (Declaration of Norman Lau ["Lau Decl."], ¶ 2, Ex. 1.)

{06316833.1}

# DIVERSITY JURISDICTION

### A.   Citizenship

6.   Federal courts have jurisdiction over controversies between "citizens of different states" pursuant to 28 U.S.C. section 1332(a)(1) and Article III, Section 2, of the United States Constitution.  *Navarro Sav. Ass'n. v. Lee*, 446 U.S. 458, 460-61 (1980).  The determination of citizenship for diversity purposes is governed by federal rather than state law.  *See, Rockwell Int'l Credit Corp. v. United States Aircraft Ins. Group*, 823 F.2d 302, 304 (9th Cir. 1987); overruled on other grounds, *Partington v. Gedan*, 923 F.2d 686 (9th Cir. 1991).

7.   In determining whether diversity of citizenship exists, only the named defendants are considered.  *Newcombe v. Adolf Coors Co*., 157 F.3d 686, 690-691 (9th Cir. 1998).  The citizenship of defendants sued under fictitious names, such as "Doe" defendants, is disregarded for diversity jurisdiction purposes.  28 U.S.C. § 1441(a); *Soliman v. Philip Morris, Inc*., 311 F.3d 966, 971 (9th Cir. 2002).  For diversity purposes, a corporation may have dual citizenship (i.e., "a corporation shall be deemed a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.") (28 U.S.C. § 1332(c)(1)).

8.   This Court has original jurisdiction over this civil action under 28 U.S.C. section 1332 because there is complete diversity between Plaintiff and West American, the only named parties to this action.

Citizenship of Plaintiff

9.   Plaintiff is a limited liability company.  A limited liability company is a citizen of every state of which its members are citizens.  *See, e.g., Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A] partnership is a citizen of all of the states in which its partners are citizens . . . [L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens").  Plaintiff's has two members, one of who is Rahim Hassanally, a resident of the state of California.  The other is Pontus MAG

{06316833.1}

NOTICE OF REMOVAL

1   Managing Member, LLC, which has a single member, Pontus Net Lease Advisors,

2   LLC, which also has a single member, Pontus Net Lease Advisors, LLC, which

3   also has a single member, Pontus Capital, LLC.  The sole member of Pontus

4   Capital, LLC, the PF Trust (Dated August 16, 2019), whose trustee, Michael Press

5   who at all times relevant to the complaint was a resident of the state of California.

6   (Lau Dec., ¶ 2, Ex. 1.)  A traditional trust's citizenship for the purposes of

7   evaluating diversity jurisdiction is based solely on the trustee's citizenship.

8   *Demarest v. HSBC Bank USA*, 920 F.3d 1223, 1230-1231 (2019).  Consequently,

9   the trust is and was at the time of the filing of this action a citizen of California.

10  Thus, Plaintiff is a citizen of California.

11         Citizenship of West American

12         10.    Defendant West American is, and at all times relevant to the complaint

13  was, a corporation organized and existing under the laws of the State of Indiana.

14  West Amercian's principal place of business is in Massachusetts.  Thus, West

15  American is a citizen of Massachusetts and Indiana.

16         **B.    Removal is Timely**

17         11.    28 U.S. Code section 1446(b)(1) provides that a defendant has 30 days

18  after receipt of a copy of an amended pleading, motion, order or other paper from

19  which it may first be ascertained that the case is one which is or has become

20  removable.  Here, West American received service of the Complaint on January 20,

21  2022. However, the Complaint did not identify Plaintiff's members or state their

22  citizenship.  Thus, it could not be determined whether there was complete diversity.

23  On July 2, 2022, Plaintiff provided a declaration identifying its members, who

24  ultimately are residents of California.  (Declaration of Norman Lau, ¶ 2.)

25  Accordingly, July 2, 2022 was the date on which West American first ascertained

26  that the case is removable.  As a result, West American  had 30 days from July 2,

27  2022 to remove this action to federal court, making the last day to file its removal

28  August 1, 2022.  Thus, West American's Notice of Removal is timely.

### C.   **Amount in Controversy**

12.    This Court also has jurisdiction over this action under 28 U.S.C. section 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs.  In the complaint, Plaintiff asserts it is entitled to additional policy benefits of over $1,208,175.   (Complaint, ¶ 24.)

13.    Although West American denies that Plaintiff is entitled to recover the foregoing claimed damages, Plaintiff's complaint has placed them in controversy. Accordingly, the amount in controversy exceeds $75,000.

14.    Thus, this action may be removed to this Court by West American pursuant to 28 U.S.C. sections 1332, 1441 and 1446, because the amount in controversy exceeds $75,000 and there is complete diversity between Plaintiff, on the one hand, and West American, on the other hand.

WHEREFORE, defendant West American Insurance Company further gives notice that the above-described action, now pending against it in the Superior Court for the State of California, County of San Diego, has been removed therefrom to this Court on the ground of diversity of citizenship.  A copy of this Notice of Removal shall be contemporaneously filed in the office of the clerk for the Superior Court of San Diego County.

Dated:  July 25, 2022                    MAYNARD COOPER & GALE LLP


                                         */s/ Norman Lau*
                                         NICHOLAS J. BOOS
                                         NORMAN LAU
                                         Attorneys for Defendant
                                         WEST AMERICAN INSURANCE
                                         COMPANY

{06316833.1}

# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WEST AMERICAN INSURANCE COMPANY, an Indiana corporation; and DOES 1 through 100, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PONTUS MAG VALLEJO, LLC, a Delaware limited liability company.

---

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**11/24/2021** at 02:11:40 PM
Clerk of the Superior Court
By Mariejo Guyot, Deputy Clerk

---

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of the State of California for the County of San Diego, Hall of Justice, 330 West Broadway, San Diego, California 92101. | CASE NUMBER: *(Número del Caso):*<br>37-2021-00049771-CU-IC-CTL |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
McLeod Law Group. A.P.C., John J. McLeod, Esq., 1155 Camino Del Mar, Suite 510, Del Mar, California 92014. Tel.: (619) 236-9938.

| DATE:<br>*(Fecha)* | 11/29/2021 | Clerk, by<br>*(Secretario)* | M. Guyot | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: West American Insurance company, An Indiana Corporation
   under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☒ by personal delivery on *(date)*: 01/20/2022

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

1  John J. McLeod, Esq., State Bar No. 174169
   jmcleod@mcleodlawgroup.com
2  Paul C. Hirst, Esq., State Bar No. 234460
   phirst@mcleodlawgroup.com
3  McLEOD LAW GROUP, A.P.C.
   1155 Camino Del Mar, Suite 510
4  Del Mar, California 92014
   Telephone: (619) 236-9938
5  Facsimile: (619) 236-9943

6  Attorneys for Plaintiff,
   PONTUS MAG VALLEJO, LLC
7

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**11/24/2021** at 02:11:40 PM
Clerk of the Superior Court
By Mariejo Guyot, Deputy Clerk

8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9              **FOR THE COUNTY OF SAN DIEGO**

10 PONTUS MAG VALLEJO, LLC, a          Case No.: 37-2021-00049771-CU-IC-CTL
   Delaware limited liability company,
11                                      ICJ:
                                        DEPT.:
12          Plaintiff,

13 v.

14 WEST AMERICAN INSURANCE             **COMPLAINT FOR:**
   COMPANY, an Indiana corporation;
15 and DOES 1 through 100, inclusive,  1.  **DECLARATORY RELIEF;**
                                        2.  **BREACH OF CONTRACT;**
16          Defendants.                 3.  **BREACH OF THE IMPLIED**
                                            **COVENANT OF GOOD FAITH**
17                                          **AND FAIR DEALING.**

18

19                                      **DEMAND FOR JURY TRIAL**

20

21

22

23

24

25

26

27

28

                                  1
                               COMPLAINT

Plaintiff, PONTUS MAG VALLEJO, LLC ("PONTUS"), hereby alleges as follows:

## GENERAL ALLEGATIONS

### The Parties

1.    Plaintiff PONTUS is a Delaware limited liability company with its principal place of business in San Diego, California and was at all relevant times herein mentioned authorized to do business in the State of California, including the County of San Diego.

2.    Plaintiff is informed and believes and thereon alleges that defendant WEST AMERICAN INSURANCE COMPANY ("WEST AMERICAN") is an Indiana corporation with its principal place of business in Boston, Massachusetts and was at all relevant times herein mentioned either admitted to do business as an insurer under the laws of the State of California or authorized to sell insurance in the State of California through a licensed surplus lines broker or other permissible means.  Plaintiff is further informed and believes and thereon alleges that WEST AMERICAN is affiliate and/or subsidiary and/or division of Liberty Mutual Holding Company, Inc., a Massachusetts corporation.

3.    Plaintiff is informed and believes and thereon alleges that DOES 1 through 25, and each of them, are persons, corporations or other entities that reside in or are authorized to do and are doing business in the State of California as insurers.  The true identities of DOES 1 through 25 are currently unknown to Plaintiff and Plaintiff therefore prays for leave to amend this Complaint to assert the proper names of each insurer when their identity is discovered.  Each of DOES 1 through 25 issued one or more policies of insurance under which Plaintiff qualifies as an insured or additional insured, and provides coverage for all or a portion of the Loss, as referred to in this Complaint.

4.    Defendants WEST AMERICAN and DOES 1 through 25, inclusive, are hereinafter referred to collectively as the "CARRIERS."

5.     Plaintiff is informed and believes and thereon alleges that DOES 26 through 50, and each of them, are persons, corporations or other entities that reside or are authorized to do and are doing business in the State of California.   The true identities of DOES 26 through 50 are currently unknown to Plaintiff and Plaintiff therefore prays for leave to amend this Complaint to assert the proper names of each person, corporation or other entity when their identity is discovered.  Each of DOES 26 through 50 was the managerial agent, employee, predecessor, successor, joint venture, co-conspirator, alter ego, and/or representative of the CARRIERS, or any of them, and acted with the permission and authorization and/or ratification and consent of said defendants.

6.     Plaintiff is informed and believes and thereon alleges that at all times relevant to the allegations contained in this Complaint, there exists and existed such a unity of interest, ownership and control between the CARRIERS and DOES 26 through 50, or any of them, such that there was no separateness or individuality of these defendants, and each of them.  As a result of this unity of ownership, control or interest between and among the CARRIERS and DOES 26 through 50, or any of them, adherence to the fiction of any of their separate existences would, under the circumstances of this case, sanction fraud and promote injustice, unfairness and inequity.   As such, Plaintiff is informed and believes and thereon alleges that the CARRIERS and DOES 26 through 50, or any of them, are the alter egos of one or more of the others.

7.     The CARRIERS and DOES 26 through 50, inclusive, are hereinafter referred to collectively as the "Defendants."

8.     Plaintiff is informed and believes and thereon alleges that each fictitiously named defendant is in some way responsible for, participated in, or contributed to the matters of which Plaintiff complains and has legal responsibility for those matters.

9.     Plaintiff is informed and believes and thereon alleges that this Court has personal jurisdiction over Defendants, and each of them, as they are and/or were at all

1  relevant times hereinafter mentioned insurers, agents or brokers, incorporated,

2  headquartered and/or engaged in the business of selling and/or placing insurance in the

3  State of California, including the County of San Diego.

4         10.    Plaintiff is informed and believes and thereon alleges that venue lies in

5  San Diego County Superior Court because a substantial part of the acts or omissions

6  giving rise to the claims asserted in this action occurred in the County of San Diego

7  and/or because one or more of the policies of insurance that are the subject of this

8  Complaint were negotiated in, sold in, entered into and/or delivered to the insured or its

9  agents or representatives at their offices in the County of San Diego, State of

10  California.

11  **The Property**

12         11.    The Property consists of a commercial property located at 1001 Admiral

13  Callaghan Lane, Vallejo, CA 94591.  The Property was last used as a car dealership

14  before the Loss.  PONTUS is the owner of the Property.

15  **The Liberty Policy**

16         12.    In connection with the Property, LIBERTY issued to PONTUS a policy of

17  insurance that included, among other coverages, a commercial property coverage part,

18  policy no. BKW (20) 59 62 88 50 (effective March 1, 2019 to March 1, 2020) ("Liberty

19  Policy").  The Liberty Policy identified the insurer as WEST AMERICAN.  Plaintiff is

20  informed and believes and thereon alleges that WEST AMERICAN is an affiliate,

21  subsidiary and/or division of the Liberty Mutual Holding Company, Inc.  A true and

22  correct copy of the Liberty Policy is attached hereto as Exhibit A and is incorporated

23  herein by this reference as if set forth in full.

24         13.    Pursuant to the terms of the Liberty Policy, Liberty generally agreed to,

25  among other things, pay for "direct physical loss of or damage to Covered Property …

26  caused by or resulting from any Covered Cause of Loss."  Covered Property is defined

27  by the Liberty Mutual policy to include the Property.  Covered Cause of Loss is in turn

28  ultimately defined as any "Risks of Direct Physical Loss" not otherwise excluded or

1   limited.  Pursuant to the terms of the Liberty Policy and under California law, Liberty
2   has a duty to pay for the Loss as hereinafter described.  Plaintiff is informed and
3   believes and thereon alleges that the legal effect of the above-described Liberty Policy
4   is as set forth in this paragraph and in the Liberty Policy, which is attached hereto and
5   incorporated herein as Exhibit A.

6       14.   As it pertains to the Loss (as defined herein), PONTUS has, in fact,
7   sustained losses and/or damages to Covered Property as a result of a Covered Cause of
8   Loss, all as defined by the Liberty Policy, and, accordingly, is entitled to be made
9   whole for such losses and/or damages under the Liberty Policy.

10  **The Loss**

11      15.   On June 15 and August 15, 2019, fires occurred at the Property, which
12  caused substantial damage (collectively the "Loss").  PONTUS timely notified
13  Defendants of the Loss.

14      16.   Defendants acknowledged that both fire-related incidents were covered
15  losses under the Liberty Policy.

16      17.   Defendants requested certain information from PONTUS.  In order to
17  respond to Defendants' requests, the insured engaged Mark Scott Construction to assist
18  with the restoration of the Property—a firm recommended and approved by
19  Defendants.

20      18.   Mark Scott Construction engaged an architectural and engineering firm.
21  Both firms and budgets were approved by Defendants.

22      19.   Based upon the efforts of Mark Scott Construction and the retained
23  architectural and engineering firms, PONTUS submitted documentation showing that
24  the total loss was $2,410,519.

25      20.   These expert consultants along with PONTUS further determined that a
26  portion of this amount ($245,386) was attributable to damage caused by prior incidents
27  of theft and vandalism.  Thus, PONTUS submitted a claim for the Loss of $2,165,133.
28  / / /

21.    Defendants thereafter retained Madsen Kneppers to investigate the loss. From the beginning, Defendants seized on the prior theft/vandalism incidents to deny coverage for substantial portions of the Loss.

22.    Ultimately, in or about May 2021, Defendants concluded that more than $1.2 million in damages were attributable to such prior theft/vandalism and denied coverage for the same.  Defendants further improperly claimed that the Loss was subject to a 15% "vacancy penalty," effectively denying coverage for a further portion of the Loss.  Defendants ultimately paid PONTUS $755,573.44 for the Loss, a figure that represents a mere 31.3% of the entire losses and damages sustained by PONTUS.

23.    Consequently, Defendants have improperly denied policy benefits to PONTUS in the amount of $1,208,175.

24.    Plaintiff (or others on behalf of Plaintiff) provided timely notice to Defendants of the Loss, and requested that Defendants afford Plaintiff policy benefits for the losses and/or damages arising out of the Loss pursuant to the Liberty Policy and applicable law.

25.    After receiving notice of the Loss, Defendants wrongfully and unreasonably denied coverage for substantial portions of the Loss.  Plaintiff disputed Defendants' contentions.  However, Defendants repeatedly ignored and consciously disregarded evidence provided by Plaintiff, which showed that more than $1.2 million was still owed by Defendants to Plaintiff for the Loss.

26.    As a direct and proximate result of Defendants' failure and/or refusal to pay for all covered losses and/or damages arising out of the Loss under the Liberty Policy, Plaintiff has been forced to pay and incur fees, costs and expenses in an amount to be proved at time of trial in the repair of the Property and in responding to Defendants' wrongful and unreasonable withholding of policy benefits.

27.    As a direct and proximate result of the failure of Defendants to acknowledge an obligation to pay for the entirety of the damages and/or losses arising out of the Loss, Plaintiff has been forced to pay and incur fees, costs and expenses in an amount to be

1  proved at time of trial.

2      28.   As a direct and proximate result of the acts and omissions of Defendants in
3  connection with the Loss, Plaintiff has and will suffer harm and damages, including
4  without limitation attorney fees and costs in Plaintiff's on-going efforts to obtain from
5  Defendants the policy benefits promised to Plaintiff and which have to date
6  unreasonably been withheld.

7  <div align="center">**FIRST CAUSE OF ACTION**</div>

8  <div align="center">Declaratory Relief</div>

9  <div align="center">(Against Defendants)</div>

10      29.   Plaintiff repeat, re-allege and incorporate herein by this reference each and
11  all of the allegations contained in paragraphs 1 through 28 of this Complaint.

12      30.   As set forth above, Defendants (or others on Defendants' behalf) were
13  each provided timely notice of the Loss, such that Defendants, and each of them, had
14  actual or constructive notice of the Loss and Plaintiff's claims for losses and/or
15  damages arising out of the Loss.

16      31.   Plaintiff requested and demanded that Defendants provide coverage for the
17  Loss pursuant to the Liberty Policy and applicable law.  Defendants, and each of them,
18  have wrongfully claimed that portions of the Loss are excluded and/or limited,
19  effectively denying coverage for well more than 60% of the losses and/or damages
20  suffered by Plaintiff and arising out of the Loss.  Defendants have expressly and
21  unequivocally refused to afford coverage to Plaintiff as required under the terms of
22  their respective polices and under applicable law.

23      32.   Plaintiff have performed all conditions, covenants and promises required
24  of them to be performed in accordance with the terms and conditions of the subject
25  policies issued by each of Defendants, except to the extent that Plaintiff were prevented
26  by Defendants, or any of them, or excused from such performance or said conditions,
27  covenants and promises have not occurred or been waived.

28  / / /

<div align="center">6</div>
<div align="center">COMPLAINT</div>

33.     A dispute has arisen between Plaintiff and Defendants, and each of them, in that Plaintiff contend that Defendants each have an obligation to provide coverage to Plaintiff for the claims asserted against them in the Loss pursuant to the Liberty Policy and applicable law.   Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, unreasonably contends otherwise.

34.     An actual controversy exists between Plaintiff and Defendants, and each of them, regarding each of Defendants' respective obligations to provide coverage to Plaintiff for the losses and/or damages arising out of the Loss pursuant to the Liberty Policy and applicable law.   A declaratory judgment is therefore necessary and appropriate to determine the rights and duties of the parties under the Liberty Policy and applicable law with respect to each of Defendants' obligations to provide coverage to Plaintiff for the Loss.

## SECOND CAUSE OF ACTION

Breach of Written Contract

(Against Defendants)

35.     Plaintiff repeat, re-allege and incorporate herein by this reference each and all of the allegations contained in paragraphs 1 through 28 of this Complaint.

36.     As set forth above, pursuant to the applicable portions of the Liberty Policy, Defendants generally agreed to pay for direct physical loss of or damage to Covered Property … caused by or resulting from any Covered Cause of Loss." Pursuant to the Liberty Policy, and under California law, Defendants have a duty to pay for all losses and/or damages to Covered Property caused by or resulting from any Covered Cause of Loss, unless otherwise excluded or limited.   In the Loss, Plaintiff has, in fact, suffered losses and/or damages to Covered Property that were caused by or resulted from a covered cause of loss.  Plaintiff is therefore entitled to coverage for the entirety of the losses and/or damages arising out of the Loss.

///

///

7

37.  Plaintiff is informed and believes and thereon alleges that Defendants issued the Liberty Policy as set forth above and said policy does potentially and in fact extend coverage with reference to the Loss; and that the Liberty Policy does in fact apply to the entirety of the losses and/or damages sustained by Plaintiff arising out of the Loss as described hereinabove, requiring Defendants to pay for the entirety of such losses and/or damages.

38.  Plaintiff (or others on behalf of Plaintiff) duly notified Defendants of the Loss and of the damages and/or losses sustained by Plaintiff and arising out of the Loss.

39.  After receiving notice of the Loss, Defendants denied coverage to Plaintiff for substantial portions of the damages and/or losses arising out of the Loss, contending among other things that such damages and/or losses arose out of the prior incidents of theft and/or vandalism, rather than out of the fire.  Plaintiff disputed Defendants' contentions and bases for denying coverage to Plaintiff.  However, Defendants repeatedly and unreasonably refused to modify their coverage position, refused to pay any additional policy benefits and ignored evidence that Defendants' coverage investigation and conclusions were unreasonable and flawed.

40.  Plaintiff has performed all conditions, covenants and promises required of it to be performed in accordance with the terms and conditions of each written contract of insurance, except to the extent that Plaintiff was prevented or excused from such performance or said conditions, covenants and promises have occurred or been waived.

41.  By reason of Defendants' failure and/or refusal to promptly and timely fund 100% of the losses and/or damages arising out of the Loss, despite their express obligation to do so under the Liberty Policy and applicable law, Defendants, and each of them, have breached the written contract of insurance under which Plaintiff is entitled to coverage.

42.  By reason of Defendants' failure and/or refusal to pay Plaintiff all policy benefits owed in connection with the Loss despite their express obligation to do so under the Liberty Policy and applicable law, Defendants, and each of them, have

1 | breached the written contract of insurance under which Plaintiff is entitled to coverage.

2 |   43. As a direct and proximate result of the breaches by Defendants, and each
3 | of them, of their duties, Plaintiff has and will suffer harm and damages, including
4 | without limitation having been forced to pay and incur fees, costs and expenses in an
5 | amount to be proved at time of trial, which fees, costs and expenses exceed the amount of
6 | any deductible and/or self-insured retention under the Liberty Policy (if any and if any are
7 | applicable). Plaintiff has been damaged in an amount presently unknown, but in excess
8 | of the jurisdictional minimum of this Court, to be established at the time of trial.

9 | **THIRD CAUSE OF ACTION**

10 | Breach of the Implied Covenant of Good Faith and Fair Dealing

11 | (Against Defendants)

12 |   44. Plaintiff repeat, re-allege and incorporate herein by this reference each and
13 | all of the allegations contained in paragraphs 1 through 28 of this Complaint.

14 |   45. Inherent in the Liberty Policy was and is an implied covenant of good faith
15 | and fair dealing, which imposed upon Defendants the duty to deal fairly and honestly
16 | with Plaintiff in good faith and to do nothing to the detriment of Plaintiff, or to impair,
17 | interfere with, hinder, or potentially deprive Plaintiff of their rights and benefits under
18 | the Liberty Policy. Defendants were under a further duty to honor the contractual
19 | obligations relating to losses and/or damages sustained by Plaintiff, Defendants'
20 | insured, as contained in the Liberty Policy and applicable law.

21 |   46. Defendants at all material times had a duty to act fairly and in good faith to
22 | Plaintiff in carrying out its responsibilities under the written contract of insurance.

23 |   47. Pursuant to the Liberty Policy, Defendants have implicit obligations to act
24 | fairly and in good faith to Plaintiff, to promptly and reasonably investigate, adjust and
25 | pay policy benefits to Plaintiff, and to make reasonable coverage decisions.

26 |   48. Plaintiff has performed all conditions, covenants and promises on its part
27 | to be performed in connection with the Liberty Policy, thereby securing the benefits of
28 | the policy, except to the extent that Plaintiff is or was prevented or excused from such

1 performance, or said conditions, covenants and promises have not occurred or been
2 waived.

3    49.    Defendants, and each of them, have disregarded Plaintiff's rights under the
4 Liberty Policy and unreasonably, wrongfully and in bad faith denied coverage,
5 including without limitation failing and/or refusing to promptly make a coverage
6 determination, failing and/or refusing to promptly and timely and fairly consider
7 evidence of covered losses and/or damages under the Liberty Policy in connection with
8 the Loss, failing and/or refusing to acknowledge Defendants' obligations to pay for
9 losses and/or damages arising out of the Loss, and unreasonably denying coverage for
10 substantial portions of the losses and/or damages arising out of the Loss.  Defendants
11 (through their respective officers, directors and/or managing agents), and each of them,
12 have breached the implied covenant of good faith and fair dealing contained in the
13 Liberty Policy.  Said breaches include, but are not limited to, the following:

14                a. Unreasonably failing to promptly, timely and unequivocally confirm to
15                   Plaintiff that Defendants, and each of them, would acknowledge the
16                   existence and the validity of coverage under the Liberty Policy for the
17                   losses and/or damages arising out of the Loss;

18                b. Unreasonably failing to promptly and timely and fully pay policy benefits
19                   for losses and/or damages arising out of the Loss and covered under the
20                   Liberty Policy;

21                c. Unreasonably denying coverage for substantial portions of the losses
22                   and/or damages arising out of the Loss;

23                d. Unreasonably failing to timely and fairly adjust the Loss or to consider
24                   evidence of coverage for substantial portions of the losses and/or
25                   damages arising out of the Loss;

26                e. Unreasonably applying exclusions and limitations in the Liberty Policy to
27                   the Loss when in fact such exclusions and/or limitations were not
28                   applicable and/or not enforceable under applicable law;

f.  Unreasonably seeking to avoid paying policy benefits;

g.  Unreasonably subjecting Plaintiff to potentially severe financial hardship by refusing to pay policy benefits for a substantial portion of the losses and/or damages arising out of the Loss, thereby forcing Plaintiff to repair the Property without the assistance of substantial policy benefits of more than $1.2 million;

h.  Failing to give a reasonable interpretation to the provisions of the Liberty Policy, failing to reasonably apply provisions of the Liberty Policy to the Loss, and failing to timely, promptly and without delay, pay for the covered losses and/or damages arising out of the Loss; and

i.  Failing to provide Plaintiff with any reasonable or justifiable basis for the decision to deny and/or refuse to timely and promptly fund all such covered losses and/or damages arising out of the Loss.

50.  Inclusive in each of Defendants' respective obligations to act fairly and in good faith to Plaintiff is Defendants' duty to promptly and reasonably investigate the Loss and to make reasonable coverage decisions.  Defendants, and each of them, breached their respective obligations to act fairly and in good faith toward Plaintiff by unreasonably delaying the investigation, evaluation and confirmation of the coverage obligations, and by refusing to comply with such obligations by refusing to timely and promptly and fully pay for the covered losses and/or damages arising out of the Loss.

51.  The unreasonable failure and/or refusal of Defendants, and each of them, to promptly and fully provide policy benefits for all covered losses and/or damages arising out of the Loss, even though it was reasonably clear that the same were covered by the Liberty Policy, has compelled Plaintiff to engage legal counsel and to pursue this Complaint to recover such benefits owed and to compel Defendants, and each of them, to honor their respective obligations under the Liberty Policy.

/ / /

/ / /

52.    Plaintiff is informed and believes and thereon alleges that the respective refusals and denials of Defendants, and each of them, through their respective officers, directors and/or managing agents of their duties, to provide coverage for Plaintiff under the Liberty Policy was willful, malicious, intentional, and was done with the intent to oppress Plaintiff and with conscious disregard for Plaintiff's rights under the Liberty Policy.    The willful, malicious and oppressive conduct of Defendants, and each of them, was engaged in solely to satisfy Defendants' respective profit motives and corporate financial income objectives to the detriment of Plaintiff.    This motive was evidenced by Defendants', and each of their, adversarial approach to Plaintiff's requests for coverage for all covered losses and/or damages arising out of the Loss, Defendants' repeated refusals to fairly consider evidence of coverage after Defendants wrongfully denied coverage for the same, and Defendants' alignment of their interests with their own companies and not the interests of Plaintiff as insured under the Liberty Policy.

53.    Plaintiff is informed and believes and thereon alleges that the respective officers, directors and/or managing agents and/or employees of Defendants, and each of them, participated in, authorized and/or ratified the wrongful conduct of said defendants as alleged hereinabove.

54.    Plaintiff is entitled to recover as damages against Defendants, and each of them, all fees, expenses and costs incurred in this action to enforce its rights under the Liberty Policy, plus interest thereon, according to proof.

55.    As a direct and proximate result of the breaches by Defendants, and each of them, of their respective duties, Plaintiff has incurred fees, costs, and expenses for the adjustment, repair and/or pursuit of coverage unreasonably withheld in an amount within the jurisdictional limits of this Court, according to proof.    Plaintiff has been damaged in an amount presently unknown, but in excess of the jurisdictional minimum of this Court, to be established at the time of trial.

/ / /

1    56.    Plaintiff is informed and believes and thereon alleges that the above-
described conduct of Defendants, and each of them, has been and continues to be
unreasonable, capricious and arbitrary, and constitutes a breach of the covenant of good
faith and fair dealing contained in the Liberty Policy and referred to in this Complaint.
Plaintiff is informed and believes and thereon alleges that the above-described conduct
further constitutes malicious, oppressive and despicable conduct and conscious
disregard of Plaintiff's rights, and stems from improper or evil motives, including
Defendants', and each of their, desire to reduce or avoid their obligations to Plaintiff, so
as to justify an award of punitive and exemplary damages.

**PRAYER**

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of
them, as follows:

**FIRST CAUSE OF ACTION**

1.    For a declaratory judgment that Defendants, and each of them, have an
obligation to provide coverage to Plaintiff for all of the losses and/or damages arising
out of the Loss;

**SECOND CAUSE OF ACTION**

2.    For compensatory and consequential damages according to proof, but in an
amount within the jurisdiction of this Court;

**THIRD CAUSE OF ACTION**

3.    For compensatory and consequential damages according to proof, but in an
amount within the jurisdiction of this Court;

4.    For attorney's fees and costs of suit in obtaining the benefits owed under
the Liberty Policy pursuant to *Brandt v. Superior Court* (1985) 37 Cal.3d 813,
according to proof;

5.    For punitive and exemplary damages according to proof;

**ON ALL CAUSES OF ACTION**

6.    For costs of suit herein;

13

COMPLAINT

7.  For prejudgment interest; and

8.  For all such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury on all issues so triable.

DATED: November 24, 2021                 McLEOD LAW GROUP, A.P.C.


By:
                                              John J. McLeod
                                              Paul C. Hirst
                                         Attorneys for Plaintiff, PONTUS MAG
                                         VALLEJO, LLC

# EXHIBIT A

 **Liberty Mutual.** INSURANCE

**Policyholder   Information**



| **Named Insured & Mailing Address** | **Agent Mailing Address & Phone No.** |
|---|---|
| PONTUS MAG FAIRFIELD LLC, | (858) 487-8839 |
| PONTUS MAG VALLEJO LLC, | TANENBAUM-HARBER OF CALIFORNIA |
| 875 PROSPECT ST STE 303 | INC. |
| LA JOLLA, CA 92037 | 11610 IBERIA PL STE 200 |
| | SAN DIEGO, CA 92128-2453 |

### *Dear Policyholder:*



**Your Commercial Documents**

We know you work hard to build your business. We work together with your agent, **TANENBAUM-HARBER OF CALIFORNIA    (858) 487-8839** to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

- Commercial Package

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (858) 487-8839



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (858) 487-8839
- In case of a claim, call your Agent or 1-800-362-0000

## You Need To Know

- **CONTINUED ON NEXT PAGE**

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 20 01 08

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| NP 72 42 01 15 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 74 06 01 06 | Flood Insurance Notice |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 91 89 02 13 | Important Information Consumer Affairs Policyholder Notice |
| NP 95 63 11 13 | Important Notice To Policyholders California Community Service Statement |
| NP 98 20 01 15 | Jurisdictional Boiler And Pressure Vessel Inspections |

CNI 90 11 07 18

# REPORTING  A COMMERCIAL  CLAIM  24 HOURS  A DAY

**Liberty Mutual Insurance claims professionals across the United States are ready to resolve your claim quickly and fairly, so you and your team can focus on your business. Our claims teams are specialized, experienced  and dedicated  to a high standard  of service.**

**We're Just a Call Away  - One Phone Number  to Report All Commercial  Insurance Claims**

Reporting  a new claim  has never  been easier.  A Liberty  Mutual  customer  service representative  is available  to you 24/7 at **800-362-0000**  for reporting  new property,  auto, liability  and workers'  compensation  claims.  With contact  centers  strategically  located throughout  the country  for continuity  and accessibility,  we're there when we're needed!

**Additional  Resource for Workers' Compensation  Customers**

In many states, employers  are required  by law to use state-specific  workers compensation  claims forms and posting  notices. This type of information  can be found  in the Policyholders  Toolkit section  of our website  along with other helpful  resources  such as:



● Direct  links  to state workers  compensation  websites  where  you can find state-specific  claim forms

● Assistance  finding  local medical  providers

● First Fill pharmacy  forms  - part of our managed  care pharmacy  program  committed  to helping injured  workers  recover  and return  to work

Our Policyholder  Toolkit  can be accessed  at **www.libertymutualgroup.com/toolkit.**

For all claims  inquiries  please call us at **800-362-0000.**

© 2018 Liberty Mutual Insurance

```
PONTUS MAG FAIRFIELD LLC,              BKW   (20)    59 62 88 50
PONTUS MAG VALLEJO LLC,                From 03/01/2019 To 03/01/2020
875 PROSPECT ST STE 303
LA JOLLA, CA 92037


(858) 487-8839
TANENBAUM-HARBER OF CALIFORNIA
INC.
11610 IBERIA PL STE 200
SAN DIEGO, CA 92128-2453
```

### TERRORISM INSURANCE PREMIUM DISCLOSURE AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from certified acts of terrorism exceed a specified deductible amount, the government will reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

The Federal Share and Program Trigger by calendar year are:

| Calendar Year | Federal Share | Program Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury] , in consultation with the Secretary of Homeland Security, and the Attorney General of the United States.

**(i)** to be an act of terrorism;

 © 2015 Liberty Mutual Insurance



    **(ii)** to be a violent act or an act that is dangerous to -
- **(I)** human life;
- **(II)** property; or
- **(III)** infrastructure;

    **(iii)** to have resulted in damage within the United States, or outside of the United States in the case of -
- **(I)** an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
- **(II)** the premises of a United States mission; and

    **(iv)** to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO

We have included in your policy coverage for losses resulting from "certified acts of terrorism" as defined above.

THE PREMIUM CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGMENT, AND RETURN THIS FORM TO THE ADDRESS BELOW: **Please ensure any rejection is received within thirty (30) days of the effective date of your policy.**

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

☐ I hereby reject this offer of coverage. I understand that by rejecting this offer, I will have no coverage for losses arising from "certified acts of terrorism" and my policy will be endorsed accordingly.

| Policyholder/Applicant's   Signature | Print Name | Date Signed |
|---|---|---|
| | | |

Named Insured

PONTUS MAG FAIRFIELD LLC,
PONTUS MAG VALLEJO LLC,

Policy Number

BKW    (20)    59 62 88 50

Policy Effective/Expiration   Date

From 03/01/2019 To 03/01/2020

**IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO:**

    Attn: Commercial Lines Division - Terrorism
    PO Box 66400
    London, KY 40742-6400

**Note:** Certain states (currently CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following a "certified act of terrorism" in certain types of insurance policies. If you reject TRIA coverage in these states on those policies, you will not be charged any additional premium for that state mandated coverage.

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions regarding this notice, please contact your agent.

NP 72 42 01 15          © 2015 Liberty Mutual Insurance          Page 2 of 2

NP 74 06 01 06

# FLOOD INSURANCE  NOTICE

Unless a Flood Coverage endorsement  is attached, your policy does not provide flood coverage and you will **not** have coverage for property  damage from floods unless you purchase a separate policy for flood insurance through  the Federal Emergency Management  Agency (FEMA) National  Flood Insurance Program.

If you would  like more information   about obtaining  coverage  under the National  Flood Insurance Program, please contact  your agent.

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
## ADVISORY  NOTICE  TO  POLICYHOLDERS

No coverage  is provided  by this Policyholder  Notice nor can it be construed  to replace any provisions  of your policy. You should  read your policy and review  your Declarations  page for complete  information  on the coverages  you are provided.

This Notice  provides  information  concerning  possible  impact  on your insurance  coverage  due to directives  issued by OFAC. **Please read this Notice  carefully.**

Please refer any questions  you may have to your insurance  agent.

The Office of Foreign  Assets Control (OFAC) administers  and enforces  sanctions  policy, based on Presidential declarations  of "national  emergency".   OFAC has identified  and listed  numerous:

- Foreign  agents;
- Front  organizations;
- Terrorists;
- Terrorist  organizations;   and
- Narcotics  traffickers;

as "Specially  Designated  Nationals  and Blocked  Persons". This list can be located  on the United  States Treasury's  web site - http//www.treas.gov/ofac.

In accordance  with  OFAC regulations,  if it is determined   that you or any other  insured,  or any person  or entity claiming  the benefits  of this insurance  has violated  U.S. sanctions  law or is a Specially  Designated National  and Blocked  Person, as identified   by OFAC, this insurance  will be considered  a blocked or frozen contract  and all provisions  of this insurance  are immediately   subject  to OFAC. When an insurance  policy is considered   to be such  a blocked  or frozen contract,  no payments  nor premium  refunds may be made without  authorization   from OFAC. Other limitations   on the premiums  and payments  also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with  its permission.
Page 1 of 1

NP 91 89 02 13

## IMPORTANT  INFORMATION

### Consumer  Affairs  - California

Because  of  the  complicated   nature  of  the  insurance  business,  there  may  be  times  when  you  will  have
questions  regarding  your  coverage  or  the  premium  charged,  or  a problem  may  occur  with  your  policy.  If this
occurs  we  urge  you  to  contact  either  your  agent  or broker  to answer  your  question  or resolve  your  problem.
However,  if  you  are  unable  to  receive  a satisfactory  answer  or resolution  to your  problem,  please  contact  us
directly:

American  Fire and Casualty  Company
Ohio  Security  Insurance  Company
The  Ohio  Casualty  Insurance  Company
West  American  Insurance  Company

1-800-688-8661

If you  are  still  not  satisfied,  you  may  contact  the  following   State  Agency:

### California  Department  of Insurance
300 South  Spring  Street
Los  Angeles,  CA 90013

Toll  Free  Number:   1-800-927-HELP (Calif.  only)

   ©  2013 Liberty Mutual Insurance

NP 95 63 11 13

## IMPORTANT  NOTICE  TO  POLICYHOLDERS

## CALIFORNIA  COMMUNITY  SERVICE  STATEMENT

Date: 03/08/2019

Policy Number:  59628850

Policy Period:  03/01/2019 to 03/01/2020

Policyholder  Name(s):  PONTUS MAG FAIRFIELD LLC

Policyholder  Address:  875 PROSPECT ST STE 303

LA JOLLA, CA 92037

Dear Policyholder:

We are sending  you this questionnaire  as required by California  Code of Regulations  Section 2646.6, which requires all Insurance Companies to request  information  as to the race or national  origin and gender of each policyholder.  In order to aid the Insurance Commissioner  of the State of California in monitoring  the insurers compliance  with the law, all new policyholders  are requested  to voluntarily  provide  the following information.  This information  will be reported  to the California  Department  of Insurance.

You are not required  to provide  this information,  but are encouraged  to do so. The Company  will not use this information  you provide  here for underwriting  or rating purposes. If you have any questions  about this request, or how to fill out this form, you may call the California  Department  of Insurance Consumer Hotline at (800) 927-HELP.

*If you do not wish to provide the Department  of Insurance with this information,  please check here. _____*

Under this Regulation,  Race or National  Origin means one of the following  categories. Please check the Race or National  Origin  that best describes  you, the policyholder(s).  For the purpose of completing  this form, the policyholder  is defined as: An individual,  spouse, domestic  partner, or business  partner(s) named on the policy.

| | POLICYHOLDER | | | CO-POLICYHOLDER | | |
|---|---|---|---|---|---|---|
| **Race / National  Origin** | **Male** | **Female** | **Business** | **Male** | **Female** | **Business** |
| African-American | _____ | _____ | _____ | _____ | _____ | _____ |
| American  Indian  or Alaskan  Native | _____ | _____ | _____ | _____ | _____ | _____ |
| Asian/Pacific  Islander | _____ | _____ | _____ | _____ | _____ | _____ |
| Latino | _____ | _____ | _____ | _____ | _____ | _____ |
| White | _____ | _____ | _____ | _____ | _____ | _____ |
| Other | _____ | _____ | _____ | _____ | _____ | _____ |

Please return  this letter  to:

Liberty  Mutual  Insurance
Attention:  Financial  Compliance  and Controls
Mail Stop 108
62 Maple  Avenue
Keene, NH 03431

Thank you for your help.

*Please Do Not Send This Form With Your Payment  or With Any Other Correspondence  Regarding  Your Policy.*

NP 95 63 11 13      © 2013 Liberty Mutual Insurance      Page 1 of 1

NP 98 20 01 15

## JURISDICTIONAL  BOILER AND  PRESSURE VESSEL  INSPECTIONS



Most jurisdictions   (cities or states) are governed  by laws and regulations  that require owners  of boilers  and pressure vessels to have their equipment  inspected  on a routine  basis. Jurisdictions  require that equipment is installed  and operated  according  to these regulations,  and it is the equipment  breakdown  engineering inspector's responsibility   to verify the equipment  complies  with all requirements.

Liberty Mutual Equipment  Breakdown  is a National  Board  Accredited  Authorized  Inspection  Agency. This designation  is recognized  by authorities  having jurisdictions  in the U.S. & provinces  of Canada and gives Liberty Mutual  commissioned  inspectors  the ability to perform  jurisdictionally   required inspection  on boilers and pressure vessels at insured  locations.  We have field inspectors  strategically  located throughout  the U.S. to perform  boiler and pressure  vessel inspection  for our customers  and clients.

**To request a Jurisdictional  Inspection  please:**

- **Call the LMEB Hotline  (877) 526-0020**

**Or**

- **Email your request to LMEBInspections@Libertymutual.com**

The assigned  EB Risk Engineer  will call to schedule  within  24 - 48 hours.  When requesting  an inspection please include  the following:

- Current  Policy  Number
- Location  Address
- Contact  Name
- Contact  Phone Number  and/or Email Address

© 2015 Liberty Mutual Insurance

This page intentionally left blank.


**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
West American Insurance Company – a stock company

Policy Number:
**BKW (20) 59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| PONTUS MAG FAIRFIELD LLC, | (858) 487-8839 |
| PONTUS MAG VALLEJO LLC, | TANENBAUM-HARBER OF CALIFORNIA |
| 875 PROSPECT ST STE 303 | INC. |
| LA JOLLA, CA 92037 | 11610 IBERIA PL STE 200 |
| | SAN DIEGO, CA 92128-2453 |

**Named Insured Is:** LIMITED LIABILITY COMPANY

**Named Insured Business Is:** LRO

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Commercial Property** | $▮▮▮▮▮ |
| **Commercial General Liability** | $▮▮▮▮▮ |

*Total Charges for all of the above coverage parts:*
*Certified Acts of Terrorism Coverage:* $▮▮▮▮▮   

*Note: This is not a bill*

## IMPORTANT MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 21 11 16



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
West American Insurance Company - a stock company

Policy Number:
**BKW (20) 59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC, PONTUS MAG VALLEJO LLC, 875 PROSPECT ST STE 303 LA JOLLA, CA 92037 | (858) 487-8839 TANENBAUM-HARBER OF CALIFORNIA INC. 11610 IBERIA PL STE 200 SAN DIEGO, CA 92128-2453 |

## SUMMARY OF LOCATIONS

This policy provides coverage for the following under one or more coverage parts. Please refer to the individual Coverage Declarations Schedules, or, the individual Coverage Forms for locations or territory definition for that specific Coverage Part.

0001 2575 Auto Mall Pkwy, Fairfield, CA 94533-5803

0002 2545 Auto Mall Pkwy, Fairfield, CA 94533-5803

0003 1001 Admiral Callaghan Ln, Vallejo, CA 94591-3681

0004 2855 Auto Mall Pkwy, Fairfield, CA 94533-6835

0005 2595 Auto Mall Pkwy, Fairfield, CA 94533-5803

0006 2775 Auto Mall Pkwy, Fairfield, CA 94533

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 84 99 01 12 | Non-Cumulation Of Liability Limits Same Occurrence |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

Paul Condrin
President

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 21 11 16**


**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
West American Insurance Company - a stock company

Policy Number:
**BKW (20) 59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

**Named Insured**

PONTUS MAG FAIRFIELD LLC,
PONTUS MAG VALLEJO LLC,
875 PROSPECT ST STE 303
LA JOLLA, CA 92037

**Agent**

(858) 487-8839
TANENBAUM-HARBER OF CALIFORNIA
INC.
11610 IBERIA PL STE 200
SAN DIEGO, CA 92128-2453

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
| --- | --- |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 90 41 01 13 | Amendment Of Coverage B Personal And Advertising Injury |
| CP 00 10 04 02 | Building and Personal Property Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 02 99 11 85 | Cancellation Changes |
| CP 04 49 12 05 | California Changes - Replacement Cost |
| CP 10 30 04 02 | Causes of Loss - Special Form |
| CP 10 32 08 08 | Water Exclusion Endorsement |
| CP 10 54 06 95 | Windstorm or Hail Exclusion |
| CP 72 97 04 02 | Equipment Breakdown Enhancement Endorsement - Special Form |
| CP 88 00 07 10 | Property Extension Endorsement |
| CP 88 04 03 10 | Removal Permit |
| CP 90 59 12 12 | Identity Theft Administrative Services and Expense Coverage |
| CP 92 01 05 17 | Property Anti-Stacking Endorsement |
| CP 99 93 10 90 | Tentative Rate |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 02 05 05 | California Changes - Actual Cash Value |
| IL 01 04 09 07 | California Changes |
| IL 02 70 09 12 | California Changes - Cancellation and NonRenewal |

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 21 11 16


**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
West American Insurance Company - a stock company

Policy Number:
**BKW (20) 59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC, | (858) 487-8839 |
| PONTUS MAG VALLEJO LLC, | TANENBAUM-HARBER OF CALIFORNIA |
| 875 PROSPECT ST STE 303 | INC. |
| LA JOLLA, CA 92037 | 11610 IBERIA PL STE 200 |
|  | SAN DIEGO, CA 92128-2453 |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IL 09 35 07 02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| LC 87 10 05 00 | Punitive or Exemplary Damages Exclusion |

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 21 11 16**


**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*
West American Insurance Company - a stock company

Policy Number:
**BKW   (20)   59 62 88 50**
Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC, <br> PONTUS MAG VALLEJO LLC, | (858) 487-8839 <br> TANENBAUM-HARBER OF CALIFORNIA INC. |

## SUMMARY OF CHARGES

| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | **Property Schedule Totals** | $▮▮▮▮▮ |
| | **Certified Acts of Terrorism Coverage** | $▮▮▮▮▮ |
| | *Total Advance Charges:* | $▮▮▮▮▮ |

*Note: This is not a bill*

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 22 01 08

59628850          N0156518          280          INSURED COPY          002228          PAGE  17  OF  140

**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:

West American Insurance Company - a stock company

Policy Number:
**BKW  (20)  59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC,<br>PONTUS MAG VALLEJO LLC, | (858) 487-8839<br>TANENBAUM-HARBER OF CALIFORNIA INC. |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

*0001  2575 Auto Mall Pkwy, Fairfield,  CA 94533-5803*

**Property Characteristics**

Description:

**Construction:** Joisted Masonry

**Building Coverage**

**Occupancy:** Automobile Repair or Service Shops Auto Glass Replacement, Battery Replacement, Brake Adjustment, Tire Changing, Tune Ups, Oil Changing, Lubrications, Speedometer Adjustments and Similar Services

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | $9,346,210 |
| Agreed Value - Expires 03/01/2020 | |
| Coinsurance | 100% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| *Premium* | $███ |

**Equipment Breakdown Coverage**

*To report a claim,  call your Agent or 1-800-362-0000*

DS 70 23 01 08

**Liberty Mutual. INSURANCE**

| Coverage Is Provided In: | |
|---|---|
| West American Insurance Company - a stock company | |

Policy Number:
**BKW (20) 59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial Property**
**Declarations Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC, | (858) 487-8839 |
| PONTUS MAG VALLEJO LLC, | TANENBAUM-HARBER OF CALIFORNIA INC. |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium* $ 

**0002  2545 Auto Mall Pkwy, Fairfield, CA 94533-5803**

| Property Characteristics | Description: |
|---|---|
| | **Construction:** Joisted Masonry |

| Building Coverage | **Occupancy:** Automobile Repair or Service Shops Auto Glass Replacement, Battery Replacement, Brake Adjustment, Tire Changing, Tune Ups, Oil Changing, Lubrications, Speedometer Adjustments and Similar Services |
|---|---|

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | $3,383,790 |
| Agreed Value - Expires 03/01/2020 | |
| Coinsurance | 100% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |

*Premium* $

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 23 01 08**

| 59628850 | N0156518 | 280 | INSURED COPY | 002228 | PAGE 19 OF 140 |



**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*
West American Insurance Company - a stock company

Policy Number:
**BKW (20) 59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   Property
Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC,<br>PONTUS MAG VALLEJO LLC, | (858) 487-8839<br>TANENBAUM-HARBER OF CALIFORNIA<br>INC. |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 2545 Auto Mall Pkwy, Fairfield, CA 94533-5803*

**Equipment
Breakdown
Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium*          $ 

*0003  1001 Admiral Callaghan Ln, Vallejo, CA 94591-3681*

**Property
Characteristics**

**Description:**

**Construction:** Frame



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*

West American Insurance Company - a stock company

Policy Number:
**BKW  (20)  59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial  Property**
**Declarations  Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC,<br>PONTUS MAG VALLEJO LLC, | (858) 487-8839<br>TANENBAUM-HARBER OF CALIFORNIA INC. |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 1001 Admiral Callaghan Ln, Vallejo, CA 94591-3681*

**Building Coverage**

**Occupancy:** Automobile Repair or Service Shops Auto Glass Replacement, Battery Replacement, Brake Adjustment, Tire Changing, Tune Ups, Oil Changing, Lubrications, Speedometer Adjustments and Similar Services

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | $6,420,000 |
| Agreed Value - Expires 03/01/2020 | |
| Coinsurance | 100% |
| **Covered Causes of Loss** | |
| Special Form - Excluding Windstorm or Hail | |
|     - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |

*Premium* 

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium*

*To report a claim,  call your Agent or  1-800-362-0000*

**DS 70 23 01 08**



| 59628850 | N0156518 | 280 | INSURED COPY | 002228 | PAGE  21  OF  140 |

**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*
West American Insurance Company - a stock company

Policy Number:
**BKW  (20)  59 62 88 50**
Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC,<br>PONTUS MAG VALLEJO LLC, | (858) 487-8839<br>TANENBAUM-HARBER OF CALIFORNIA INC. |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*0004  2855 Auto Mall Pkwy, Fairfield,  CA 94533-6835*

**Property Characteristics**

Description:

**Construction:** Frame

**Building Coverage**

**Occupancy:** Automobile Repair or Service Shops Auto Glass Replacement, Battery Replacement, Brake Adjustment, Tire Changing, Tune Ups, Oil Changing, Lubrications, Speedometer Adjustments and Similar Services

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | $8,600,000 |
| Agreed Value - Expires 03/01/2020 | |
| Coinsurance | 100% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| *Premium* | $███ |

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium* $███

*To report a claim,  call your Agent or  1-800-362-0000*

DS 70 23 01 08

| 59628850 | N0156518 | 280 | | INSURED COPY | 002228 | PAGE  22  OF  140 |


**Liberty Mutual.**
INSURANCE

**Coverage Is Provided In:**
West American Insurance Company - a stock company

Policy Number:
**BKW (20) 59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   Property
Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC,<br>PONTUS MAG VALLEJO LLC, | (858) 487-8839<br>TANENBAUM-HARBER OF CALIFORNIA INC. |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*0005   2595 Auto Mall Pkwy, Fairfield, CA 94533-5803*

| **Property Characteristics** | **Description:** |
|---|---|
| | **Construction:** Frame |

**Building Coverage**

**Occupancy:** Automobile Repair or Service Shops Auto Glass Replacement, Battery Replacement, Brake Adjustment, Tire Changing, Tune Ups, Oil Changing, Lubrications, Speedometer Adjustments and Similar Services

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | $2,414,790 |
| Agreed Value - Expires 03/01/2020 | |
| Coinsurance | 100% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| *Premium* | $▮▮▮▮ |

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

| | |
|---|---|
| *Premium* | $▮▮▮▮ |

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 23 01 08

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
West American Insurance Company - a stock company

Policy Number:
**BKW  (20)  59 62 88 50**
Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   Property
Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC, <br> PONTUS MAG VALLEJO LLC, | (858) 487-8839 <br> TANENBAUM-HARBER OF CALIFORNIA INC. |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*0006  2775 Auto Mall Pkwy, Fairfield,  CA 94533*

| Property Characteristics | Description: |
|---|---|
| | **Construction:** Frame |

**Building Coverage**

**Occupancy:** Automobile Repair or Service Shops Auto Glass Replacement, Battery Replacement, Brake Adjustment, Tire Changing, Tune Ups, Oil Changing, Lubrications, Speedometer Adjustments and Similar Services

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | $3,165,210 |
| Agreed Value - Expires 03/01/2020 | |
| Coinsurance | 100% |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | $1,000 |
| *Premium* | $■■■■ |

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

| | |
|---|---|
| *Premium* | $■■■■ |

*To report a claim,  call your Agent or 1-800-362-0000*



**Liberty Mutual. INSURANCE**

*Coverage Is Provided In:*
West American Insurance Company - a stock company

Policy Number:
**BKW (20) 59 62 88 50**
Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial Property
Declarations Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC,<br>PONTUS MAG VALLEJO LLC, | (858) 487-8839<br>TANENBAUM-HARBER OF CALIFORNIA INC. |



## SUMMARY OF OTHER PROPERTY COVERAGES

| Identity Theft Administrative Services And Expense Coverage | Description | |
|---|---|---|
| | Limit of Insurance | See Endorsement CP9059 |
| | *Premium* | ▬▬▬ |

| Property Extension Endorsement | Description | |
|---|---|---|
| | Property Extension Endorsement | $.00 |
| | *Premium* | ▬▬▬ |

**Commercial Property Schedule Total:** $27,188.00

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 23 01 08

This page intentionally left blank.



**Liberty Mutual.**
INSURANCE

**Coverage Is Provided In:**
West American Insurance Company - a stock company

Policy Number:
**BKW (20) 59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**

**Declarations**
Basis: Occurrence

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC, <br> PONTUS MAG VALLEJO LLC, | (858) 487-8839 <br> TANENBAUM-HARBER OF CALIFORNIA <br> INC. |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 100,000 |
| Medical Expense Limit (Any One Person) | 5,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | ▬▬▬ |
| Certified Acts of Terrorism  Coverage | ▬▬▬ |

***Total Advance Charges:*** $▬▬▬

*Note: This is not a bill*

*To report a claim,  call your Agent or 1-800-362-0000*

DS 70 22 01 08

**Liberty Mutual.**
INSURANCE

| | |
|---|---|
| **Coverage Is Provided In:** West American Insurance Company - a stock company | **Policy Number:** BKW (20) 59 62 88 50 |
| | **Policy Period:** From 03/01/2019 To 03/01/2020 *12:01 am Standard Time at Insured Mailing Location* |

**Commercial   General   Liability**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC, PONTUS MAG VALLEJO LLC, | (858) 487-8839 TANENBAUM-HARBER OF CALIFORNIA INC. |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION

**0001   2575 Auto Mall Pkwy, Fairfield,  CA 94533-5803**

Insured:  PONTUS MAG FAIRFIELD LLC,

**CLASSIFICATION -** 61217
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 42,737 Square Feet Of Area | 37.530 | █████ |
| | | **Total:** | █████ |

**0002   2545 Auto Mall Pkwy, Fairfield,  CA 94533-5803**

Insured:  PONTUS MAG FAIRFIELD LLC,

**CLASSIFICATION -** 61217
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 15,473 Square Feet Of Area | 37.530 | █████ |
| | | **Total:** | █████ |

*To report a claim,  call your Agent or  1-800-362-0000*

DS 70 23 10 16



**Liberty Mutual. INSURANCE**

| | |
|---|---|
| Coverage Is Provided In:<br>West American Insurance Company - a stock company | Policy Number:<br>**BKW (20) 59 62 88 50**<br>Policy Period:<br>**From 03/01/2019 To 03/01/2020**<br>*12:01 am Standard Time*<br>*at Insured Mailing Location* |

**Commercial  General  Liability**
**Declarations  Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC,<br>PONTUS MAG VALLEJO LLC, | (858) 487-8839<br>TANENBAUM-HARBER OF CALIFORNIA INC. |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION - continued

**0003   1001 Admiral Callaghan Ln, Vallejo, CA 94591-3681**
**Insured:  PONTUS MAG FAIRFIELD LLC,**

**CLASSIFICATION - 61217**
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 26,828 Square Feet Of Area | 37.530 | $ ████ |
| | | Total: | ████ |

**0004   2855 Auto Mall Pkwy, Fairfield, CA 94533-6835**
**Insured:  PONTUS MAG FAIRFIELD LLC,**

**CLASSIFICATION - 61217**
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 29,006 Square Feet Of Area | 37.530 | $ ████ |
| | | Total: | ████ |

*To report a claim, call your Agent or 1-800-362-0000*

**Liberty Mutual.**
INSURANCE

| Coverage Is Provided In: | Policy Number: |
|---|---|
| West American Insurance Company - a stock company | **BKW (20) 59 62 88 50** |

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial General Liability**
**Declarations Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC, | (858) 487-8839 |
| PONTUS MAG VALLEJO LLC, | TANENBAUM-HARBER OF CALIFORNIA INC. |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION - continued

**0005**   *2595 Auto Mall Pkwy, Fairfield,  CA 94533-5803*
**Insured:**  PONTUS MAG FAIRFIELD LLC,

**CLASSIFICATION -** 61217
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 11,229 Square Feet Of Area | 37.530 | $█████ |
| | | **Total:** | ████ |

**0006**   *2775 Auto Mall Pkwy, Fairfield,  CA 94533*
**Insured:**  PONTUS MAG FAIRFIELD LLC,

**CLASSIFICATION -** 61217
Buildings Or Premises - Bank Or Office - Mercantile Or
Manufacturing - Maintained By The Insured (Lessor's Risk
Only) - For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 14,720 Square Feet Of Area | 37.530 | ████ |
| | | **Total:** | ████ |

*To report a claim,  call your Agent or 1-800-362-0000*

DS 70 23 10 16



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
West American Insurance Company - a stock company

Policy Number:
**BKW  (20)  59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   General   Liability**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| PONTUS MAG FAIRFIELD LLC,<br>PONTUS MAG VALLEJO LLC, | (858) 487-8839<br>TANENBAUM-HARBER OF CALIFORNIA INC. |

## SUMMARY OF OTHER COVERAGE - continued

| COVERAGE DESCRIPTION | PREMIUM |
|---|---|
| Commercial General Liability Schedule Total | ▬ |

This page intentionally left blank.



**Named Insured Endorsement**

POLICY NUMBER
**BKW   (20)   59 62 88 50**

Policy Period:
**From 03/01/2019 To 03/01/2020**
*12:01 am Standard Time*
*at Insured Mailing Location*

This Endorsement Changes The Policy. Please Read it Carefully.

The complete Named Insured reads as follows:

PONTUS MAG FAIRFIELD LLC,
PONTUS MAG VALLEJO LLC,
PONTUS FAIRFIELD LLC

DS 88 04 03 15

PAGE  1  OF  1

This page intentionally left blank.

# COMMERCIAL  GENERAL LIABILITY COVERAGE FORM



Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

   (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

b. This insurance applies to "bodily injury" and "property damage" only if:

   (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   (2) The "bodily injury" or "property damage" occurs during the policy period; and

   (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

©  Insurance Services Office, Inc., 2012

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or



**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  **(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

    **(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

    **(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

    **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

  **(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

  **(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

    **(i)** Any insured; or

    **(ii)** Any person or organization for whom you may be legally responsible; or

  **(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

    **(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of

© Insurance Services Office, Inc., 2012

the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

(b) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

59628850 002228 280 39 of 140

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

 © Insurance Services Office, Inc., 2012

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.



2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

© Insurance Services Office, Inc., 2012

**n. Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

© Insurance Services Office, Inc., 2012 CG 00 01 04 13

c.  **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d.  **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e.  **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletics contests.

f.  **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g.  **Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1.  We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a.  All expenses we incur.

b.  Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c.  The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d.  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e.  All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f.  Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.  If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a.  The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b.  This insurance applies to such liability assumed by the insured;

c.  The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d.  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.  The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.  The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

    (2) Provides us with written authorization to:

        (a) Obtain records and other information related to the "suit"; and

        (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

    **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        (1) "Bodily injury" or "personal and advertising injury":

            (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            (b) To the spouse, child, parent, brother or sister of that co- "employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

            (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

            (d) Arising out of his or her providing or failing to provide professional health care services.

        (2) "Property damage" to property:

            (a) Owned, occupied or used by;

            (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

        you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

© Insurance Services Office, Inc., 2012
CG 00 01 04 13

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph 2. above, the Personal And Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when Paragraph b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph c. below.

b. **Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I - Coverage A - Bodily Injury And Property Damage Liability.

© Insurance Services Office, Inc., 2012 CG 00 01 04 13

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.** **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

© Insurance Services Office, Inc., 2012

## SECTION V - DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph a. above;

      (2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

 © Insurance Services Office, Inc., 2012

f.   That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1)  That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2)  That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a)  Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b)  Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3)  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10.  "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11.  "Loading or unloading" means the handling of property:

a.   After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b.   While it is in or on an aircraft, watercraft or "auto"; or

c.   While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12.  "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a.   Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b.   Vehicles maintained for use solely on or next to premises you own or rent;

c.   Vehicles that travel on crawler treads;

d.   Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1)  Power cranes, shovels, loaders, diggers or drills; or

(2)  Road construction or resurfacing equipment such as graders, scrapers or rollers;

e.   Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2)  Cherry pickers and similar devices used to raise or lower workers;

f.   Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1)  Equipment designed primarily for:

(a)  Snow removal;

(b)  Road maintenance, but not construction or resurfacing; or

(c)  Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

COMMERCIAL  GENERAL  LIABILITY
CG 21 06 05 14

THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION  - ACCESS OR DISCLOSURE OF CONFIDENTIAL  OR PERSONAL INFORMATION  AND DATA-RELATED LIABILITY - WITH LIMITED  BODILY INJURY EXCEPTION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** Exclusion  **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

   **2.** **Exclusions**

     This insurance  does not apply to:

     **p.** **Access Or Disclosure Of Confidential Or Personal Information And Data-related  Liability**

      Damages arising  out of:

      **(1)** Any access to or disclosure of any person's or organization's confidential  or personal information, including  patents, trade secrets, processing  methods, customer lists, financial information,  credit card information,  health information  or any other type of nonpublic information; or

      **(2)** The loss of, loss of use of, damage to, corruption  of, inability to access, or inability  to manipulate electronic  data.

      This exclusion  applies  even if damages  are claimed  for notification costs, credit monitoring  expenses, forensic  expenses, public relations expenses or any other loss, cost or expense incurred  by you or others arising  out of that which is described in Paragraph  **(1)** or **(2)** above.

      However, unless Paragraph  **(1)** above applies, this exclusion  does not apply to damages because of "bodily injury".

As used in this exclusion,  electronic data means information,  facts or programs stored as or on, created or used on, or transmitted  to or from computer  software, including  systems and applications  software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing  devices or any other media which are used with electronically  controlled  equipment.

**B.** The following  is added to Paragraph  **2. Exclusions** of **Section I - Coverage B - Personal And Advertising  Injury Liability:**

   **2.** **Exclusions**

     This insurance  does not apply to:

     **Access Or Disclosure Of Confidential Or Personal Information**

     "Personal and advertising  injury" arising out of any access to or disclosure of any person's or organization's  confidential  or personal information,  including  patents, trade secrets, processing  methods, customer lists, financial information,  credit card information,   health information  or any other type of nonpublic  information.

     This exclusion  applies even if damages are claimed for notification  costs, credit monitoring  expenses, forensic expenses, public relations  expenses or any other loss, cost or expense incurred  by you or others arising out of any access to or disclosure of any person's or organization's confidential  or personal information.

© Insurance  Services  Office, Inc., 2013

COMMERCIAL  GENERAL LIABILITY
CG 21 47 12 07

THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT  - RELATED PRACTICES EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART



**A.** The following  exclusion  is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance  does not apply to:

"Bodily  injury"  to:

**(1)** A person  arising  out of any:

    **(a)** Refusal to employ  that person;

    **(b)** Termination  of that person's employment; or

    **(c)** Employment-related  practices, policies,  acts  or omissions,  such as coercion,  demotion,  evaluation, reassignment,  discipline,  defamation,  harassment,  humiliation,  discrimination  or malicious  prosecution directed  at that person; or

**(2)** The spouse, child, parent, brother or sister  of that person  as a consequence  of "bodily  injury"  to that person at whom any of the employment-related  practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the injury-causing  event described in Paragraphs **(a), (b)** or **(c)** above occurs  before  employment,  during  employment  or after employment  of that person;

**(2)** Whether  the insured  may be liable  as an employer  or in any other capacity; and

**(3)** To any obligation  to share damages with or repay someone  else who must pay damages  because of the injury.

**B.** The following  exclusion  is added to Paragraph  **2., Exclusions** of Section **I - Coverage B - Personal And Advertising  Injury Liability:**

This insurance  does not apply to:

"Personal  and advertising  injury"  to:

**(1)** A person  arising  out of any:

    **(a)** Refusal  to employ  that person;

    **(b)** Termination  of that person's employment; or

    **(c)** Employment-related  practices, policies, acts or omissions,  such as coercion,  demotion,  evaluation, reassignment,  discipline,  defamation,  harassment,  humiliation,  discrimination  or malicious  prosecution directed  at that person; or

**(2)** The spouse, child, parent, brother or sister  of that person  as a consequence  of "personal  and advertising  injury"  to that person at whom  any of the employment-related practices described in paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the injury-causing  event described in Paragraphs **(a), (b)** or **(c)** above occurs before  employment,  during  employment  or after employment  of that person;

**(2)** Whether  the insured  may be liable  as an employer  or in any other capacity; and

**(3)** To any obligation  to share damages with or repay  someone  else who must pay damages  because of the injury.

© ISO Properties,  Inc., 2006

COMMERCIAL  GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI  OR BACTERIA EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following  exclusion  is added to Paragraph **2.** Exclusions  of **Section I - Coverage  A - Bodily Injury And Property Damage Liability:**

**2.,  Exclusions**

This insurance  does not apply to:

**Fungi or Bacteria**

**a.** "Bodily  injury"  or "property  damage" which  would  not have occurred,  in whole  or in part, but for the actual, alleged or threatened  inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi"  or bacteria on or within  a building  or structure, including  its contents, regardless of whether  any other cause, event, material or product contributed  concurrently or in any sequence to such injury  or damage.

**b.** Any loss, cost or expenses arising out of the abating,  testing for, monitoring, cleaning  up, removing,  containing, treating,  detoxifying,  neutralizing,  remediating  or disposing  of, or in any way responding  to, or assessing the effects of, "fungi"  or bacteria, by any insured or by any other  person or entity.

This exclusion  does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following  exclusion  is added to Paragraph **2.** Exclusions  of **Section I - Coverage  B - Personal And Advertising  Injury Liability:**

**2.   Exclusions**

This insurance  does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising  injury" which would  not have taken place, in whole or in part, but for the actual, alleged or threatened  inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi"  or bacteria on or within  a building  or structure, including  its contents, regardless of whether  any other cause, event, material or product contributed  concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating,  testing  for, monitoring, cleaning  up, removing,  containing, treating,  detoxifying,  neutralizing,  remediating  or disposing  of, or in any way responding  to, or assessing the effects of, "fungi"  or bacteria, by any insured or by any other person or entity.

**C.** The following  definition  is added to the **Definitions** Section:

"Fungi"  means any type or form of fungus, including  mold or mildew  and any mycotoxins, spores, scents or by-products  produced  or released by fungi.

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY



**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

COMMERCIAL  GENERAL LIABILITY
CG 21 76 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  OF PUNITIVE  DAMAGES
## RELATED  TO A CERTIFIED ACT OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY

**A.** The following  exclusion  is added:

This insurance  does not apply to:

**TERRORISM PUNITIVE  DAMAGES**

Damages arising,  directly  or indirectly,  out of a "certified  act of terrorism"  that are awarded as punitive  damages.

**B.** The following  definition  is added:

"Certified  act of terrorism"  means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the federal Terrorism Risk Insurance  Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance Act for a "certified  act of terrorism"  include the following:

**1.** The act resulted  in insured  losses in excess of $5 million  in the aggregate, attributable  to all types of insurance  subject to the Terrorism  Risk Insurance Act; and

**2.** The act is a violent  act or an act that is dangerous  to human life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce the civilian  population  of the United States or to influence  the policy or affect the conduct  of the United States Government  by coercion.

**C.** The terms and limitations  of any terrorism  exclusion, or the inapplicability  or omission of a terrorism  exclusion,  do not serve to create coverage for injury  or damage that is otherwise excluded  under this Coverage Part.

© Insurance  Services  Office, Inc., 2015 Page 1 of 1

COMMERCIAL  GENERAL  LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT  OF INSURED  CONTRACT  DEFINITION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART



The definition  of "insured  contract"  in the **Definitions** section  is replaced by the following:

"Insured contract"  means:

**a.** A contract  for a lease of premises.  However,  that portion  of the contract  for a lease of premises  that indemnifies  any person or organization  for damage by fire to premises  while rented  to you or temporarily  occupied by you with permission  of the owner is not an "insured  contract";

**b.** A sidetrack  agreement;

**c.** Any easement  or license agreement,  except in connection  with construction  or demolition  operations  on or within  50 feet of a railroad;

**d.** An obligation,  as required  by ordinance, to indemnify  a municipality,  except in connection  with work for a municipality;

**e.** An elevator  maintenance  agreement;

**f.** That part of any other  contract  or agreement pertaining  to your business  (including an indemnification  of a municipality in connection  with work performed  for a municipality)  under which you assume the tort liability  of another  party to pay for "bodily  injury"  or "property  damage" to a third  person  or organization,  provided the "bodily  injury"  or "property damage"  is caused,  in whole  or in part, by you or by those acting on your behalf. However,  such part of a contract  or agreement  shall only be considered  an "insured  contract"  to the extent  your assumption  of the tort liability  is permitted by law. Tort liability  means a liability  that would  be imposed  by law in the absence of any contract  or agreement.

Paragraph  **f.** does not include that part of any contract  or agreement:

**(1)** That indemnifies  a railroad for "bodily  injury"  or "property  damage" arising  out of construction  or demolition  operations,  within 50 feet of any railroad  property  and affecting any railroad  bridge or trestle, tracks, road-beds,  tunnel,  underpass  or crossing;

**(2)** That indemnifies  an architect,  engineer or surveyor  for injury  or damage arising  out of:

**(a)** Preparing,  approving,  or failing to prepare  or approve,  maps, shop  drawings,  opinions,  reports,  surveys,  field  orders, change orders or drawings and specifications;  or

**(b)** Giving directions  or instructions, or failing  to give them, if that is the primary  cause of the injury or damage; or

**(3)** Under which the insured,  if an architect,  engineer  or surveyor,  assumes liability  for an injury  or damage arising  out of the insured's rendering  or failure  to render  professional  services,  including  those listed in **(2)** above and supervisory,  inspection, architectural  or engineering  activities.

COMMERCIAL  GENERAL LIABILITY
CG 84 99 01 12

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-CUMULATION   OF LIABILITY LIMITS
## (SAME  OCCURRENCE)

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following   is added to Paragraph  **5.** under **Section III - Limits Of Insurance:**

Non-Cumulation   of Liability  - Same Occurrence - If one "occurrence"  causes "bodily  injury"  or "property damage"  during  the policy  period and during  the policy  period of one or more prior, or future, general liability  policies  issued  to you by us, then this policy's  Each Occurrence  Limit  will  be reduced  by the amount of each payment  made by us under the other policies  because of such "occurrence."

"For  purposes  of this endorsement,  the term "us"  also includes  any other  company  that is or was part of the Liberty Mutual  Agency  Corporation  division  of Liberty  Mutual  Group."

© 2011 Liberty Mutual Insurance. All rights reserved.
CG 84 99 01 12          Includes copyrighted material of Insurance Services Office, Inc., with its permission .          Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 88 10 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL GENERAL LIABILITY EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## INDEX

| SUBJECT | PAGE |
|---|---|
| NON-OWNED AIRCRAFT | 2 |
| NON-OWNED WATERCRAFT | 2 |
| PROPERTY DAMAGE LIABILITY - ELEVATORS | 2 |
| EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) | 2 |
| MEDICAL PAYMENTS EXTENSION | 3 |
| EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B | 3 |
| ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT | 3 |
| PRIMARY AND NON-CONTRIBUTORY- ADDITIONAL INSURED EXTENSION | 5 |
| ADDITIONAL INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS OF INSURANCE" | 6 |
| WHO IS AN INSURED - INCIDENTAL MEDICAL ERRORS/MALPRACTICE AND WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT EMPLOYEES | 6 |
| NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES | 7 |
| FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES | 7 |
| KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT | 7 |
| LIBERALIZATION CLAUSE | 7 |
| BODILY INJURY REDEFINED | 7 |
| EXTENDED PROPERTY DAMAGE | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU | 8 |

© 2013 Liberty Mutual Insurance

CG 88 10 04 13    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 1 of 8

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A.   NON-OWNED AIRCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** exclusion **g. Aircraft, Auto Or Watercraft** does not apply to an aircraft provided:

**1.**   It is not owned by any insured;

**2.**   It is hired, chartered or loaned with a trained paid crew;

**3.**   The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

**4.**   It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.

**B.   NON-OWNED WATERCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraph **(2)** of exclusion **g. Aircraft, Auto Or Watercraft** is replaced by the following:

This exclusion does not apply to:

**(2)**   A watercraft you do not own that is:

**(a)**   Less than 52 feet long; and

**(b)**   Not being used to carry persons or property for a charge.

**C.   PROPERTY DAMAGE LIABILITY - ELEVATORS**

**1.**   Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraphs **(3), (4)** and **(6)** of exclusion **j. Damage To Property** do not apply if such "property damage" results from the use of elevators. For the purpose of this provision, elevators do not include vehicle lifts. Vehicle lifts are lifts or hoists used in automobile service or repair operations.

**2.**   The following is added to **Section IV - Commercial General Liability Conditions,** Condition **4. Other Insurance,** Paragraph **b. Excess Insurance:**

The insurance afforded by this provision of this endorsement is excess over any property insurance, whether primary, excess, contingent or on any other basis.

**D.   EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage)**

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

**1.**   Under Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:**

**a.**   The fourth from the last paragraph of exclusion **j. Damage To Property** is replaced by the following:

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from an automatic fire protection system) to:

**(i)**   Premises rented to you for a period of 7 or fewer consecutive days; or

**(ii)**   Contents that you rent or lease as part of a premises rental or lease agreement for a period of more than 7 days.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" to contents of premises rented to you for a period of 7 or fewer consecutive days.

A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

© 2013 Liberty Mutual Insurance

**CG 88 10 04 13**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 2 of 8**



**b.** The last paragraph of subsection **2. Exclusions** is replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

**2.** Paragraph **6.** under **Section III - Limits Of Insurance** is replaced by the following:

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to:

    **a.** Any one premise:

        **(1)** While rented to you; or

        **(2)** While rented to you or temporarily occupied by you with permission of the owner for damage by fire, lightning, explosion, smoke or leakage from automatic protection systems; or

    **b.** Contents that you rent or lease as part of a premises rental or lease agreement.

**3.** As regards coverage provided by this provision **D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) -** Paragraph **9.a.** of **Definitions** is replaced with the following:

**9.a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with the permission of the owner, or for damage to contents of such premises that are included in your premises rental or lease agreement, is not an "insured contract".

**E. MEDICAL PAYMENTS EXTENSION**

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Payments provided by this policy are amended as follows:

Under Paragraph **1. Insuring Agreement** of **Section I - Coverage C - Medical Payments,** Subparagraph **(b)** of Paragraph **a.** is replaced by the following:

**(b)** The expenses are incurred and reported within three years of the date of the accident; and

**F. EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** Under **Supplementary Payments - Coverages A** and B, Paragraph **1.b.** replaced by the following:

**b.** Up to **$3,000** for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**2.** Paragraph **1.d.** is replaced by the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to **$500** a day because of time off from work.

**G. ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT**

**1.** Paragraph **2.** under **Section II - Who Is An Insured** is amended to include as an insured any person or organization whom you have agreed to add as an additional insured in a written contract, written agreement or permit. Such person or organization is an additional insured but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by:

**a.** Your acts or omissions, or the acts or omissions of those acting on your behalf, in the performance of your on going operations for the additional insured that are the subject of the written contract or written agreement provided that the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" is committed, subsequent to the signing of such written contract or written agreement; or

© 2013 Liberty Mutual Insurance

**CG 88 10 04 13**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 3 of 8**

    **b.**  Premises or facilities rented by you or used by you; or

    **c.**  The maintenance, operation or use by you of equipment rented or leased to you by such person or organization; or

    **d.**  Operations performed by you or on your behalf for which the state or political subdivision has issued a permit subject to the following additional provisions:

        **(1)**  This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of the operations performed for the state or political subdivision; or

        **(2)**  This insurance does not apply to "bodily injury" or "property damage" included within the "completed operations hazard".

        **(3)**  Insurance applies to premises you own, rent, or control but only with respect to the following hazards:

            **(a)**  The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

            **(b)**  The construction, erection, or removal of elevators; or

            **(c)**  The ownership, maintenance, or use of any elevators covered by this insurance.

However:

**1.**  The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.**  If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

With respect to Paragraph **1.a.** above, a person's or organization's status as an additional insured under this endorsement ends when:

    **(1)**  All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **(2)**  That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

With respect to Paragraph **1.b.** above, a person's or organization's status as an additional insured under this endorsement ends when their written contract or written agreement with you for such premises or facilities ends.

With respects to Paragraph **1.c.** above, this insurance does not apply to any "occurrence" which takes place after the equipment rental or lease agreement has expired or you have returned such equipment to the lessor.

The insurance provided by this endorsement applies only if the written contract or written agreement is signed prior to the "bodily injury" or "property damage".

We have no duty to defend an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured as required in Paragraph **b.** of Condition **2. Duties In the Event Of Occurrence, Offense, Claim Or Suit** under **Section IV - Commercial General Liability Conditions.**

**2.** With respect to the insurance provided by this endorsement, the following are added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" arising from the sole negligence of the additional insured.

**b.** "Bodily injury" or "property damage" that occurs prior to you commencing operations at the location where such "bodily injury" or "property damage" occurs.

**c.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:



    **(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(2)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**d.** "Bodily injury" or "property damage" occurring after:

    **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**e.** Any person or organization specifically designated as an additional insured for ongoing operations by a separate **ADDITIONAL INSURED -OWNERS, LESSEES OR CONTRACTORS** endorsement issued by us and made a part of this policy.

**3.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement; or

**b.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declaratio ns.

**H. PRIMARY AND NON-CONTRIBUTORY ADDITIONAL INSURED EXTENSION**

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

Condition **4. Other Insurance of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

**a.** The following is added to Paragraph **a. Primary Insurance:**

If an additional insured's policy has an Other Insurance provision making its policy excess, and you have agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.

**b.** The following is added to Paragraph **b. Excess Insurance:**

When a written contract or written agreement, other than a premises lease, facilities rental contract or agreement, an equipment rental or lease contract or agreement, or permit issued by a state or political subdivision between you and an additional insured does not require this insurance to be primary or primary and non-contributory, this insurance is excess over any other insurance for which the additional insured is designated as a Named Insured.

Regardless of the written agreement between you and an additional insured, this insurance is excess over any other insurance whether primary, excess, contingent or on any other basis for which the additional insured has been added as an additional insured on other policies.

**I. ADDITIONAL INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS OF INSURANCE"**

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

1. The following is added to Condition **2. Duties In The Event Of Occurrence, Offense, Claim or Suit:**

   An additional insured under this endorsement will as soon as practicable:

   **a.** Give written notice of an "occurrence" or an offense that may result in a claim or "suit" under this insurance to us;

   **b.** Tender the defense and indemnity of any claim or "suit" to all insurers whom also have insurance available to the additional insured; and

   **c.** Agree to make available any other insurance which the additional insured has for a loss we cover under this Coverage Part.

   **d.** We have no duty to defend or indemnify an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured.

2. The limits of insurance applicable to the additional insured are those specified in a written contract or written agreement or the limits of insurance as stated in the Declarations of this policy and defined in **Section III - Limits of Insurance** of this policy, whichever are less. These limits are inclusive of and not in addition to the limits of insurance available under this policy.

**J. WHO IS AN INSURED - INCIDENTAL MEDICAL ERRORS / MALPRACTICE
WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT EMPLOYEES**

Paragraph **2.a.(1)** of **Section II - Who Is An Insured** is replaced with the following:

**(1)** "Bodily injury" or "personal and advertising injury":

   **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

   **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1) (a)** above;

   **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1) (a)** or **(b)** above; or

   **(d)** Arising out of his or her providing or failing to provide professional health care services. However, if you are not in the business of providing professional health care services or providing professional health care personnel to others, or if coverage for providing professional health care services is not otherwise excluded by separate endorsement, this provision (Paragraph **(d)**) does not apply.

Paragraphs **(a)** and **(b)** above do not apply to "bodily injury" or "personal and advertising injury" caused by an "employee" who is acting in a supervisory capacity for you. Supervisory capacity as used herein means the "employee's" job responsibilities assigned by you, includes the direct supervision of other "employees" of yours. However, none of these "employees" are insureds for "bodily injury" or "personal and

advertising injury" arising out of their willful conduct, which is defined as the purposeful or willful intent to cause "bodily injury" or "personal and advertising injury", or caused in whole or in part by their intoxication by liquor or controlled substances.

The coverage provided by provision **J.** is excess over any other valid and collectable insurance available to your "employee".

## K. NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES

Paragraph **3.** of **Section II - Who Is An Insured** is replaced by the following:

**3.** Any organization you newly acquire or form and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    **a.** Coverage under this provision is afforded only until the expiration of the policy period in which the entity was acquired or formed by you;

    **b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

    **d.** Records and descriptions of operations must be maintained by the first Named Insured.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations or qualifies as an insured under this provision.

## L. FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **6. Representations:**

Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

## M. KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **2. Duties In The Event of Occurrence, Offense, Claim Or Suit:**

Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or a person who has been designated by them to receive reports of "occurrences", offenses, claims or "suits" shall have received such notice from the agent, servant or "employee".

## N. LIBERALIZATION CLAUSE

If we revise this Commercial General Liability Extension Endorsement to provide more coverage without additional premium charge, your policy will automatically provide the coverage as of the day the revision is effective in your state.

## O. BODILY INJURY REDEFINED

Under **Section V - Definitions,** Definition **3.** is replaced by the following:

**3.** "Bodily Injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease.

**P.   EXTENDED PROPERTY DAMAGE**

**Exclusion a.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

**a.   Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**Q.   WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **8. Transfer Of Rights Of Recovery Against Others To Us:**

We waive any right of recovery we may have against a person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard" provided:

1.   You and that person or organization have agreed in writing in a contract or agreement that you waive such rights against that person or organization; and

2.   The injury or damage occurs subsequent to the execution of the written contract or written agreement.

® 2013 Liberty Mutual Insurance



COMMERCIAL  GENERAL  LIABILITY
CG 88 60 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EACH LOCATION  GENERAL  AGGREGATE  LIMIT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.** For all sums which  the insured  becomes  legally  obligated  to pay as damages  caused by "occurrences"
under **Section  I - Coverage  A - Bodily  Injury  And Property  Damage  Liability,** and for all medical  ex-
penses  caused by accidents  under **Section  I - Coverage  C Medical  Payments,** which  can be attributed
only to operations  at a single  "location"  owned by or rented to you:

    **1.** A separate  Each Location  General  Aggregate  Limit  applies  to each "location",  and that limit  is equal
to the amount of the General Aggregate  Limit shown in the Declarations.

    **2.** The Each Location  General  Aggregate  Limit  is the most  we will  pay for the sum of all damages
under  Coverage  **A,** except damages  because of "bodily  injury"  or "property  damage"  included  in
the "products-completed   operations  hazard",  and for medical  expenses  under Coverage  **C** regard-
less of the number  of:

        **a.** Insureds;

        **b.** Claims made or "suits"  brought;  or

        **c.** Persons or organizations  making claims or bringing  "suits".

    **3.** Any payments  made under Coverage  **A** for damages  or under Coverage  **C** for medical  expenses
shall  reduce the Each Location  General  Aggregate  Limit for that "location".  Such payments  shall
not reduce the General Aggregate  Limit shown in the Declarations  nor shall they reduce any other
Each Location  General  Aggregate  Limit  for any other "location".

    **4.** The limits  shown  in the Declarations  for Each Occurrence,  Fire Damage and Medical  Expense
continue  to apply.  However,  instead of being subject to the General Aggregate  Limit shown in the
Declarations,  such limits  will  be subject to the applicable  Each Location  General  Aggregate  Limit.

**B.** For all sums which  the insured  becomes  legally  obligated  to pay as damages  caused by "occurrences"
under **Section  I - Coverage  A - Bodily  Injury  And Property  Damage  Liability,** and for all medical  ex-
penses  caused by accidents  under **Section  I - Coverage  C Medical  Payments,** which  cannot be attrib-
uted only to operations  at a single  "location"  owned by or rented to you:

    **1.** Any payments  made under Coverage  **A** for damages  or under Coverage  **C** for medical  expenses
shall  reduce the amount  available  under the General  Aggregate  Limit  or the Products-Completed
Operations  Aggregate  Limit,  whichever  is applicable;  and

    **2.** Such payments  shall  not reduce any Each Location  General  Aggregate  Limit.

**C.** When coverage  for liability  arising  out of the "products-completed   operations  hazard"  is provided,  any
payments  for damages  because of "bodily  injury"  or "property  damage"  included  in the "products-
completed  operations  hazard"  will  reduce the Products-Completed  Operations  Aggregate  Limit,  and not
reduce the General Aggregate  Limit  nor the Each Location  General  Aggregate  Limit.

**D.** For the purposes  of this endorsement,  the following  definition  is added to **Section V - Definitions:**

"Location"  means premises  involving  the same or connecting  lots, or premises  whose connection  is
interrupted  only by a street,  roadway,  waterway  or right-of-way  of a railroad.

**E.** The provisions  of **Section III - Limits Of Insurance** not otherwise  modified  by this endorsement  shall
continue  to apply  as stipulated.

COMMERCIAL  GENERAL LIABILITY
CG 88 77 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL  EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following   is added to **Section  I - Coverage  C - Medical  Payments:**

If **Medical  Payments** or **Medical  Expenses** are not otherwise  excluded  from  the policy,  medical  expenses will  be paid only if an insured  has requested  that we pay such expenses.

COMMERCIAL  GENERAL LIABILITY
CG 88 86 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - ASBESTOS  LIABILITY

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD  PROTECTIVE LIABILITY  COVERAGE PART

This insurance  does not apply to:

1.  "Bodily  injury",  "property  damage"  or "personal  and advertising  injury"  arising,  in whole  or in part,
either  directly  or indirectly  out of the manufacture,  storage,  processing,  mining,  use, sale, installation,
removal,  disposal,  distribution,  handling,  inhalation,  ingestion,  absorption,  or existence of, exposure  to
or contact with  asbestos,  asbestos  contained  in goods,  products  or materials,  asbestos  fibers  or asbes-
tos dust;  or

2.  Any loss,  cost or expense  arising  out of any:

a.  Request,  demand,  order,  or statutory  or regulatory  requirement  that any insured  or others  test for,
monitor,  clean up, remove,  contain,  treat,  detoxify  or neutralize,  or in any way respond  to, or assess
the effects  of asbestos,  asbestos  contained  in goods,  products  or materials,  asbestos  fibers  or
asbestos  dust;  or

b.  Claim  or "suit"  by or on behalf  of a governmental  authority  for damages  because  of testing  for,
monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way
responding  to, or assessing  the effects  of asbestos,  asbestos  contained  in goods,  products  or
materials,  asbestos  fibers  or asbestos  dust.

COMMERCIAL  GENERAL LIABILITY
CG 90 41 01 13

THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT   OF COVERAGE B PERSONAL AND  ADVERTISING  INJURY  LIABILITY

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.**  Paragraph  **1.** "Advertisement"    of **Section V - Definitions**  is replaced  by the following:

    **1.**  "Advertisement"    means dissemination  of information   or images to the general  public  for the purpose of inducing  the sale of your goods, products  or services through:

        **a.**  Radio; or

        **b.**  Television;  or

        **c.**  Billboard;  or

        **d.**  Magazine;  or

        **e.**  Newspaper;  or

        **f.**  The internet;  or

        **g.**  "Your  web site".

However, "advertisement"    does not include  the design, printed  material,  information   or images  contained in, on or upon the packaging  or labeling  of any goods  or products.

**B.**  Subparagraph   **g.** of Paragraph  **14.** "Personal  and Advertising   Injury"  of **Section  V - Definitions**  is replaced by the following:

    **g.**  Infringing   upon another's  copyright  or slogan in your "advertisement".

**C.**  The following   definition   "Your  web site" is added to **Section V - Definitions:**

"Your  web site" means a web page or set of interconnected   web pages prepared  and maintained   by you or on your  behalf, that is accessible  over the internet.

**D.**  Exclusion  **i.** under Paragraph  **2., Exclusions**  of **Section  I - Coverage  B - Personal And Advertising  Injury Liability**  is replaced  with  the following:

    **2.**  **Exclusions**

      This insurance  does not apply to:

      **i.**  **Infringement   Of Copyright,  Patent, Trademark,  Trade Dress Or Trade Secret**

        "Personal and advertising   injury"  arising out of the infringement   of copyright,  patent,  trademark, trade  secret, trade  dress or other  intellectual   property  rights.  Under  this  exclusion,  such  other intellectual   property   rights  do not include   the  use of another's  advertising   idea in your "advertisement".

        However, this exclusion  does not apply to infringement,  in your "advertisement",   of copyright  or slogan.

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H - Definitions.**



**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

      © ISO Properties, Inc., 2001

c. **Personal Property of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under Additional Coverages - Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software.

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

© ISO Properties, Inc., 2001   CP 00 10 04 02

q. The following property while outside of buildings:

   (1) Grain, hay, straw or other crops;

   (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

   See applicable Causes of Loss Form as shown in the Declarations.

4. **Additional Coverages**

   a. **Debris Removal**

      (1) Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

      (2) Debris Removal does not apply to costs to:

         (a) Extract "pollutants" from land or water; or

         (b) Remove, restore or replace polluted land or water.

      (3) Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

         (a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

         (b) Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

      (4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

         (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

         (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

      Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

      (5) Examples

      The following examples assume that there is no coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $    500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

© ISO Properties, Inc., 2001

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $ 30,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4).** Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

© ISO Properties, Inc., 2001 CP 00 10 04 02

(3) The ordinance or law referred to in e.(2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

    (a) You were required to comply with before the loss, even when the building was undamaged; and

    (b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

    (a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

    (b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

    (a) We will not pay for the Increased Cost of Construction:

        (i) Until the property is actually repaired or replaced, at the same or another premises; and

        (ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    (b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the same premises.

    (c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.(6) of this Additional Coverage, is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in e.(6) of this Additional Coverage, is not subject to such limitation.

f. **Electronic Data**

(1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered - Electronic Data.

(2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

(3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage - Electronic Data, subject to the following:

  (a) If the Causes of Loss - Special Form applies, coverage under this Additional Coverage - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

  (b) If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage - Electronic Data includes Collapse as set forth in that Form.

  (c) If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Electronic Data.

  (d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

(4) The most we will pay under this Additional Coverage - Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

a. **Newly Acquired Or Constructed Property**

(1) **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

  (a) Your new buildings while being built on the described premises; and

  (b) Buildings you acquire at locations, other than the described premises, intended for:

    (i) Similar use as the building described in the Declarations; or

© ISO Properties, Inc., 2001

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to your cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered - Electronic Data.

**(2)** If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

© ISO Properties, Inc., 2001

**(3)** If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d.   Property Off-Premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e.   Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion;  or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f.   Non-Owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations;  and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

© ISO Properties, Inc., 2001                **CP 00 10 04 02**

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance:

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance - Bldg. 1: | $ | 60,000 |
| Limit of Insurance - Bldg. 2: | $ | 80,000 |
| Loss to Bldg. 1: | $ | 60,100 |
| Loss to Bldg. 2: | $ | 90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
- 250
$59,850                Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:   $59,850 + 80,000 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:            $ 70,000
(exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2:            $ 90,000
(exceeds Limit of Insurance plus Deductible)
Loss Payable - Bldg. 1:        $60,000
(Limit of Insurance)
Loss Payable - Bldg. 2:        $80,000
(Limit of Insurance)
Total amount of loss payable:
                    $140,000

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.



**2.  Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**  Pay its chosen appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.  Duties In The Event Of Loss Or Damage**

**a.**  You must see that the following are done in the event of loss or damage to Covered Property:

**(1)**  Notify the police if a law may have been broken.

**(2)**  Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)**  As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)**  Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)**  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)**  As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)**  Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)**  Cooperate with us in the investigation or settlement of the claim.

**b.**  We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.  Loss Payment**

**a.**  In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)**  Pay the value of lost or damaged property;

**(2)**  Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)**  Take all or any part of the property at an agreed or appraised value; or

**(4)**  Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

© ISO Properties, Inc., 2001      **CP 00 10 04 02**

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**5.** **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6.** **Vacancy**

**a.** **Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b.** **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7.** **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d., e.** and **f.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**F.** **Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.** **Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step **(1)** ;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)** ; and

(4) Subtract the deductible from the figure determined in Step **(3)** .

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

| When: | The value of the property is | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $ 100,000 |
| | The Deductible is | $ 250 |
| | The amount of loss is | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

© ISO Properties, Inc., 2001

CP 00 10 04 02



**Example No. 2 (Adequate Insurance):**

When:

| | |
|---|---|
| The value of the property is | $ 250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $ 200,000 |
| The Deductible is | $ 250 |
| The amount of loss is | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

When: The value of property is:

| | |
|---|---|
| Bldg. at Location No. 1 | $ 75,000 |
| Bldg. at Location No. 2 | $ 100,000 |
| Personal Property at Location No. 2 | $ 75,000 |
| | $ 250,000 |
| | |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $ 180,000 |
| The Deductible is | $ 1,000 |

The amount of loss is:

| | |
|---|---|
| Bldg. at Location No. 2 | $ 30,000 |
| Personal Property at Location No. 2 | $ 20,000 |
| | $ 50,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000.

Step (4): $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

 ISO Properties, Inc., 2001

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

### Example:

| | | |
|---|---|---|
| If: | The applicable Limit of Insurance is | $ 100,000 |
| | The annual percentage increase is | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is | 146 |
| | The amount of increase is $100,000 x .08 x 146 ÷ 365= | $ 3,200 |

### 3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

© ISO Properties, Inc., 2001

CP 00 10 04 02

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

(3) If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

(4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject of **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. DEFINITIONS**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

 © ISO Properties, Inc., 2001

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.



**2.** The coverage territory is:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to se-

cure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVEAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

    **1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

    **2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

COMMERCIAL PROPERTY
CP 02 99 11 85

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANCELLATION CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART



The following is added to the CANCELLATION Common Policy Condition:

If any one of the following conditions exists at any building that is Covered Property in this policy, we may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least 5 days before the effective date of cancellation.

**A.** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

  **1.** Seasonal unoccupancy;

  **2.** Buildings in the course of construction, renovation or addition; or

  **3.** Buildings to which the Vacancy Permit endorsement applies.

  Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**B.** After damage by a covered cause of loss, permanent repairs to the building:

  **1.** Have not started, and

  **2.** Have not been contracted for,

  within 30 days of initial payment of loss.

**C.** The building has:

  **1.** An outstanding order to vacate;

  **2.** An outstanding demolition order;

  **3.** Been declared unsafe by governmental authority.

**D.** Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

**E.** Failure to:

  **1.** Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

  **2.** Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

COMMERCIAL PROPERTY
CP 04 49 12 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES - REPLACEMENT COST

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation. The term "open policy" does not apply to Covered Property that is subject to an Agreed Value clause or similar clause that establishes an agreed value prior to loss, unless such clause has expired.

B. Under an "open policy", when the Replacement Cost Optional Coverage (Replacement Cost) is shown as applicable in the Declarations, that Coverage is replaced by the following:

**Replacement Cost**

1. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of the applicable Coverage Form.

2. This Optional Coverage does not apply to:

   a. Personal property of others;

   b. Contents of a residence;

   c. Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

   d. "Stock", unless the Including "Stock" option is shown in the Declarations.

   Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

3. We will not pay on a replacement cost basis for any loss or damage until the lost or damaged property is actually repaired or replaced. Prior to such repair or replacement, and in accordance with the terms of the applicable Loss Payment conditions in this policy, we will pay the actual cash value of the lost or damaged property as described in Paragraph **4.** below. If the actual cash value does not exhaust the applicable Limit of Insurance, we will then pay the difference between the actual cash value and the replacement cost, provided that the repair or replacement is completed:

   a. Within 12 months after our payment of the actual cash value; or

   b. Within 24 months after our payment of the actual cash value if the loss or damage relates to a state of emergency as described in Section 8558 of the Government Code;

   unless we extend the time period for good cause.

   The foregoing provisions do not constitute a waiver of our right to deny the claim for any valid reason or to restrict payment in cases of suspected fraud.

4. Actual cash value is determined as follows:

   a. In the event of a total loss to a building or structure, actual cash value is calculated as the Limit of Insurance applicable to that building or structure or the fair market value of the building or structure, whichever is less.

© ISO Properties, Inc., 2005

b. In the event of a partial loss to a building or structure, actual cash value is calculated as **b.1.** or **b.2.**, whichever is less:

    1. The amount it would cost to repair, rebuild or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of the loss;

    2. The Limit of Insurance applicable to the property.

c. In the event of a partial or total loss to Covered Property other than a building or structure, actual cash value is calculated as **c.1.** or **c.2.**, whichever is less:

    1. The amount it would cost to repair or replace the property less a fair and reasonable deduction for physical depreciation, based on the condition of the property at the time of loss;

    2. The Limit of Insurance applicable to the property.

5. With respect to tenants' improvements and betterments, the following also apply:

a. If the property is not repaired or replaced, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of the applicable Coverage Form.

b. We will not pay for loss or damage to tenants' improvements and betterments if others pay for repair or replacement.

6. We will not pay more for loss or damage on a replacement cost basis than the least of **a.**, **b.** or **c.**, subject to **7.** below:

a. The Limit of Insurance applicable to the lost or damaged property;

b. The cost to replace the lost or damaged property with other property:

    1. Of comparable material and quality; and

    2. Used for the same purpose; or

c. The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **6.b.** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

7. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**C. Extension Of Replacement Cost To Personal Property Of Others**

1. Under an "open policy", when the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **B.2.a.** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

2. With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

© ISO Properties, Inc., 2005

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** - Definitions.

**A. Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section **B.**, Exclusions; or
2. Limited in Section **C.**, Limitations;

that follow.

**B. Exclusions**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance or Law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

©ISO Properties, Inc., 2001

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph **B.4.a.(1)** applies to these coverages.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g. (1)** through **g. (4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

©ISO Properties, Inc., 2001
CP 10 30 04 02

a. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

b. Delay, loss of use or loss of market.

c. Smoke, vapor or gas from agricultural smudging or industrial operations.

d. (1) Wear and tear;

(2) Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d. (1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will

also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

l.   Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.**, does not apply to damage to glass caused by chemicals applied to the glass

m.   Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3.   We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a.   Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

b.   Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c.   Faulty, inadequate or defective:

   (1)   Planning, zoning, development, surveying, siting;

   (2)   Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   (3)   Materials used in repair, construction, renovation or remodeling; or

   (4)   Maintenance;

of part or all of any property on or off the described premises.

4.   **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

a.   **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

   (1)   Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

   (2)   Any loss caused by or resulting from:

      (a)   Damage or destruction of "finished stock"; or

      (b)   The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

   (3)   Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

   (4)   Any increase of loss caused by or resulting from:

      (a)   Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

      (b)   Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the

©ISO Properties, Inc., 2001

Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(5) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(6) Any other consequential loss.

**b. Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.** Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

**c. Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.,** Ordinance Or Law;

(b) Paragraph **B.1.c.,** Governmental Action;

(c) Paragraph **B.1.d.,** Nuclear Hazard;

(d) Paragraph **B.1.e.,** Utility Services; and

(e) Paragraph **B.1.f.,** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or



    (2)  The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.**  Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

    (1)  Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

    (2)  Business Income coverage or Extra Expense coverage.

**e.**  Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.**  Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.**  We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.**  Animals, and then only if they are killed or their destruction is made necessary.

**b.**  Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

    (1)  Glass; or

    (2)  Containers of property held for sale.

**c.**  Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

    (1)  If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

    (2)  To Business Income coverage or to Extra Expense coverage.

**3.**  The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.**  $2,500 for furs, fur garments and garments trimmed with fur.

**b.**  $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.**  $2,500 for patterns, dies, molds and forms.

**d.**  $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income coverage or to Extra Expense coverage.

**4.**  We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**a.**  Results in discharge of any substance from an automatic fire protection system; or

**b.**  Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

**D.**  **Additional Coverage - Collapse**

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.5.** below.

**1.**  With respect to buildings:

**a.**  Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

 ©ISO Properties, Inc., 2001 CP 10 30 04 02

b.  A building  or any part of a building that is in danger of falling  down or caving in is not considered  to be in a state of collapse;

c.  A part of a building  that is standing is not considered  to be in a state of collapse even if it has separated from another part of the building;

d.  A building  that is standing  or any part of a building  that is standing is not considered  to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2.  We will  pay for direct physical loss or damage to Covered Property, caused by collapse of a building  or any part of a building  that is insured  under this Coverage Form  or that contains  Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

a.  The "specified  causes of loss" or breakage of building  glass, all only as insured  against in this Coverage Part;

b.  Decay that is hidden  from view, unless the presence of such decay is known to an insured prior to collapse;

c.  Insect or vermin  damage that is hidden from view, unless the presence of such damage is know to an insured prior to collapse.

d.  Weight of people or personal property;

e.  Weight  of rain  that collects  on a roof;

f.  Use of defective  material  or methods in construction, remodeling or renovation  if the collapse occurs during the course of the construction, remodeling  or renovation. However, if the collapse occurs after construction, remodeling or renovation  is complete  and is caused in part by a cause of loss listed in 2.a. through 2.e., we will pay for the loss or damage even if use of defective material  or methods, in construction, remodeling  or renovation, contributes  to the collapse.

The criteria  set forth in 1.a. through  1.d. do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed  in 2.a., 2.d. and 2.e.

3.  With respect to the following  property:

a.  Outdoor  radio or television  antennas (including  satellite  dishes) and their  lead-in  wiring,  masts or towers;

b.  Awnings,  gutters and downspouts;

c.  Yard fixtures;

d.  Outdoor swimming  pools;

e.  Fences;

f.  Piers, wharves  and docks;

g.  Beach or diving  platforms  or appurtenances;

h.  Retaining walls; and

i.  Walks, roadways and other paved surfaces;

if the collapse  is caused by a cause of loss  listed  in 2.b. through  2.f., we will pay for loss or damage  to that property only if:

a.  Such loss or damage is a direct result of the collapse  of a building  insured  under this Coverage Form; and

b.  The property  is Covered  Property under this Coverage Form.

4.  If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

a.  The collapse was caused by a Cause of Loss listed  in 2.a. through  2.f. above;

b.  The personal property which collapses is inside a building;  and

c.  The property  which collapses is not of a kind listed in 3. above, regardless of whether that kind of property is considered  to be personal property or real property.

The coverage stated in this Paragraph 4. does not apply to personal property if marring  and/or scratching  is the only damage  to that personal  property caused by the collapse.



Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5. This Additional Coverage - Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

E. **Additional Coverage - Limited Coverage For "Fungus", Wet Or Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   a. A "specified cause of loss" other than fire or lightning; or

   b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a

total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

   a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay

 ©ISO Properties, Inc., 2001 CP 10 30 04 02

(regardless of when such a delay oc-
curs during the "period of restora-
tion"), but such coverage is limited
to 30 days. The days need not be
consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit.**

This Extension applies only to your per-
sonal property to which this form ap-
plies.

   **a.** You may extend the insurance pro-
vided by this Coverage Part to apply
to your personal property (other
than property in the care, custody or
control of your salespersons) in
transit more than 100 feet from the
described premises. Property must
be in or on a motor vehicle you own,
lease or operate while between
points in the coverage territory.

   **b.** Loss or damage must be caused by
or result from one of the following
causes of loss:

     **(1)** Fire, lightning, explosion,
windstorm or hail, riot or civil
commotion, or vandalism.

     **(2)** Vehicle collision, upset or over-
turn. Collision means accidental
contact of your vehicle with an-
other vehicle or object. It does
not mean your vehicle's contact
with the road bed.

     **(3)** Theft of an entire bale, case or
package by forced entry into a
securely locked body or com-
partment of the vehicle. There
must be visible marks of the
forced entry.

   **c.** The most we will pay for loss or
damage under this Extension is
$5000.

This Coverage Extension is additional
insurance. The Additional Condition, Co-
insurance, does not apply to this Exten-
sion.

**2. Water Damage, Other Liquids, Powder
Or Molten Material Damage.**

If loss or damage caused by or resulting
from covered water or other liquid, pow-
der or molten material damage loss oc-
curs, we will also pay the cost to tear out
and replace any part of the building or
structure to repair damage to the system
or appliance from which the water or
other substance escapes. This Coverage
Extension does not increase the Limit of
Insurance.

**3. Glass**

   **a.** We will pay for expenses incurred to
put up temporary plates or board up
openings if repair or replacement of
damaged glass is delayed.

   **b.** We will pay for expenses incurred to
remove or replace obstructions
when repairing or replacing glass
that is part of a building. This does
not include removing or replacing
window displays.

This Coverage Extension, **F.3.,** does not
increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of
fungus, including mold or mildew, and
any mycotoxins, spores, scents or by-
products produced or released by fungi.

**2.** "Specified Causes of Loss" means the
following: Fire; lightning; explosion;
windstorm or hail; smoke; aircraft or ve-
hicles; riot or civil commotion; vandal-
ism; leakage from fire extinguishing
equipment; sinkhole collapse; volcanic
action; falling objects; weight of snow,
ice or sleet; water damage.

   **a.** Sinkhole collapse means the sud-
den sinking or collapse of land into
underground empty spaces created
by the action of water on limestone
or dolomite. This cause of loss does
not include:

     **(1)** The cost of filling sinkholes; or

     **(2)** Sinking or collapse of land into
man-made underground cav-
ities.

   **b.** Falling objects does not include loss
or damage to:

     **(1)** Personal property in the open;
or

     **(2)** The interior of a building or
structure, or property inside a
building or structure, unless the
roof or an outside wall of the
building or structure is first
damaged by a falling object.

   **c.** Water damage means accidental
discharge or leakage of water or
steam as the direct result of the
breaking apart or cracking of a
plumbing, heating, air conditioning
or other system or appliance (other
than a sump system including its re-
lated equipment and parts), that is
located on the described premises
and contains water or steam.

COMMERCIAL  PROPERTY
CP 10 32 08 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER  EXCLUSION  ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  PROPERTY COVERAGE PART
STANDARD  PROPERTY POLICY



**A.** The exclusion  in Paragraph  **B.** replaces the **Water** Exclusion  in this Coverage Part or Policy.

**B.** **Water**

  **1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow  of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

  **2.** Mudslide  or mudflow;

  **3.** Water that backs up or overflows  or is otherwise  discharged  from a sewer, drain, sump, sump pump or related equipment;

  **4.** Water under the ground surface pressing on, or flowing  or seeping  through:

   **a.** Foundations,  walls, floors or paved surfaces;

   **b.** Basements,  whether  paved or not; or

   **c.** Doors, windows  or other  openings; or

  **5.** Waterborne  material  carried  or otherwise  moved by any of the water referred to in Paragraph  **1.**, **3.** or **4.**, or material carried or otherwise  moved by mudslide or mudflow.

This exclusion  applies regardless of whether any of the above, in Paragraphs  **1.** through **5.,** is caused  by an act of nature or is otherwise  caused. An example  of a situation  to which this exclusion  applies  is the situation where a dam, levee, seawall or other boundary or containment  system fails in whole or in part, for any reason, to contain  the water.

But if any of the above, in Paragraphs  **1.** through  **5.,** results in fire, explosion or sprinkler leakage, we will  pay for the loss or damage caused  by that fire, explosion  or sprinkler leakage (if sprinkler  leakage is a Covered Cause of Loss).

POLICY NUMBER:

**COMMERCIAL PROPERTY**
**CP 10 54 06 95**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
STANDARD PROPERTY POLICY

**A.** The following is added to the EXCLUSIONS section and is therefore **not** a Covered Cause of Loss:

**WINDSTORM OR HAIL**

We will not pay for loss or damage:

**1.** Caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage; or

**2.** Caused by rain, snow, sand or dust, whether driven by wind or not, if that loss or damage would not have occurred but for the Windstorm or Hail.

But if Windstorm or Hail results in a cause of loss other than rain, snow, sand or dust, and that resulting cause of loss is a Covered Cause of Loss, we will pay for the loss or damage caused by such Covered Cause of Loss. For example, if the Windstorm or Hail damages a heating system and fire results, the loss or damage attributable to the fire is covered subject to any other applicable policy provisions.

**B.** Under ADDITIONAL COVERAGE - COLLAPSE, in the Causes of Loss - Broad Form, Windstorm or Hail is deleted from paragraph **a.(1)**.

**C.** In the Causes of Loss - Special Form, Windstorm or Hail is deleted from the "specified causes of loss".

**D.** Under ADDITIONAL COVERAGE EXTENSIONS - PROPERTY IN TRANSIT, in the Causes of Loss - Special Form, Windstorm or Hail is deleted from paragraph **b.(1)**.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN
# ENHANCEMENT ENDORSEMENT- SPECIAL FORM



This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

I.   The following change applies to the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, the BUILDERS RISK COVERAGE FORM, the CONDOMINIUM ASSOCIATION COVERAGE FORM and the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM:

The following wording is added under the **Pollutant Clean Up And Removal** Additional Coverage:

**A. Coverage**

**4. Additional Coverages**

**d. Pollutant Clean Up And Removal**

We will pay for the pollutant clean up and removal for loss resulting from an **Equipment Breakdown.** The most we will pay for the pollutant clean up and removal is $25,000 unless a higher limit is provided by an endorsement to the property form for which this endorsement is attached. In that case, whichever limit is greater will apply.

II.  The following change applies to the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM:

The following Additional Condition is added:

**F. Additional Conditions**

**3. Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly re-instated by delivering or mailing a written notice of suspension/coverage reinstatement to:

**a.** Your last known address; or

**b.** The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**4. Inspections and Surveys**

**a.** We have the right to:

**(1)** Make inspections and surveys at any time;

**(2)** Give you reports on the conditions we find: and

**(3)** Recommend changes.

**b.** We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

        **(1)** Are safe or healthful;  or

        **(2)** Comply with laws, regulations, codes or standards.

    **c.** Paragraphs a. and b. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

    **d.** Paragraph b. of this condition does not apply to any inspections, surveys, reports, or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

    **e.** If Covered Property requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**III.** The following change applies to the BUILDERS RISK COVERAGE FORM:

The following Additional Condition is added:

    **F. Additional Conditions**

      **5. Suspension**

      Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension/coverage reinstatement to:

      **a.** Your last known address; or

      **b.** The address where the property is located.

      If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**IV.** The following change applies to the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM:

The following Additional Condition is added:

    **F. Additional Conditions**

      **Suspension**

      Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly reinstated by delivering or mailing a written notice of suspension/coverage reinstatement to:

      **a.** Your last known address; or

      **b.** The address where the property is located.

      If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**V.** The following changes apply to the CAUSES OF LOSS - SPECIAL FORM:

    **B. Exclusions**

    As respects to the coverage provided by this endorsement **Exclusion 1.e. Utility Services,** is replaced by the following:

    **1. e. Utility Services**

      Loss resulting from **Equipment Breakdown** to power supplied from utility, landlord, or other services supplied to the described premises, however caused, if the failure occurs beyond 1,000 feet from the described premises. Failure includes lack of sufficient capacity and reduction in supply.

      But if failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

      However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead the Special Exclusion in paragraph **B.4.a.(1)** applies to these coverages.

The most we will pay for loss or damage under this coverage is $250,000 unless a higher limit is provided by an endorsement to the property form for which this endorsement is attached. In that case, whichever limit is greater will apply.

The following **Exclusions** are removed:

**2.a.**   Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**2.d.(6)**   Mechanical breakdown, including rupture or bursting caused by centrifugal force.

But if mechanical breakdown results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**2.e.**   Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.

But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion.

As respect to the coverage provided by this endorsement subparagraph **(1)** under **a.** of section **4. Special Exclusion a.** is changed to read as follows:

**4.   Special Exclusions**

    **a.**   **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form or Extra Expense Coverage Form**

Loss resulting from **Equipment Breakdown**, we will not pay for:

**(1)**   Any loss caused directly or indirectly by the failure of power supplied from utility, landlord, or other services supplied to the described premises, however caused, if the failure occurs beyond 1,000 feet of the described premises. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

The most we will pay for loss or damage under this coverage is $250,000 unless a higher limit is provided by an endorsement to the property form for which this endorsement is attached. In that case, whichever limit is greater will apply.

**C.   Limitations**

As respects to the coverage provided by this endorsement, the following **Limitations** are removed:

**1.a.** Steam boilers, steam pipes, steam engines, or steam turbines caused by or resulting from any condition or event inside such equipment.

But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**1.b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than any explosion.

**F.   Additional Coverage Extensions**

The following **Additional Coverage Extensions** are added:

**4.   Expediting Expenses**

We will pay for the expediting expense loss resulting from an **Equipment Breakdown** with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

**a.**   Make temporary repairs;

**b.**   Expedite permanent repairs; and

**c.**   Expedite permanent replacement.

Reasonable extra cost shall mean "the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation" which will be a part of and not in addition to the limit per loss.

**5.   Refrigerant Contamination**

Contamination by a refrigerant resulting from **Equipment Breakdown** with respect to your damaged Covered Property to refrigerating, cooling or humidity control equipment at the described premises.

The most we will pay for loss or damage under this coverage is $25,000 unless a higher limit is provided by an endorsement to the property form for which this endorsement is attached. In that case, whichever limit is greater will apply.

**6.   Spoilage Coverage**

Any other consequential loss, except that we will pay for loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by **Equipment Breakdown** to types of property covered by this policy, that are:

**(1)**   located on or within 1,000 feet of your described premises;

**(2)**   owned by the building owner at your described premises, or owned by a public utility; and

**(3)**   used to supply telephone, electricity, air conditioning, heating, gas, water or steam to your described premises.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

The most we will pay for loss or damage under this coverage is $25,000 unless a higher limit is provided by an endorsement to the property form for which this endorsement is attached. In that case, whichever limit is greater will apply.

**7.   Data Restoration**

We will pay you the cost to research, replace and restore data, including programs and operating systems, that is lost or corrupted due to the cause of loss provided by this endorsement. This coverage is provided up to a Data Restoration coverage limit of $100,000. This limit is part of and not in addition to the policy limits.

**8.   Environmental, Safety and Efficiency Improvements**

If Covered Property requires replacement due to a loss covered by this endorsement, we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This coverage does not increase any of the applicable limits. This coverage does not apply to any property indicated as being valued on an Actual Cash Value.

9. **Demolition and ICC (Increased Cost of Construction)**

If a building that is Covered Property is damaged by a loss covered by this endorsement and the loss is increased by enforcement of any ordinance or law in force at the time of the **Equipment Breakdown** that regulates the construction or repair of buildings, or establishes zoning or land use requirements, we will pay for the following additional costs to comply with such ordinance or law:

(1) Your actual expenditures for the cost to demolish and clear the site of undamaged parts.

(2) Your actual expenditures for increased costs to repair, rebuild or construct the building. If the building is repaired or rebuilt, it must be intended for similar use or occupancy as the current building, unless otherwise required by zoning or land use ordinance or law.

(3) Your loss as described in Business Income and Extra Expense coverages caused by loss covered in **(1)** or **(2)** above, if these coverages are indicated in the policy Declarations.

We will not pay for:

(1) Any fine;

(2) Any liability to a third party;

(3) Any increase in loss due to a "hazardous substance"; or

(4) Increased construction costs until the building is actually repaired or replaced.

The most we will pay for loss or damage under this coverage is $100,000 unless a higher limit is provided by an endorsement to the property form for which this endorsement is attached. In that case, whichever limit is greater will apply.

**G. Definitions**

The following Definition **"Specified Causes of Loss"** has been added to as follows:

**"Specified Causes of Loss"** also means **Equipment Breakdown.**

**Equipment Breakdown** as used herein means:

**a.** Physical loss or damage both originating within:

(1) Boilers, fired or unfired pressure vessels, vacuum vessels and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

(a) waste disposal piping;

(b) any piping forming part of a fire protective system;

(c) furnaces; and

(d) any water piping other than:

(i) boiler feed water piping between the feed pump and the boiler;

(ii) boiler condensate return piping; or

(iii) water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

(2) All mechanical, electrical, electronic or fiber optic equipment; and

**b.** Caused by, resulting from, or consisting of:

(1) Mechanical breakdown; or

(2) Electrical or electronic breakdown; or

(3) Rupture, bursting, bulging, implosion or steam explosion.

**c.** Should covered electrical equipment require drying out as a result of a flood, we will reimburse only the direct expenses of such drying out, not the repair or replacement of the electrical equipment, subject to the Property Damage limit and the Property Damage deductible.

However, **Equipment Breakdown** will not mean:

Physical loss or damage caused by or resulting from any of the following;  however if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any other quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by birds, rodents or other animals;

**(6)** Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software; or

**(7)** The following causes of loss to personal property:

    **(a)** Dampness and dryness of atmosphere; or

    **(b)** Marring and scratching.

COMMERCIAL PROPERTY
CP 88 00 07 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PROPERTY EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
WATER EXCLUSION ENDORSEMENT

The following is a summary of increased limits of insurance and additional coverages provided by this endorsement. This endorsement is subject to the provisions of your policy which means that it is subject to all limitations and conditions applicable to this Coverage Part, Coverage Form and Causes of Loss - Broad Form and Causes of Loss - Special Form unless specifically deleted, replaced, or modified herein. Except as otherwise stated herein, this endorsement is applicable only to those premises described in the Declarations.

**Coverage for Extra Expense, whether provided by this endorsement or elsewhere, does not apply if a loss is covered only as a result of this endorsement.**

**If loss or damage is covered elsewhere in this policy and under this endorsement, the amount payable under this endorsement will apply excess over that payable elsewhere in this policy unless otherwise stated. We will not pay more than the actual amount of the covered loss or damage.**

| Coverage Description | Limit of Insurance |
|---|---|
| Special Deductible Provision | Included |
| Broadened Premises | Included |
| Additional Covered Property | Included |
| Real Property of Others Required by Contract | $ 20,000 at any one location |
| Fire Department Service Charge | $ 2,500 at any one location |
| Electronic Data | $ 5,000 in any one policy year |
| Arson or Theft Reward | $ 10,000 at any one location, regardless of the number of persons providing information |
| | |
| Newly Acquired or Constructed Property | 180 days |
|     Buildings | $ 500,000 at each building |
|     Business Personal Property | $ 250,000 at each building |
| Personal Effects and Property of Others | $ 10,000 at each described premises |
| Valuable Papers and Records (Other Than Electronic Data) | $ 10,000 at each described premises |
| Outdoor Property | $ 5,000 in any one occurrence |
| Accounts Receivable | $ 10,000 at any one location |
| Fine Arts | $ 10,000 at any one location |
| Fire Protective Devices | $ 10,000 in each separate 12-month policy period |
| | |
| Loss of Refrigeration | $ 10,000 at any one location |
| Computer Equipment (Including Laptop/Portable Computers) | $ 15,000 at any one location |
| Lock Replacement | $ 1,000 at any one location |
| Money and Securities | |
|     Inside the Premises | $ 2,500 in any one "occurrence" |
|     Outside the Premises | $ 2,500 in any one "occurrence" |
| Utility Services Interruption  - Direct Damage | $ 5,000 at any one location |
| Extra Expense | $ 10,000 at any one location |
| Utility Services Interruption  - Business Income | $ 2,500 at any one location |
| Loss Adjustment Expenses | $ 2,500 in any one occurrence |
| Appurtenant Structures | |
|     Buildings | $ 50,000 at any one location |
|     Business Personal Property | $ 5,000 at any one location |

| Coverage Description | Limit of Insurance |
|---|---|
| Salespersons Samples | $   1,000 for each salesperson, in any one occurrence |
| Signs (Outdoor) | $   5,000 in any one occurrence |
| Special Valuation Provision | $   5,000 |
| Property In Transit | $  10,000 in any one occurrence |
| Back-Up of Sewers or Drains | $  10,000 at any one location |

**A.** The following is added to Section **D. DEDUCTIBLE,** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

**Special Deductible Provision**

From any loss or damage covered under this endorsement, we will deduct the amount of the Deductible shown in the Declarations that applies to the peril of fire unless otherwise stated in this endorsement. In the event there is more than one different deductible on the policy applying to fire, the smallest such deductible will apply. The deductible shall apply separately to each occurrence.

**B.** The following changes apply to Section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM.

**1. Broadened Premises**

The words **within 100 feet of the described premises** in Paragraph **A.1.a.(5)(b), Building;** Paragraph **A.1.b., Your Business Personal Property;** Paragraph **A.1.c.(2), Personal Property of Others;** and Paragraph **A.5., Coverage Extensions** are deleted and replaced by **within 1,000 feet of the described premises.**

**2. Additional Covered Property**

The following are added to item **a. Building** of Paragraph **A.1. Covered Property:**

**(6)** Bridges not exceeding 30 feet in length, roadways, walks, patios or other paved surfaces;

**(7)** Retaining walls (except retaining walls two feet or higher used to contain water or protect against wave action or storm surges) that are not part of a building.

Additional Condition **F.1. Coinsurance** does not apply to bridges which qualify as Additional Covered Property under this endorsement.

Item **d.** of Paragraph **A.2. Property Not Covered** is deleted and replaced by the following:

**d.** Bridges exceeding 30 feet in length.

Item **l.** of Paragraph **A.2. Property Not Covered** is deleted and replaced by the following:

**l.** Retaining walls two feet or higher used to contain water or protect against wave action or storm surges.

**3. Real Property of Others Required by Contract**

The following is added to item **b. Your Business Personal Property** of Paragraph **A.1. Covered Property:**

**(8)** Real Property including but not limited to building, doors and windows you are responsible for due to contract or lease agreement.

The most we will pay for loss or damage to covered property at any one location is $20,000.

**4. Fire Department Service Charge**

The limit of insurance in item **c. Fire Department Service Charge** of Paragraph **A.4. Additional Coverages** is increased from $1,000 to $2,500 at any one location.

**5. Electronic Data**

The limit of insurance in item **f.(4) Electronic Data** of Paragraph **A.4. Additional Coverages** is increased from $2,500 to $5,000 in any one policy year.

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its Permission.



6. The following are added to paragraph **A.4 Additional Coverages:**

**Arson or Theft Reward**

We will pay on behalf of the insured up to $10,000 at any one location for information which leads to an arson conviction or theft conviction in connection with a fire loss or theft loss covered under the BUILDING AND PERSONAL PROPERTY COVERAGE FORM. Regardless of the number of persons involved in providing information, our liability under this Additional Coverage will not be increased.

No deductible applies to this coverage.

7. **Newly Acquired or Constructed Property**

The limit of insurance in item **a.(1) Newly Acquired or Constructed Property - Buildings** of Paragraph **A.5. Coverage Extensions** is increased from $250,000 to $500,000 at each building.

The limit of insurance in item **a.(2) Newly Acquired or Constructed Property - Your Business Personal Property** of Paragraph **A.5. Coverage Extensions** is increased from $100,000 to $250,000.

The number of days in item **a.(3)(b) Newly Acquired or Constructed Property - Period of Coverage** of Paragraph **A.5. Coverage Extensions is increased from 30 to 180 days.**

8. **Personal Effects and Property of Others**

The last paragraph of item **b. Personal Effects and Property of Others** of Paragraph **A.5. Coverage Extensions** is deleted and replaced by the following:

The most we will pay for loss or damage under this Extension is $10,000 at each premises described in the Declarations. Our payment for loss of or damage to personal property of others (including property of others held by you on consignment) will only be for the account of the owner of the property.

9. **Valuable Papers and Records (Other Than Electronic Data)**

The limit of insurance in item **c.(4) Valuable Papers and Records (Other Than Electronic Data)** of Paragraph **A.5. Coverage Extensions** is increased from $2,500 to $10,000 at each described premises.

10. **Outdoor Property**

Item **e. Outdoor Property** of Paragraph **A.5. Coverage Extensions** is deleted and replaced by the following:

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, lighting, lighting standards, radio and television antennas, satellite dishes, playground equipment, scoreboards, trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the Covered Causes of Loss.

The most we will pay for loss or damage under this Extension is $5,000, but not more than $500 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or numbers of items lost or damaged in that occurrence.

Item **q.(2)** of Paragraph **A.2. Property Not Covered** is deleted and replaced by the following:

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

11. The following are added to Paragraph **A.5. Coverage Extensions:**

g. **Accounts Receivable**

We will pay:

(1) All amounts due from your customers that you are unable to collect;

(2) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

(3) Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

**(4)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from a Covered Cause of Loss to your records of accounts receivable.

The most we will pay for loss at any one location under this Extension is $10,000.

**h.   Fine Arts**

You may extend the insurance that applies to Your Business Personal Property to apply to your fine arts and fine arts owned by others that are in your care, custody or control.

This Extension does not apply to loss or damage caused by or resulting from:

**(1)** Any repairing, restoration or retouching process;

**(2)** Insects, birds, rodents or other animals;

**(3)** Wear and tear;

**(4)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in the property that causes it to damage or destroy itself;

**(5)** Breakage of art glass windows, statuary, marbles, glassware, bric-a-brac, porcelains and similar fragile articles. But we will pay for loss or damage caused directly by fire, lightning, aircraft, theft or attempted theft, cyclone, tornado, windstorm, explosion, vandalism, or by accident to the vehicle carrying the property.

The most we will pay for loss or damage at any one location under this Extension is $10,000. This Extension does not apply to fine arts at any fair or on exhibition.

**i.   Fire Protective Devices**

You may extend the insurance provided by the BUILDING AND PERSONALY PROPERTY COVERAGE FORM to apply to recharging or refilling of your fire extinguishers or fire protective devices that are permanently installed in buildings at premises described in the Declarations when such devices have been discharged by accident or after being used in fighting a fire. This Extension does not apply to periodic recharge or refilling.

The most we will pay under this Extension is $10,000 for each separate 12-month period of this policy.

**j.   Loss of Refrigeration**

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM to apply to direct physical loss of or damage to property owned by you and used in your business or owned by others and in your care, custody or control, contained in any refrigeration or cooling apparatus or equipment resulting from:

**(1)** The fluctuation or total interruption of electrical power, either on or off the described premises, due to conditions beyond your control; or

**(2)** Mechanical failure of any refrigeration or cooling apparatus or equipment (on premises).

The most we will pay for loss or damage at any one location under this Extension is $10,000.

**k.   Computer Equipment**

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to "computer equipment" owned by you or similar property of others in your care, custody or control for which you are legally liable, caused by a Covered Cause of Loss.

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to "laptop/portable computers" owned by you and in your care, custody and control or in the care, custody or control of your employee.

**(1)** Property Not Covered

We will not cover the following kinds of property under this Extension:

**(a)** Property which you rent or lease to others;

**(b)** Software or other electronic data;

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its Permission.



**(c)** Accounts, bills, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts, program documentation or other documents.

**(d)** "Computer equipment" held for sale by you;

**(e)** "Computer equipment" of others on which you are performing repairs or work;

**(f)** "Computer equipment" that is part of any:

    **(i)** Production or processing equipment (such as CAD, CAM or CNC machines);

    **(ii)** Equipment used to maintain or service your building (such as heating, ventilating, cooling or alarm systems); or

    **(iii)** Communication equipment (such as telephone systems).

**(g)** Property that is covered under another coverage form of this or any other policy in which such property is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

**(2)** Property In Transit

We will pay for your "computer equipment", or "laptop/portable computer" while in transit.

**(3)** Section **B. Exclusions, 1.b. Earth Movement** of the CAUSES OF LOSS - BROAD FORM and the CAUSES OF LOSS - SPECIAL FORM, as respects **A.5.k. Computer Equipment,** is deleted in its entirety.

**(4)** Section **B. Exclusions, 1.e. Utility Services** of the CAUSES OF LOSS - BROAD FORM and the CAUSES OF LOSS - SPECIAL FORM, as respects **A.5.k. Computer Equipment,** is deleted in its entirety.

**(5)** Section **B. Exclusions, 1.g. Water** of the CAUSES OF LOSS - BROAD FORM and the CAUSES OF LOSS - SPECIAL FORM, as respects **A.5.k. Computer Equipment,** is deleted in its entirety.

**(6)** The artificially generated electrical current exclusion, Item **B.2.a.** of the CAUSES OF LOSS - BROAD FORM and the CAUSES OF LOSS - SPECIAL FORM, as respects **A.5.k. Computer Equipment,** is deleted in its entirety.

**(7)** The mechanical breakdown exclusion, Item **B.2.c.** of the CAUSES OF LOSS - BROAD FORM and the CAUSES OF LOSS - SPECIAL FORM, as respects **A.5.k. Computer Equipment,** is deleted and replaced by the following:

    **(6)** Mechanical breakdown, failure or derangement, except:

        **(a)** This exclusion does not apply for the accidental loss or damage caused by a resulting fire or explosion.

        **(b)** This exclusion does not apply if any of the above is sudden and accidental and manifests itself by physical damage to "computer equipment" which requires repair or replacement.

**(8)** Loss Payment will be determined as follows:

"Computer equipment" or "laptop/portable computers"

We will pay the least of the following amounts:

    **(i)** The cost of reasonably restoring that property to its condition immediately before the loss or damage; or

    **(ii)** The cost of replacing that property with identical property of comparable material and quality and used for the same purpose.

However, when repair or replacement with identical property is not possible, we will pay the cost to replace that property with similar property capable of performing the same functions.

If not repaired or replaced, the property will be valued at its actual cash value.

"Computer equipment" means a network of electronic machine components capable of accepting information, processing it according to instructions and producing the results in a desired form.

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

**CP 88 00 07 10**  **Page 5 of 11**

"Laptop/portable computers" means "computer equipment" and accessories that are designed to function with it that can easily be carried and is designed to be used at more than one location.

The most we will pay under this Extension for loss or damage to "computer equipment" including "laptop/portable computers" at any one location is $15,000. This Extension also applies to "laptop/portable computers" which are away from the described premises.

**l.   Lock Replacement**

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM to apply to replacement of locks necessitated by theft of Covered Property or theft of keys from the premises described in the Declarations.

The most we will pay for loss under this Coverage Extension is $1,000 in any one occurrence.

**m.  Money and Securities**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

    (a) Theft, meaning any act of stealing;

    (b) Disappearance; or

    (c) Destruction.

(2) In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

    (a) Resulting from accounting or arithmetical errors or omissions;

    (b) Due to the giving or surrendering of property in any exchange or purchase; or

    (c) Of property contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

(3) The most we will pay for loss in any one "occurrence" is:

    (a) $2,500 for Inside the Premises for "money" and "securities" while:

        (i)  In or on the described premises; or

        (ii) Within a bank or savings institution; and

    (b) $2,500 for Outside the Premises for "money" and "securities" while anywhere else.

(4) As respects this Additional Coverage, all loss:

    (a) Caused by one or more persons; or

    (b) Involving a single act or series of related acts;

    is considered one "occurrence".

(5) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

(6) "Money" means:

    (a) Currency, coins and bank notes in current use and having a face value; and

    (b) Travelers checks, register checks and money orders held for sale to the public.

(7) "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

    (a) Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    (b) Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

**n.  Utility Services Interruption  - Direct Damage**

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COV-ERAGE FORM to apply to loss of or damage to Covered Property caused by an interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following property not on the described premises:

**(1)  Water Supply Services,** meaning the following types of property supplying water to the described premises:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2)  Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

It does not include above ground communication lines.

**(3)  Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described premises:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

It does not include above ground transmission or distribution lines.

This Extension does not apply to loss of or damage to property owned by you and used in your business or owned by others and in your care, custody or control, contained in any refrigera-tion or cooling apparatus or equipment, resulting from:

**(a)** The fluctuation or total interruption of electrical power, either on or off the described premises, due to conditions beyond your control; or

**(b)** Mechanical failure of any refrigeration or cooling apparatus or equipment.

The most we will pay at any one location under this Extension is $5,000.

**o.  Extra Expense**

Unless amended by endorsement elsewhere in this policy, "Period of Restoration" means the period of time as defined in this Coverage Extension.

We will pay the actual and necessary Extra Expense you incur due to direct physical loss of or damage to the property at the premises described in the Declarations, including Business Personal Property in the open or in a vehicle, within 1,000 feet of the premises, caused by or resulting from a Covered Cause of Loss.

If you are a tenant, your premise is the portion of the building which you rent, lease or occupy, including:

**(i)** All routes within the building to gain access to the described premises; and

**(ii)** Your personal property in the open (or in a vehicle) within 1,000 feet.



©2010 Liberty Mutual Insurance Company. All rights reserved.

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property. Coverage pertains to expenses which are incurred to:

    **(a)** Avoid or minimize the "suspension" of business and to continue "operations":

        **1.** At the described premises; or

        **2.** At replacement premises or at temporary locations, including:

            **(a)** Relocation expenses; or

            **(b)** Costs to equip and operate the replacement or temporary locations.

    **(b)** Minimize the "suspension" of business if you cannot continue "operations."

    **(c)** To repair or replace any property; or

    **(d)** To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Extension.

The following definitions are added as respects to this Coverage Extension:

        **1.** "Operations" means the type of your business activities occurring at the described premises.

        **2.** "Period of Restoration" means the period of time that:

            **(a)** Begins immediately after the time of direct physical loss or damage;

            **(b)** Ends on the earlier of:

                **(i)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

                **(ii)** The date when business is resumed at a new permanent location.

"Period of Restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

    **(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

    **(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration."

        **3.** "Suspension" means:

            **(a)** The slowdown or cessation of your business activities; or

            **(b)** That a part of all of the described premises is rendered untenantable.

            The most we will pay at any one location under this Extension is $10,000.

**p.** **Utility Services Interruption - Business Income**

We will pay up to $2,500 at any one location for the actual loss of Business Income you sustain at the described premises due to the necessary "suspension" of your "operations" during the "period of restoration" caused by an interruption in utility service to the described premises. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following types of property located outside of a covered building described in the Declarations:

**(1)** Water Supply Services, meaning the following types of property supplying water to the described premises:

    **(a)** Pumping stations; and

    **(b)** Water mains.

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

(2) Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

(a) Communication transmission lines, including optic fiber transmission lines;

(b) Coaxial cables; and

(c) Microwave radio relays except satellites.

It does not include above ground communication lines.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

(a) Utility generating plants;

(b) Switching stations;

(c) Substations;

(d) Transformers; and

(e) Transmission lines.

It does not include above ground transmission or distribution lines.

Coverage under this Extension does not apply to Business Income loss related to interruption in utility service which causes loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning described in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM under Property Not Covered - Electronic Data.

(4) Business Income means the:

(a) Net Income (net profit or loss before income taxes) that would have been earned or incurred, including "Rental Value", and

(b) Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

(5) "Rental Value" means Business Income that consists of:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

b. Continuing normal operating expenses incurred in connection with that premises, including:

(1) Payroll; and

(2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

Refer to the Extra Expense Coverage Extension for the following definitions:

(1) "Operations"

(2) "Period of Restoration"

(3) "Suspension"

q. **Loss Adjustment Expenses**

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM to apply to your expenses for preparation of loss data, including inventories and appraisals, in connection with any claim covered under this policy. We will not pay for expenses incurred in using the services of a public adjuster or an attorney.

The most we will pay at any one location under this Extension is $2,500.

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office Inc., with its Permission.

CP 88 00 07 10

**r. Salespersons Samples**

You may extend the insurance that applies to Your Business Personal Property to apply to Salespersons' Samples of your stock in trade, including their containers, while they are in the care, custody or control of your sales representative(s), agent(s) or yourself while acting as a sales representative.

The most we will pay for loss to Salespersons Samples in any one occurrence is $1,000 for property in the custody of any one salesperson.

**s. Appurtenant Structures**

If not otherwise covered by this policy, you may extend the insurance that applies to Building to apply to your storage buildings, your garages and your other appurtenant structures, except outdoor fixtures, at the premises described in the Declarations. The most we will pay at any one location for such loss or damage under this Extension in $50,000.

If not otherwise covered by this policy, you may extend the insurance that applies to Business Personal Property to apply to such property in your storage buildings, your garages and your other appurtenant structures at the premises described in the Declarations. The most we will pay for such loss or damage under this Extension is $5,000.

**C.** The second paragraph of Section **C. LIMITS OF INSURANCE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM is deleted and replaced by the following:

**Signs (Outdoor)**

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $5,000 per sign in any one occurrence.

**D.** The following changes are applicable to Section **E. Loss Conditions** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM.

**Special Valuation Provision**

The limit of insurance in Paragraph **7.b. Valuation** is increased from $2,500 to $5,000.

**E. Property In Transit**

The 100-foot limitation in Paragraph **1.a. Property In Transit** of Section **F. Additional Coverage Extensions** of the CAUSES OF LOSS - SPECIAL FORM is changed to 1,000 feet.

The limit of insurance in Paragraph **1.c. Property In Transit** of Section **F. Additional Coverage Extensions** of the CAUSES OF LOSS - SPECIAL FORM is increased from $5,000 to $10,000 in any one occurrence.

The following is added to Paragraph **1. Property In Transit** of Section **F. Additional Coverage Extensions** of the CAUSES OF LOSS - SPECIAL FORM:

**d.** This Coverage Extension does not apply to fine arts in transit as provided in item **h. Fine Arts** of Paragraph **B.11. Coverage Extensions** of endorsement CP 88 00.

**F. Back-Up of Sewers or Drains**

Paragraph **B.3. WATER** of the WATER EXCLUSION ENDORSEMENT is deleted and replaced by the following:

**(3)** Except as provided under the Back-Up of Sewers or Drains Additional Coverage Extension, water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

The following is added to Section **F. Additional Coverage Extensions** of the CAUSES OF LOSS - SPECIAL FORM:

©2010 Liberty Mutual Insurance Company. All rights reserved.

4.   **Back-Up of Sewers or Drains**

We cover direct physical loss or damage caused by water:

a.   Which backs up into a building or structure through sewers or drains which are directly connected to a sanitary sewer or septic system; or

b.   Which enters into and overflows from within a sump pump, sump pump well or other type of system designed to remove subsurface water which is drained from the foundation area.

This coverage does not apply if the loss or damage is caused by your negligence.

We will not pay for water or other materials that back up, overflow, or are discharged from a sewer, drain, sump, sump pump or related equipment when it is caused by any flood, whether the flood is caused by an act of nature or is otherwise caused.

The most we will pay for loss or damage at any one location under this Coverage Extension is $10,000.

**All other terms and conditions remain unchanged.**



©2010 Liberty Mutual Insurance Company. All rights reserved.

**CP 88 00 07 10**        Includes copyrighted material of Insurance Services Office Inc., with its Permission.        **Page 11 of 11**

**COMMERCIAL  PROPERTY**
**CP 88 04 03 10**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REMOVAL  PERMIT

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  PROPERTY COVERAGE PART

If Covered Property  is removed  to a new  location  that is added by endorsement  to the policy  subsequent  to its original  issue, you may extend this insurance  to include that Covered Property at each location  during the removal.  Coverage at each location  will apply in the proportion  that the value at each location  bears to the value of all Covered Property  being removed.  This permit  applies  up to 10 days after the effective  date of the endorsement  adding  the new location;  after that, this insurance  does not apply at the previous  location.

©2010 Liberty Mutual Insurance Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission .

COMMERCIAL PROPERTY
CP 90 59 12 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IDENTITY THEFT ADMINISTRATIVE SERVICES AND EXPENSE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

The following is added to paragraph **A.4. Additional Coverages:**
**IDENTITY THEFT ADMINISTRATIVE SERVICES AND EXPENSE COVERAGE**

We will provide "Identity Theft Administrative Services" and will reimburse up to $25,000 for "Identity Theft Expenses" incurred by an "identity theft insured" as a direct result of any one "identity theft" in the "coverage territory" if all of the following requirements are met:

1. The personal identity of an "identity theft insured" under this policy was the subject of an "identity theft"; and

2. Such "identity theft" is first discovered by the "identity theft insured" during the policy period for which this Identity Theft Expense Coverage is applicable; and

3. Such "identity theft" is reported to us as soon as practicable but in no event later than 60 days after it is first discovered by the "identity theft insured"; and

4. The "identity theft insured" reports the "identity theft" in writing to the appropriate e law enforcement agency.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others, against an "identity theft insured" is considered to be one "identity theft", even if a series of acts continues into a subsequent policy period.

## LIMITS

Regardless of the number of claims or "Identity Theft Insureds", the most we will pay in the aggregate for all "identity theft expenses" resulting from "identity theft" discovered during the policy period is $25,000.

1. The $25,000 Identity Theft Expense Limit shall be reduced by the amount of any payment made by us under the terms of this insurance. If the Identity Theft Expense Limit of Insurance is exhausted, we will have no further liability to pay for loss which may be discovered during the remainder of the policy period.

2. Any recovery made by us after settlement of a loss covered by this insurance shall not be used to increase or reinstate the Limit of Insurance.

3. "Identity Theft Incident Administrative Services" is provided up to 12 consecutive months after service begins.

4. "Identity Theft Administrative Services "do not reduce the "Identity Theft" limit.

This "Identity Theft Administrative Service" and "Identity Theft Expense" Coverage is additional insurance.

## EXCLUSIONS

The following exclusions are added to the applicable Cause of Loss Form shown on the Declarations.

We do not provide "Identity Theft Administrative Services" or cover "identity theft expenses":

1. Incurred as the result of "identity theft" due to any fraudulent, dishonest, or criminal act by you, your partners, employees, members, "executive officers", managers, directors, or trustees or by any authorized representative of yours, whether acting alone or in collusion with others.

   In the event of any such act, no "identity theft insured" is entitled to "identity theft expenses", even an "identity theft insured" who did not commit or conspire to commit the act causing the "identity theft".

2. Arising out of "identity theft" committed by or with knowledge of any relative or former relative of the "identity theft insured".

3. Arising out of an "identity theft" first discovered by the "identity theft insured "prior to the policy period or after the policy period, even if the "identity theft" began or continued during the policy period.

4. Arising out of an "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity theft insured".

## DEDUCTIBLE

1. There is no deductible applicable to the "Identity Theft Administrative Services".

2. We will not pay for "identity theft expenses" resulting from an "identity theft" unless the amount exceeds $250. We will then pay the amount of "identity theft expense" in excess of the Deductible Amount, up to the Limit of Insurance. Each "identity theft insured" shall be subject to only one deductible during any one policy period.

## CONDITIONS

The following additional conditions are added for "Identity Theft Administrative Services" and Expense Coverage:

1. The coverage provided under this endorsement will be excess over any other insurance covering the same loss or damage, whether you can collect on it or not. But we will not pay any more than the Identity Theft Expense Limits of Insurance applicable to this coverage.

2. Reimbursement for "Identity Theft Expense" will be made to the "Identity Theft Insured."

3. "Identity Theft Administrative Services" will provide instructions on:

   a. How to respond to a potential "Identity Theft";

   b. How to submit a request for "Identity Theft Administrative Services"; and

   c. Information needed for reimbursement of "Identity Theft Expenses".

   We may provide "Identity Theft Administrative Services" prior to a final determination of "Identity Theft." However, if we determine there was not an "Identity Theft" these services will end and we will not have a right or duty to continue these services. Offering "Identity Theft Administrative Service" does not indicate an admission of liability under this policy.

4. Identify Theft Administrative Services. The following apply with respect to "Identity Theft Administrative Services":

   a. Services will depend on the cooperation, permissions, and assistance provided by the "Identity Theft Insured";

   b. There is no warranty or guarantee that "Identity Theft" issues will end and it will not prevent future "Identity Theft" incidences; and

   c. All services may not be offered or applicable to all "Identity Theft Insureds." For example, minors may not have credit reports available to be monitored.

## DEFINITIONS

1. "Coverage Territory" means:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

2. "Executive officers" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

3. "Identity theft" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "identity theft insured' with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law. "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

© 2012 Liberty Mutual Insurance

**CP 90 59 12 12**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 2 of 3**

4. "Identity Theft Expenses" means the following reasonable and necessary items incurred as a result of "identity theft":

   a. Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

   b. Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

   c. Costs for obtaining credit reports.

   d. Charges incurred for long distance telephone calls to merchants, vendors, suppliers, customers, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity theft".

   e. Application fees for re-applying for a loan, or loans when the original application is rejected solely because the lender received incorrect credit information as a result of a covered "identity theft."

   f. Lost income resulting from time taken off from work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum of $250 per day. Total payment for loss of income is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

   g. Attorney fees to:

      i. Defend lawsuits brought against an "identity theft insured" by merchants, vendors, suppliers, financial institutions, or their collection agencies.

      ii. Remove any criminal or civil judgments wrongly entered against an "identity theft insured"; and

      iii. Challenge the accuracy or completeness of any information in a consumer credit report.

   h. Advertising expenses to restore the reputation of your business after an "identity theft insured" has been the victim of "identity theft". Total payment for advertising expenses is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

5. "Identity Theft Administrative Services" means one or more individuals assigned by us to the "identity theft insured" to assist with the communication needed to re-establish the integrity of the "identity theft insured's" identity, including with the "identity's theft insured's" permission and cooperation, written and telephone communication with law enforcement authorities, government agencies, credit agencies, and individual creditors and businesses.

6. "Identity Theft Insured" means the following if you are designated in the Declarations as:

   a. An individual or sole proprietorship, you and your spouse are insureds.

   b. A partnership or joint venture, your members, your partners, and their spouses are insured's.

   c. A limited liability company, your members are insured's.

   d. An organization other than a partnership, joint venture, or limited liability company, your "executive officers" and directors are insureds. Your stockholders are not "identity theft insureds."

© 2012 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**COMMERCIAL PROPERTY**
**CP 92 01 05 17**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PROPERTY ANTI-STACKING ENDORSEMENT

This endorsement modifies insurance provided under the following:

    COMMERCIAL PROPERTY COVERAGE PART

This policy may contain multiple editions of one or more property forms and/or endorsements. Where coverage for specific loss or damage is provided by more than one edition of the same form and/or endorsement, payment under only one such edition shall apply in any given occurrence.

When coverage and/or limits differ among the various editions of the same form or endorsemen t, the claim will be settled using the edition that provides the most favorable outcome to you.

COMMERCIAL  PROPERTY

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TENTATIVE  RATE



The rates used in the development  of the premium  for the Commercial  Property  Coverage Part are tentative.
We will  adjust  the premium  effective  from  the inception  date of this Coverage  Part once  the rates  are
promulgated.  If this  is a renewal  of a policy  previously  issued  by us, we will  adjust  the premium  effective
from  the renewal  date of this Coverage  Part once the rates are promulgated.

CP 99 93 10 90          Copyright,  ISO Commercial  Risk Services,  Inc., 1983, 1989

IL 00 17 11 98

# COMMON   POLICY CONDITIONS

All Coverage Parts included  in this policy are subject to the following   conditions.

## A.  CANCELLATION

1.  The first Named Insured shown in the Declarations may cancel this policy by mailing  or delivering  to us advance written notice of cancellation.

2.  We may cancel this policy by mailing  or delivering  to the first Named Insured written  notice of cancellation  at least:

   a.  10 days before  the effective  date of cancellation  if we cancel for nonpayment of premium;  or

   b.  30 days before  the effective  date of cancellation  if we cancel for any other reason.

3.  We will mail or deliver  our notice to the first Named Insured's  last mailing  address known  to us.

4.  Notice of cancellation  will state the effective  date of cancellation.  The policy period will end on that date.

5.  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund  may be less than pro rata. The cancellation  will be effective  even if we have not made or offered  a refund.

6.  If notice is mailed,  proof of mailing  will be sufficient  proof of notice.

## B.  CHANGES

This policy contains all the agreements between you and us concerning  the insurance afforded.  The first Named Insured shown in the Declarations  is authorized   to make changes in the terms of this policy with our consent. This policy's  terms can be amended or waived only by endorsement  issued by us and made a part of this policy.

## C.  EXAMINATION   OF YOUR  BOOKS  AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D.  INSPECTIONS  AND SURVEYS

1.  We have the right to:

   a.  Make inspections  and surveys at any time;

   b.  Give you reports on the conditions we find; and

   c.  Recommend  changes.

2.  We are not obligated  to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability  and the premiums  to be charged. We do not make safety inspections.  We do not undertake to perform  the duty of any person or organization  to provide  for the health or safety of workers or the public. And we do not warrant  that conditions:

   a.  Are safe or healthful;  or

   b.  Comply   with   laws,   regulations, codes or standards.

3.  Paragraphs 1. and 2. of this condition  apply not only to us, but also to any rating, advisory,  rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4.  Paragraph 2. of this condition  does not apply to any inspections,  surveys, reports or recommendations  we may make relative to certification,  under state or municipal  statutes, ordinances  or regulations, of boilers, pressure vessels or elevators.

## E.  PREMIUMS

The first Named Insured shown in the Declarations:

1.  Is responsible  for the payment  of all premiums;  and

2.  Will be the payee for any return premiums we pay.

## F.  TRANSFER OF YOUR RIGHTS  AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred  without  our written  consent except in the case of death of an individual named  insured.

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 00 21 09 08

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

© ISO Properties, Inc., 2007

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property threat.

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

   © ISO Properties, Inc., 2007

IL 01 02 05 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES - ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

With respect to an "open policy", the following are added to any provision which uses the term actual cash value:

**A.** In the event of a total loss to a building or structure, actual cash value is calculated as the lesser of the following:

    **1.** The Limit of Insurance applicable to that building or structure; or

    **2.** The fair market value of the building or structure.

**B.** In the event of a partial loss to a building or structure, actual cash value is calculated as the lesser of the following:

    **1.** The amount it would cost to repair, rebuild or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of the loss; or

    **2.** The Limit of Insurance applicable to the property.

**C.** In the event of a partial or total loss to Covered Property other than a building or structure, actual cash value is calculated as the lesser of the following:

    **1.** The amount it would cost to repair or replace the property less a fair and reasonable deduction for physical depreciation, based on the condition of the property at the time of loss; or

    **2.** The Limit of Insurance applicable to the property.

**D.** An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation. The term "open policy" does not apply to Covered Property that is subject to an Agreed Value clause or similar clause that establishes an agreed value prior to loss, unless such clause has expired.

© ISO Properties, Inc., 2005

IL 01 04 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART - FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART - LIVESTOCK COVERAGE FORM
FARM COVERAGE PART - MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
STANDARD PROPERTY POLICY



**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by fire:

We do not provide coverage to the insured ("insured") who, whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** That insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**C.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following with respect to loss ("loss") or damage caused by a Covered Cause of Loss other than fire:

This Coverage Part is void if any insured ("insured"), whether before or after a loss ("loss"), has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** An insured's ("insured's") interest in the Covered Property; or

**4.** A claim under this Coverage Part or Coverage Form.

**D.** Except as provided in **E.,** the **Appraisal** Condition is replaced by the following:

If we and you disagree on the value of the property or the amount of loss ("loss"), either may make written request for an appraisal of the loss ("loss"). If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss ("loss"). If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**E.** The Appraisal Condition in:

**1.** Business Income (And Extra Expense) Coverage Form **CP 00 30;** and

**2.** Business Income (Without Extra Expense) Coverage Form **CP 00 32;**

© ISO Properties, Inc., 2006

is replaced by the following:

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**   Pay its chosen appraiser; and

**b.**   Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

IL 02 70 09 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES - CANCELLATION
# AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART



A. Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

  2. **All Policies In Effect For 60 Days Or Less**

   If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

   a. 10 days before the effective date of cancellation if we cancel for:

     (1) Nonpayment of premium; or

     (2) Discovery of fraud by:

       (a) Any insured or his or her representative in obtaining this insurance; or

       (b) You or your representative in pursuing a claim under this policy.

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

  3. **All Policies In Effect For More Than 60 Days**

   a. If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

     (1) Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

     (2) Discovery of fraud or material misrepresentation by:

       (a) Any insured or his or her representative in obtaining this insurance; or

       (b) You or your representative in pursuing a claim under this policy.

     (3) A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

© Insurance Services Office, Inc., 2012

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part - Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part - Causes Of Loss - Special Form; or

**(2)** Farm Coverage Part - Causes Of Loss Form - Farm Property, Paragraph **D.** Covered Causes Of Loss - Special.

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

1. Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

   We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

2. **Residential Property**

   This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

   Commercial Property Coverage Part

   Farm Coverage Part - Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

   **a.** We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below.

   **b.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

   However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

   (1) The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

   (2) The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

   (3) We have:

   (a) Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

   (b) Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

   the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

   **c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority, that included an earthquake policy premium surcharge.

   **d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction **(d.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

   (1) Commercial Property Coverage Part - Causes Of Loss - Special Form; or

   (2) Farm Coverage Part - Causes Of Loss Form - Farm Property, Paragraph **D.** Covered Causes Of Loss - Special.



3. We are not required to send notice of nonrenewal in the following situations:

   a. If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

   b. If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

   c. If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

   d. If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

   e. If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

   f. If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

© Insurance Services Office, Inc., 2012

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY



**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any device, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

    **b.** In a Covered Cause of Loss under the Causes of Loss - Basic Form or the Causes of Loss - Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

© ISO Properties, Inc., 2001

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© Insurance Services Office, Inc., 2015          Page 1 of 1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

LC 87 10 05 00

# PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION

This endorsement modifies insurance provided under the following:

    BUSINESSOWNERS POLICY
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    EMPLOYEE BENEFITS COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS & CONTRACTORS PROTECTIVE COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART
    RAILROAD PROFESSIONAL COVERAGE PART

**A.** LIABILITY COVERAGE is changed by adding the following exclusion:

Regardless of any other provision of this policy, this policy does not apply to "punitive or exemplary damages" awarded against an "insured". However, if a suit is brought against an "insured" arising out of a claim which alleges both compensatory and "punitive or exemplary damages", we will defend the entire suit with the understanding that we pay only the compensatory damages.

**B.** ADDITIONAL DEFINITION

"Punitive or exemplary damages" include damages which are awarded to punish or deter wrongful conduct, to set an example, to fine, penalize or impose a statutory penalty, and damages which are awarded for any purpose other than as compensatory damages for "bodily injury" or "property damage".

**LC 87 10 05 00**  Page 1 of 1

This page intentionally left blank.



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

## ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION

CASE NUMBER: 37-2021-00049771-CU-IC-CTL        CASE TITLE: PONTUS MAG VALLEJO LLC VS WEST AMERICAN INSUF

**NOTICE:** All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:
>        (1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),
>        (2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), *and*
>        (3) the Notice of Case Assignment form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

## Potential Advantages and Disadvantages of ADR
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| Potential Advantages | Potential Disadvantages |
|---|---|
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | |
| • Gives parties more control over the dispute resolution process and outcome | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Preserves or improves relationships | |

## Most Common Types of ADR
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:**  A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:**  A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:**  A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute.  Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:**  There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute. Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

## Local ADR Programs for Civil Cases

**Mediation:**  The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

On-line mediator search and selection:  Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005).  The Civil Mediation Panel List, the Available Mediator List, individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:**  The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:**  The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience.  Refer to SDSC Local Rules Division II, Chapter III and Code Civ. Proc. § 1141.10 et seq or contact the Arbitration Program Office at (619) 450-7300 for more information.

More information about court-connected ADR: Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:**  The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:**  To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

## Legal Representation and Advice

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John J. McLeod, Esq. (SBN 174169) / Paul C. Hirst, Esq. (SBN 234460)<br>McLEOD LAW GROUP, A.P.C., 1155 Camino Del Mar, Suite 510, Del Mar, CA 92014.<br><br>TELEPHONE NO.: (619) 236-9938   FAX NO. *(Optional):* (619) 236-9943<br>E-MAIL ADDRESS: jmcleod@mcleodlawgroup.com / phirst@mcleodlawgroup.com<br>ATTORNEY FOR *(Name):* Plaintiff PONTUS MAG VALLEJO, LLC | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**11/24/2021** at 02:11:40 PM<br>Clerk of the Superior Court<br>By Mariejo Guyot,Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO |
|---|
| STREET ADDRESS: 330 West Broadway |
| MAILING ADDRESS: 330 West Broadway |
| CITY AND ZIP CODE: San Diego, California 92101 |
| BRANCH NAME: Hall of Justce |

| CASE NAME: |
|---|
| PONTUS MAG VALLEJO, LLC v. WEST AMERICAN INSURANCE COMPANY, et al. |

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 37-2021-00049771-CU-IC-CTL |
| | | | JUDGE:<br>DEPT.: Judge Keri Katz | |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [X] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | types (41) |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Petition re: arbitration award (11) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is   [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:

   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [X] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action *(specify):* Three (3): declaratory relief; breach of contract; and bad faith.
5. This case [ ] is   [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: November 24, 2021

Paul C. Hirst, Esq.
_____          ▶ _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev.September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courts.ca.gov* |
|---|---|---|

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. September 1, 2021]    **CIVIL CASE COVER SHEET**    Page 2 of 2

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** | *FOR COURT USE ONLY* |
|---|---|
| STREET ADDRESS:     330 West Broadway | |
| MAILING ADDRESS:    330 West Broadway | |
| CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827 | |
| BRANCH NAME:       Central | |

| PLAINTIFF(S):    PONTUS MAG VALLEJO LLC |
|---|
| DEFENDANT(S): WEST AMERICAN INSURANCE COMPANY |
| SHORT TITLE:    PONTUS MAG VALLEJO LLC VS WEST AMERICAN INSURANCE COMPANY [IMAGED] |

| **STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR)** | CASE NUMBER:<br>37-2021-00049771-CU-IC-CTL |
|---|---|

Judge: Keri Katz                                                  Department: C-74

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process. Selection of any of these options will not delay any case management timelines.

☐   Mediation (court-connected)                      ☐   Non-binding private arbitration

☐   Mediation (private)                                    ☐   Binding private arbitration

☐   Voluntary settlement conference (private)      ☐   Non-binding judicial arbitration (discovery until 15 days before trial)

☐   Neutral evaluation (private)                        ☐   Non-binding judicial arbitration (discovery until 30 days before trial)

☐   Other (specify e.g., private mini-trial, private judge, etc.): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: *(Name)* _____

_____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____               Date: _____

_____            _____
Name of Plaintiff                                       Name of Defendant

_____            _____
Signature                                               Signature

_____            _____
Name of Plaintiff's Attorney                         Name of Defendant's Attorney

_____            _____
Signature                                               Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385. Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated:  11/29/2021                                      _____
                                                            JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 12-10)          **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**          Page: 1

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: 330 W Broadway | |
| MAILING ADDRESS: 330 W Broadway | |
| CITY AND ZIP CODE: San Diego, CA 92101-3827 | |
| DIVISION: Central | |
| TELEPHONE NUMBER: (619) 450-7074 | |

| PLAINTIFF(S) / PETITIONER(S): PONTUS MAG VALLEJO LLC |
|---|
| DEFENDANT(S) / RESPONDENT(S): WEST AMERICAN INSURANCE COMPANY |
| PONTUS MAG VALLEJO LLC VS WEST AMERICAN INSURANCE COMPANY [IMAGED] |

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (CIVIL) | CASE NUMBER: 37-2021-00049771-CU-IC-CTL |
|---|---|

**CASE ASSIGNED FOR ALL PURPOSES TO:**

Judge:  Keri Katz                                                                    Department: C-74

**COMPLAINT/PETITION FILED:** 11/24/2021

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 08/12/2022 | 10:00 am | C-74 | Keri Katz |

**Due to the COVID-19 pandemic, all Case Management Conferences (CMCs) are being conducted virtually unless there is a court order stating otherwise.**  Prior to the hearing date, visit the "virtual hearings" page for the most current instructions on how to appear for the applicable case-type/department on the court's website at www.sdcourt.ca.gov.

A Case Management Statement (JC Form #CM-110) must be completed by counsel for all parties and by all self-represented litigants and timely filed with the court at least 15 days prior to the initial CMC.  (San Diego Superior Court (SDSC) Local Rules, rule 2.1.9; Cal. Rules of Court, rule 3.725).

All counsel of record and self-represented litigants must appear at the CMC, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of Alternative Dispute Resolution (ADR) options.

It is the duty of each plaintiff (and cross-complainant) to serve a copy of this Notice of Case Assignment and Case Management Conference (SDSC Form #CIV-721) with the complaint (and cross-complaint), the Alternative Dispute Resolution (ADR) Information Form (SDSC Form # CIV-730), a Stipulation to Use Alternative Dispute Resolution (ADR) (SDSC Form # CIV-359), and other documents on all parties to the action as set out in SDSC Local Rules, rule 2.1.5.

**TIME FOR SERVICE AND RESPONSE:** The following rules apply to civil cases except for collections cases under California Rules of Court, rule 3.740(a), unlawful detainer actions, proceedings under the Family Code, and other proceedings for which different service requirements are prescribed by law (Cal. Rules of Court, rule 3.110; SDSC Local Rules, rule 2.1.5):
- **Service:** The complaint must be served on all named defendants, and proof of service filed with the court within 60 days after filing the complaint.  An amended complaint adding a defendant must be served on the added defendant and proof of service filed within 30 days after filing of the amended complaint.  A cross-complaint against a party who has appeared in the action must be accompanied by proof of service on that party at the time it is filed.  If it adds a new party, the cross-complaint must be served on all parties and proof of service on the new party must be filed within 30 days of the filing of the cross-complaint.
- **Defendant's appearance:** Unless a special appearance is made, each defendant served must generally appear (as defined in Code of Civ. Proc. § 1014) within 30 days of service of the complaint/cross-complaint.
- **Extensions:** The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint (SDSC Local Rules, rule 2.1.6).  If a party fails to serve and file pleadings as required under this rule, and has not obtained an order extending time to serve its pleadings, the court may issue an order to show cause why sanctions shall not be imposed.

**JURY FEES:** In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

**COURT REPORTERS:** Official Court Reporters are not normally available in civil matters, but may be requested in certain situations no later than 10 days before the hearing date.  See SDSC Local Rules, rule 1.2.3 and Policy Regarding Normal Availability and Unavailability of Official Court Reporters (SDSC Form #ADM-317) for further information.

**ALTERNATIVE DISPUTE RESOLUTION (ADR):** The court discourages any unnecessary delay in civil actions; therefore, continuances are discouraged and timely resolution of all actions, including submitting to any form of ADR is encouraged.  The court encourages and expects the parties to consider using ADR options prior to the CMC.  The use of ADR will be discussed at the CMC. Prior to the CMC, parties stipulating to the ADR process may file the Stipulation to Use Alternative Dispute Resolution (SDSC Form #CIV-359).

## NOTICE OF E-FILING REQUIREMENTS
## AND IMAGED DOCUMENTS

Effective April 15, 2021, e-filing is required for attorneys in represented cases in all limited and unlimited civil cases, pursuant to the San Diego Superior Court General Order: In Re Procedures Regarding Electronically Imaged Court Records, Electronic Filing and Access to Electronic Court Records in Civil and Probate Cases.  Additionally, you are encouraged to review CIV-409 for a listing of documents that are not eligible for e-filing.  E-filing is also encouraged, but not mandated, for self-represented litigants, unless otherwise ordered by the court.  All e-filers are required to comply with the e-filing requirements set forth in Electronic Filing Requirements (Civil) (SDSC Form #CIV-409) and Cal. Rules of Court, rules 2.250-2.261.

All Civil cases are assigned to departments that are part of the court's "Imaging Program."  This means that original documents filed with the court will be imaged, held for 30 days, and then destroyed, with the exception of those original documents the court is statutorily required to maintain.  The electronic copy of the filed document(s) will be the official court record, pursuant to Government Code § 68150.  Thus, original documents should not be attached to pleadings filed with the San Diego Superior Court, unless it is a document for which the law requires an original be filed.  Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant, or petitioner to serve a copy of this Notice of Case Assignment and Case Management Conference (Civil) (SDSC Form #CIV-721) with the complaint, cross-complaint, or petition on all parties to the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words "IMAGED FILE" in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and may be found on the court's website at www.sdcourt.ca.gov.

# EXHIBIT B

NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
NORMAN LAU (SBN 253690)
nlau@maynardcooper.com
MAYNARD COOPER & GALE LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:    (415) 646-4700
Facsimile:    (205) 254-1999

Attorneys for Defendant WEST AMERICAN INSURANCE
COMPANY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO

| | |
|---|---|
| PONTUS MAG VALLEJO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WEST AMERICAN INSURANCE COMPANY, an Indiana corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 37-2021-00002257-CU-IC-CTL<br><br>*[Assigned to Judge Keri Katz in Department C-74]*<br><br>**DEFENDANT WEST AMERICAN INSURANCE COMPANY'S ANSWER TO COMPLAINT**<br><br>Complaint filed: November 24, 2021 |

Defendant West American Insurance Company ("Defendant") hereby answers the Complaint of Plaintiff Pontus Mag Vallejo, LLC ("Plaintiff") as follows:

### **GENERAL DENIAL**

Pursuant to Sections 431.10, *et seq.*, of the California Code of Civil Procedure, Defendant denies, both generally and specifically, each and every, all and singular, conjunctively and disjunctively, allegation of the Complaint and each and every part thereof, and each and every cause of action thereof, and further specifically deny that Plaintiff has been injured or damaged in the sum alleged, or in any other sum, or at all, by reason of any carelessness, negligence, act, or omission of Defendant.

Maynard Cooper & Gale LLP
Two Embarcadero Center, Suite 1450
San Francisco, CA 94111
(415) 646-4700

{06316926.1}

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

The complaint, and each and every purported cause of action contained therein, fails to state facts sufficient to constitute a cause of action against Defendant.

**SECOND AFFIRMATIVE DEFENSE**

Defendant alleges that the causes of action attempted to be stated against it and set forth in the complaint are barred by the terms, conditions, limitations, exclusions, definitions and/or endorsements contained in the insurance policy at issue in this litigation.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff has failed to satisfy all conditions precedent to its rights, if any, to benefits under the insurance policy at issue in this litigation.

**FOURTH AFFIRMATIVE DEFENSE**

To the extent that Plaintiff has failed to mitigate, minimize, or avoid any damages it allegedly sustained, any recovery against Defendant must be reduced accordingly.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff has not suffered any damages as a result of any actions taken by Defendant, and Plaintiff is thus barred from asserting the complaint, or any purported claim, against Defendant.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims, in whole or in part, are barred by the equitable doctrines of laches, waiver, estoppel and unclean hands.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendant has at all times exercised due care concerning any actions, conduct, or other matters alleged in the complaint, or any purported cause of action asserted therein.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendant and its representatives acted reasonably and in good faith at all times material herein, based on all relevant facts and circumstances known by them at the time they so acted. Accordingly, Plaintiff is barred from any recovery in this action.

1

2 **NINTH AFFIRMATIVE DEFENSE**

3          Defendant's coverage interpretations and claims handling were and are reasonable as a

4 matter of law and were not and are not inherently unreasonable as a matter of law.

5 **TENTH AFFIRMATIVE DEFENSE**

6          Defendant alleges that the complaint and each cause of action therein fail to state

7 sufficient facts to constitute a valid claim for attorneys' fees.

8 **ELEVENTH AFFIRMATIVE DEFENSE**

9          Defendant alleges that Plaintiff's injuries and damages, if any, were caused by the

10 negligence and fault of others than Defendant, and that such fault on the part of others

11 proximately and concurrently caused or contributed to the loss and damages complained of by

12 Plaintiff, if any there were.

13 **TWELFTH AFFIRMATIVE DEFENSE**

14          The complaint fails to state facts sufficient to warrant an award of punitive or exemplary

15 damages, and Plaintiff has failed to plead malice, fraud, and oppression with the specificity

16 required under California Civil Code § 3294.

17 **THIRTEENTH AFFIRMATIVE DEFENSE**

18          The complaint, to the extent it seeks punitive or exemplary damages against Defendant,

19 violates Defendant's right to protection from "excessive" fines as provided in the Eighth

20 Amendment to the United States Constitution and the Constitution of the State of California,

21 violates Defendant's right to substantive due process and equal protection as provided in the Fifth

22 and Fourteenth Amendments to the United States Constitution and the Constitution of the State of

23 California, and does not meet the tests for allowing punitive damages set forth by the United

24 States Supreme Court in *BMW of North America, Inc. v. Gore*, 517 U.S. 559 (1996), *State Farm*

25 *Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408 (2003), *Philip Morris USA v. Williams*, 549 U.S.

26 346 (2007), and other cases, and therefore fails to state a cause of action supporting the punitive

27 or exemplary damages claimed.

28

1
2                      **FOURTEENTH AFFIRMATIVE DEFENSE**

3              Defendant presently has insufficient knowledge or information on which to form beliefs

4       as to whether there are additional, as yet unstated affirmatives defenses.  Thus, to the extent the

5       Court may have jurisdiction herein, and subject to discovery in this action, Defendant expressly

6       reserves its right to assert additional affirmative defenses.

7              WHEREFORE, defendant West American Insurance Company prays for relief as follows:

8              1.      That Plaintiff take nothing by reason of the complaint and that judgment be

9       entered against Plaintiff and in favor of defendant West American Insurance Company;

10             2.      That defendant West American Insurance Company be awarded its costs incurred

11      in defending this action;

12             3.      That defendant West American Insurance Company be granted such other and

13      further relief as the Court may deem just and proper.

14
        Dated: February 18, 2022                        MAYNARD COOPER & GALE LLP
15

16

17                                              By:      NICHOLAS J. BOOS
                                                        NORMAN LAU
18                                                      Attorneys for Defendant WEST
                                                        AMERICAN INSURANCE COMPANY
19
20
21
22
23
24
25
26
27
28

        DEFENDANT WEST AMERICAN INSURANCE COMPANY'S ANSWER TO COMPLAINT
                        Case No. 37-2021-00049771-CU-IC-CTL

# PROOF OF SERVICE

STATE OF CALIFORNIA              )
COUNTY OF SAN FRANCISCO     )

       I am employed in the County of San Francisco, State of California.  I am over the age of 21 and am not a party to the within action.  My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

## DEFENDANT WEST AMERICAN INSURANCE COMPANY'S ANSWER TO COMPLAINT

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

John J. McLeod (SBN 174169)
jmcleod@mcleodlawgroup.com
Paul C. Hirst (SBN 234460)
phirst@mcleodlawgroup.com
McLEOD LAW GROUP, A.P.C.
1155 Camino Del Mar, Suite 510
Del Mar, California 92014
Tel: (619) 236-9938
Fax: (619) 236-9943

*Attorneys for Plaintiff*

**[X]     BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Francisco, California. The envelope(s) was (were) mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on the same day in the ordinary course of business.

**[X]     BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from email address bday@maynardcooper.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

       I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

       Executed on February 18, 2022, in San Francisco, California.

_____
Brian Day

# EXHIBIT C

MC–051

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John J. Mcleod, Esq. (SBN 174169)/Paul C. Hirst, Esq., (SBN 234460) McLEOD LAW GROUP, A.P.C., 1155 Camino Del Mar, Suite 510 Del Mar, CA 92014 TELEPHONE NO.: (619) 236-9938    FAX NO.: (619) 236-9943 ATTORNEY FOR *(Name):* Pontus Mag Vallejo, LLC | |

NAME OF COURT: Superior Court of California, County of San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Hall of Justice

| CASE NAME: Pontus Mag Vallejo, LLC. v. Liberty Mutual Insurance Company | CASE NUMBER: 37-2021-00049771-CU-IC-CTI |
|---|---|
| **NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL—CIVIL** | HEARING DATE: 08/22/2022 DEPT.: C-74    TIME: 10:00AM BEFORE HON.: Keri Katz DATE ACTION FILED: 11/24/2021 TRIAL DATE: N/A |

TO *(name and address of client):* Pontus Mag Vallejo, LLC

1. PLEASE TAKE NOTICE that *(name of withdrawing attorney):* John J. Mcleod, Esq. (SBN 174169) moves under California Code of Civil Procedure section 284(2) and California Rules of Court, rule 3.1362, for an order permitting the attorney to be relieved as attorney of record in this action or proceeding.

2. A hearing on this motion to be relieved as counsel will be held as follows:

| a. | Date: 8/22/2022 | Time: 10:00am | Dept.: C-74 | Room: |
|---|---|---|---|---|

b. The address of the court: [✓] same as noted above   [ ] other *(specify):*

3. This motion is supported by the accompanying declaration, the papers and records filed in this action or proceeding, and the following additional documents or evidence *(specify):*

*(This motion does not need to be accompanied by a memorandum of points and authorities. Cal. Rules of Court, rule 3.1362.)*

4. The client presently represented by the attorney is
   a. [ ] an individual.
   b. [✓] a corporation.
   c. [ ] a partnership.
   d. [ ] an unincorporated association.
   e. [ ] a guardian.
   f. [ ] a conservator.
   g. [ ] a trustee.
   h. [ ] a personal representative.
   i. [ ] a probate fiduciary.
   j. [ ] a guardian ad litem.
   k. [ ] other *(specify):*

*(Continued on reverse)*

| Form Adopted for Mandatory Use Judicial Council of California MC-051 [Rev. January 1, 2007] | **NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL—CIVIL** | Code of Civil Procedure , § 284; Cal. Rules of Court, rule 3.1362 *www.courtinfo.ca.gov* |
|---|---|---|

MC–051

| CASE NAME: | CASE NUMBER: |
|---|---|
| Pontus Mag Vallejo, LLC. v. Liberty Mutual Insurance Company | 37-2021-00049771-CU-IC-CTI |

---

### NOTICE TO CLIENT

**If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:**

- A guardian
- A conservator
- A trustee
- A personal representative
- A probate fiduciary
- A corporation
- A guardian ad litem
- An unincorporated association

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

---

5. If this motion is granted and a client is representing himself or herself, the client will be solely responsible for the case.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

**If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

---

6. If this motion is granted, the client must keep the court informed of the client's current address.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

**If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.**

---

Date: 3/22/22

John J. McLeod, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF ATTORNEY)

Attorney for (name):

**NOTICE OF MOTION AND MOTION
TO BE RELIEVED AS COUNSEL—CIVIL**

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John J. Mcleod, Esq. (SBN 174169)/Paul C. Hirst, Esq., (SBN 234460)<br>McLEOD LAW GROUP, A.P.C.<br>1155 Camino Del Mar, Suite 510<br>Del Mar, CA 92014<br><br>TELEPHONE NO.: (619) 236-9938   FAX NO. *(Optional):* (619) 236-9943<br>E-MAIL ADDRESS *(Optional):* jmcleod@mcleodlawgroup.com<br>ATTORNEY FOR *(Name):* Pontus Mag Vallejo, LLC | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Hall of Justice

PLAINTIFF/PETITIONER:  Pontus Mag Vallejo, LLC

DEFENDANT/RESPONDENT:  West American Insurance Company

| DECLARATION | CASE NUMBER:<br>37-2021-00049771-CU-IC-CTI |
|---|---|

John McLeod and the McLeod Law Group, A.P.C. seek to be relieved as counsel of record due to a breakdown in the attorney-client relationship and such other conduct that renders it unreasonably difficult for us to continue to provide representation.

I have informed Andrew Haley, Vice President, Pontus Mag Vallejo, LLC, and am informed and believe that Pontus will be retaining new counsel .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  3/22/22

John J. McLeod, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☑ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

**DECLARATION**

**PROOF OF SERVICE**

*Pontus Mag Vallejo, LLC. v. West American Insurance Company*
37-2021-00049771-CU-IC-CTI

STATE OF CALIFORNIA            )
                              ) ss:
COUNTY OF SAN DIEGO            )

     I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the action. My business address is 1155 Camino Del Mar, Suite 510, Del Mar, CA 92014. On March 22, 2022, I served the document(s) on the interested parties in this action as follows:

**1. NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL; and**
**2. JOHN MCLEOD'S DECLARATION TO MOTION; and**
**3. PROOF OF SERVICE.**

By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:
    SEE ATTACHED SERVICE LIST

☐    **BY MAIL**: The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Del Mar, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☐    **BY OVERNIGHT DELIVERY**: By causing such envelope to be deposited or delivered in a box or other facility regularly maintained by Federal Express authorized to receive documents, or delivering to a courier or driver authorized by said express service carrier to receive documents, the copy of the foregoing document in a sealed envelope designated by the express service carrier, addressed as stated above, with fees for overnight (next business day) delivery paid or provided for and causing such envelope to be delivered by said express service carrier on _____.

☐    **BY FACSIMILE MACHINE**: The foregoing document(s) was transmitted to the above-named persons by facsimile transmission from (619) 236-9943 before 5:00 p.m. on said date and the transmission was reported as complete and without error.

☒    **BY ELECTRONIC MAIL**: I electronically served the foregoing document(s) via electronic mail (email) from the email address srodriguez@mcleodlawgroup.com. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☐    **BY PERSONAL SERVICE**: I caused to be delivered the foregoing document(s) to the addressee(s) specified.

Executed on March 22, 2022, at Del Mar, California.

_____
Seth Rodriguez

0

PROOF OF SERVICE

1

**SERVICE LIST**
*Pontus Mag Vallejo, LLC. v. West American Insurance Company*
37-2021-00049771-CU-IC-CTI

2

3

| | |
|---|---|
| 4 | Nicholas J. Boos, Esq. (SBN 233399) | Attorneys for Defendant, |
| | nboos@maynardcooper.com | **WEST AMERICAN INSURANCE** |
| 5 | Norman Lau, Esq. (SBN 253690) | **COMPANY** |
| | nlau@maynardcooper.com | |
| 6 | MAYNARD COOPER & GALE LLP | |
| | Two Embarcadero Center, Suite 1450 | |
| 7 | San Francisco, California 94111 | |
| | Telephone: (415) 646-4700 | |
| 8 | Facsimile: (205) 254-1999 | |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** | |
| STREET ADDRESS: | 330 W Broadway |
| MAILING ADDRESS: | 330 W Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101-3827 |
| DIVISION: | Central |
| TELEPHONE NUMBER: | (619) 450-7074 |

| |
|---|
| **PLAINTIFF(S) / PETITIONER(S):**   PONTUS MAG VALLEJO LLC |
| **DEFENDANT(S) / RESPONDENT(S):**   WEST AMERICAN INSURANCE COMPANY |
| PONTUS MAG VALLEJO LLC VS WEST AMERICAN INSURANCE COMPANY [IMAGED] |

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE (CIVIL) | CASE NUMBER: |
|---|---|
| | 37-2021-00049771-CU-IC-CTL |

## CASE ASSIGNED FOR ALL PURPOSES TO:

Judge:  Keri Katz                                              Department: C-74

## COMPLAINT/PETITION FILED: 11/24/2021

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 08/12/2022 | 10:00 am | C-74 | Keri Katz |

**Due to the COVID-19 pandemic, all Case Management Conferences (CMCs) are being conducted virtually unless there is a court order stating otherwise.**  Prior to the hearing date, visit the "virtual hearings" page for the most current instructions on how to appear for the applicable case-type/department on the court's website at www.sdcourt.ca.gov.

A Case Management Statement (JC Form #CM-110) must be completed by counsel for all parties and by all self-represented litigants and timely filed with the court at least 15 days prior to the initial CMC.  (San Diego Superior Court (SDSC) Local Rules, rule 2.1.9; Cal. Rules of Court, rule 3.725).

All counsel of record and self-represented litigants must appear at the CMC, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of Alternative Dispute Resolution (ADR) options.

It is the duty of each plaintiff (and cross-complainant) to serve a copy of this Notice of Case Assignment and Case Management Conference (SDSC Form #CIV-721) with the complaint (and cross-complaint), the Alternative Dispute Resolution (ADR) Information Form (SDSC Form # CIV-730), a Stipulation to Use Alternative Dispute Resolution (ADR) (SDSC Form # CIV-359), and other documents on all parties to the action as set out in SDSC Local Rules, rule 2.1.5.

<u>TIME FOR SERVICE AND RESPONSE:</u> The following rules apply to civil cases except for collections cases under California Rules of Court, rule 3.740(a), unlawful detainer actions, proceedings under the Family Code, and other proceedings for which different service requirements are prescribed by law (Cal. Rules of Court, rule 3.110; SDSC Local Rules, rule 2.1.5):
- **Service:** The complaint must be served on all named defendants, and proof of service filed with the court within 60 days after filing the complaint.  An amended complaint adding a defendant must be served on the added defendant and proof of service filed within 30 days after filing of the amended complaint.  A cross-complaint against a party who has appeared in the action must be accompanied by proof of service on that party at the time it is filed.  If it adds a new party, the cross-complaint must be served on all parties and proof of service on the new party must be filed within 30 days of the filing of the cross-complaint.
- **Defendant's appearance:** Unless a special appearance is made, each defendant served must generally appear (as defined in Code of Civ. Proc. § 1014) within 30 days of service of the complaint/cross-complaint.
- **Extensions:** The parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint (SDSC Local Rules, rule 2.1.6).  If a party fails to serve and file pleadings as required under this rule, and has not obtained an order extending time to serve its pleadings, the court may issue an order to show cause why sanctions shall not be imposed.

<u>JURY FEES:</u> In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

<u>COURT REPORTERS:</u> Official Court Reporters are not normally available in civil matters, but may be requested in certain situations no later than 10 days before the hearing date.  See SDSC Local Rules, rule 1.2.3 and Policy Regarding Normal Availability and Unavailability of Official Court Reporters (SDSC Form #ADM-317) for information.

<u>ALTERNATIVE DISPUTE RESOLUTION (ADR):</u> The court discourages any unnecessary delay in civil actions; therefore, continuances are discouraged and timely resolution of all actions, including submitting to any form of ADR is encouraged.  The court encourages and expects the parties to consider using ADR options prior to the CMC.  The use of ADR will be discussed at the CMC. Prior to the CMC, parties stipulating to the ADR process may file the Stipulation to Use Alternative Dispute Resolution (SDSC Form #CIV-359).

## NOTICE OF E-FILING REQUIREMENTS
## AND IMAGED DOCUMENTS

Effective April 15, 2021, e-filing is required for attorneys in represented cases in all limited and unlimited civil cases, pursuant to the San Diego Superior Court General Order: In Re Procedures Regarding Electronically Imaged Court Records, Electronic Filing and Access to Electronic Court Records in Civil and Probate Cases.  Additionally, you are encouraged to review CIV-409 for a listing of documents that are not eligible for e-filing.  E-filing is also encouraged, but not mandated, for self-represented litigants, unless otherwise ordered by the court.  All e-filers are required to comply with the e-filing requirements set forth in Electronic Filing Requirements (Civil) (SDSC Form #CIV-409) and Cal. Rules of Court, rules 2.250-2.261.

All Civil cases are assigned to departments that are part of the court's "Imaging Program."  This means that original documents filed with the court will be imaged, held for 30 days, and then destroyed, with the exception of those original documents the court is statutorily required to maintain.  The electronic copy of the filed document(s) will be the official court record, pursuant to Government Code § 68150.  Thus, original documents should not be attached to pleadings filed with the San Diego Superior Court, unless it is a document for which the law requires an original be filed.  Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant, or petitioner to serve a copy of this Notice of Case Assignment and Case Management Conference (Civil) (SDSC Form #CIV-721) with the complaint, cross-complaint, or petition on all parties to the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words "IMAGED FILE" in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and may be found on the court's website at www.sdcourt.ca.gov.

MC–051

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, slate bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John J. Mcleod, Esq. (SBN 174169)/Paul C. Hirst, Esq., (SBN 234460) McLEOD LAW GROUP, A.P.C., 1155 Camino Del Mar, Suite 510 Del Mar, CA 92014 TELEPHONE NO.: (619) 236-9938     FAX NO.: (619) 236-9943 ATTORNEY FOR *(Name):* Pontus Mag Vallejo, LLC | **ELECTRONICALLY FILED** Superior Court of California, County of San Diego **03/30/2022** at 06:48:00 PM Clerk of the Superior Court By Taylor Crandall,Deputy Clerk |

| NAME OF COURT: | Superior Court of California, County of San Diego |
|---|---|
| STREET ADDRESS: | 330 West Broadway |
| MAILING ADDRESS: | 330 West Broadway |
| CITY AND ZIP CODE: | San Diego, California 92101 |
| BRANCH NAME: | Hall of Justice |

| CASE NAME: Pontus Mag Vallejo, LLC. v. Liberty Mutual Insurance Company | CASE NUMBER: 37-2021-00049771-CU-IC-CTI |
|---|---|

| NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL—CIVIL | HEARING DATE: 08/22/2022 |
|---|---|
| | DEPT.: C-74     TIME: 10:00AM |
| | BEFORE HON.: Keri Katz |
| | DATE ACTION FILED: 11/24/2021 |
| | TRIAL DATE: N/A |

TO *(name and address of client):* Pontus Mag Vallejo, LLC

1. PLEASE TAKE NOTICE that *(name of withdrawing attorney):* John J. Mcleod, Esq. (SBN 174169)
   moves under California Code of Civil Procedure section 284(2) and California Rules of Court, rule 3.1362, for an order permitting the attorney to be relieved as attorney of record in this action or proceeding.

2. A hearing on this motion to be relieved as counsel will be held as follows:

| a. | Date: 8/22/2022 | Time: 10:00am | Dept.: C-74 | Room: |
|---|---|---|---|---|

   b. The address of the court:   [✓] same as noted above   [ ] other *(specify):*

3. This motion is supported by the accompanying declaration, the papers and records filed in this action or proceeding, and the following additional documents or evidence *(specify):*

*(This motion does not need to be accompanied by a memorandum of points and authorities. Cal. Rules of Court, rule 3.1362.)*

4. The client presently represented by the attorney is
   a. [ ] an individual.
   b. [✓] a corporation.
   c. [ ] a partnership.
   d. [ ] an unincorporated association.
   e. [ ] a guardian.
   f. [ ] a conservator.
   g. [ ] a trustee.
   h. [ ] a personal representative.
   i. [ ] a probate fiduciary.
   j. [ ] a guardian ad litem.
   k. [ ] other *(specify):*

*(Continued on reverse)*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-051 [Rev. January 1, 2007]

NOTICE OF MOTION AND MOTION
TO BE RELIEVED AS COUNSEL—CIVIL

Code of Civil Procedure , § 284;
Cal. Rules of Court, rule 3.1362
*www.courtinfo.ca.gov*

MC–051

| CASE NAME: | CASE NUMBER: |
|---|---|
| Pontus Mag Vallejo, LLC. v. Liberty Mutual Insurance Company | 37-2021-00049771-CU-IC-CTI |

---

### NOTICE TO CLIENT

**If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:**

- A guardian
- A conservator
- A trustee

- A personal representative
- A probate fiduciary
- A corporation

- A guardian ad litem
- An unincorporated association

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

---

5. If this motion is granted and a client is representing himself or herself, the client will be solely responsible for the case.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

**If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

---

6. If this motion is granted, the client must keep the court informed of the client's current address.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

**If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.**

---

Date: 3/22/22

John J. McLeod, Esq.
_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF ATTORNEY)

Attorney for *(name):*

**NOTICE OF MOTION AND MOTION
TO BE RELIEVED AS COUNSEL—CIVIL**

**PROOF OF SERVICE**

*Pontus Mag Vallejo, LLC. v. West American Insurance Company*
37-2021-00049771-CU-IC-CTI

STATE OF CALIFORNIA     )
                               ) ss:
COUNTY OF SAN DIEGO    )

      I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the action. My business address is 1155 Camino Del Mar, Suite 510, Del Mar, CA 92014. On March 22, 2022, I served the document(s) on the interested parties in this action as follows:

      **1. NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL; and**
      **2. JOHN MCLEOD'S DECLARATION TO MOTION; and**
      **3. PROOF OF SERVICE.**

By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

☐    **BY MAIL**: The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Del Mar, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☐    **BY OVERNIGHT DELIVERY**: By causing such envelope to be deposited or delivered in a box or other facility regularly maintained by Federal Express authorized to receive documents, or delivering to a courier or driver authorized by said express service carrier to receive documents, the copy of the foregoing document in a sealed envelope designated by the express service carrier, addressed as stated above, with fees for overnight (next business day) delivery paid or provided for and causing such envelope to be delivered by said express service carrier on _____.

☐    **BY FACSIMILE MACHINE**: The foregoing document(s) was transmitted to the above-named persons by facsimile transmission from (619) 236-9943 before 5:00 p.m. on said date and the transmission was reported as complete and without error.

☒    **BY ELECTRONIC MAIL**: I electronically served the foregoing document(s) via electronic mail (email) from the email address srodriguez@mcleodlawgroup.com. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☐    **BY PERSONAL SERVICE**: I caused to be delivered the foregoing document(s) to the addressee(s) specified.

      Executed on March 22, 2022, at Del Mar, California.

                                    _____
                                       Seth Rodriguez

0

PROOF OF SERVICE

1

**SERVICE LIST**

*Pontus Mag Vallejo, LLC. v. West American Insurance Company*

2

37-2021-00049771-CU-IC-CTI

3

4  | Nicholas J. Boos, Esq. (SBN 233399) | Attorneys for Defendant,
5  | nboos@maynardcooper.com | **WEST AMERICAN INSURANCE**
   | Norman Lau, Esq. (SBN 253690) | **COMPANY**
   | nlau@maynardcooper.com
6  | MAYNARD COOPER & GALE LLP
   | Two Embarcadero Center, Suite 1450
7  | San Francisco, California 94111
   | Telephone: (415) 646-4700
8  | Facsimile: (205) 254-1999

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

PROOF OF SERVICE

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

**John J. Mcleod, Esq.** (SBN 174169)/Paul C. Hirst, Esq., (SBN 234460)
McLEOD LAW GROUP, A.P.C.
1155 Camino Del Mar, Suite 510
Del Mar, CA 92014

TELEPHONE NO.: (619) 236-9938   FAX NO. *(Optional):* (619) 236-9943
E-MAIL ADDRESS *(Optional):* jmcleod@mcleodlawgroup.com
ATTORNEY FOR *(Name):* Pontus Mag Vallejo, LLC

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**03/30/2022** at 06:48:00 PM
Clerk of the Superior Court
By Taylor Crandall, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Hall of Justice

PLAINTIFF/PETITIONER:  Pontus Mag Vallejo, LLC

DEFENDANT/RESPONDENT:  West American Insurance Company

| **DECLARATION** | CASE NUMBER: |
|---|---|
| | 37-2021-00049771-CU-IC-CTI |

John McLeod and the McLeod Law Group, A.P.C. seek to be relieved as counsel of record due to a breakdown in the attorney-client relationship and such other conduct that renders it unreasonably difficult for us to continue to provide representation.

I have informed Andrew Haley, Vice President, Pontus Mag Vallejo, LLC, and am informed and believe that Pontus will be retaining new counsel .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3/22/22

**John J. McLeod, Esq.**
(TYPE OR PRINT NAME)                              (SIGNATURE OF DECLARANT)

☑ Attorney for ☑ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

MC–051

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>John J. Mcleod, Esq. (SBN 174169)/Paul C. Hirst, Esq., (SBN 234460)<br>McLEOD LAW GROUP, A.P.C.,<br>1155 Camino Del Mar, Suite 510<br>Del Mar, CA 92014<br>TELEPHONE NO.: (619) 236-9938        FAX NO.: (619) 236-9943<br>ATTORNEY FOR *(Name):* Pontus Mag Vallejo, LLC | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**04/15/2022** at 02:24:00 PM<br><br>Clerk of the Superior Court<br>By Taylor Crandall,Deputy Clerk |
|---|---|
| NAME OF COURT: Superior Court of California, County of San Diego<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS: 330 West Broadway<br>CITY AND ZIP CODE: San Diego, California 92101<br>BRANCH NAME: Hall of Justice | |
| CASE NAME:<br>Pontus Mag Vallejo, LLC. v.  West American Insurance Company | CASE NUMBER:<br>37-2021-00049771-CU-IC-CTI |
| **NOTICE OF MOTION AND MOTION<br>TO BE RELIEVED AS<br>COUNSEL—CIVIL** | HEARING DATE: 05/27/2022<br>DEPT.: C-74        TIME: 08:30AM<br>BEFORE HON.: Keri Katz<br>DATE ACTION FILED: 11/24/2021<br>TRIAL DATE: N/A |

TO *(name and address of client)*: Pontus Mag Vallejo, LLC

1. PLEASE TAKE NOTICE that *(name of withdrawing attorney):* John J. Mcleod, Esq. (SBN 174169)
   moves under California Code of Civil Procedure section 284(2) and California Rules of Court, rule 3.1362, for an order permitting
   the attorney to be relieved as attorney of record in this action or proceeding.

2. A hearing on this motion to be relieved as counsel will be held as follows:

| a. | Date: 5/27/2022 | Time: 08:30am | Dept.: C-74 | Room: |
|---|---|---|---|---|

   b. The address of the court:    ☑ same as noted above    ☐ other *(specify)*:

3. This motion is supported by the accompanying declaration, the papers and records filed in this action or proceeding, and
   the following additional documents or evidence *(specify)*:

*(This motion does not need to be accompanied by a memorandum of points and authorities. Cal. Rules of Court, rule 3.1362.)*

4. The client presently represented by the attorney is
   a. ☐ an individual.
   b. ☑ a corporation.
   c. ☐ a partnership.
   d. ☐ an unincorporated association.
   e. ☐ a guardian.
   f. ☐ a conservator.
   g. ☐ a trustee.
   h. ☐ a personal representative.
   i. ☐ a probate fiduciary.
   j. ☐ a guardian ad litem.
   k. ☐ other *(specify)*:

*(Continued on reverse)*

Page 1 of 2

MC–051

| CASE NAME: | CASE NUMBER: |
|---|---|
| Pontus Mag Vallejo, LLC. v.   West American Insurance Company | 37-2021-00049771-CU-IC-CTI |

### NOTICE TO CLIENT

**If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:**

- A guardian
- A conservator
- A trustee

- A personal representative
- A probate fiduciary
- A corporation

- A guardian ad litem
- An unincorporated association

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

5. If this motion is granted and a client is representing himself or herself, the client will be solely responsible for the case.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

**If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

6. If this motion is granted, the client must keep the court informed of the client's current address.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

**If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.**

Date: 4/14/22

John J. McLeod, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF ATTORNEY)

Attorney for *(name)*:  Pontus Mag Vallejo, LLC

**PROOF OF SERVICE**

*Pontus Mag Vallejo, LLC. v. West American Insurance Company*
37-2021-00049771-CU-IC-CTI

STATE OF CALIFORNIA          )
                             ) ss:
COUNTY OF SAN DIEGO          )

     I am employed in the County of San Diego, State of California.  I am over the age of eighteen years and not a party to the action.  My business address is 1155 Camino Del Mar, Suite 510, Del Mar, CA 92014.  On April 15, 2022, I served the document(s) on the interested parties in this action as follows:

     **1. NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL; and**
     **2. DECLARATION OF JOHN MCLEOD; and**
     **3. PROOF OF SERVICE.**

By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:
     SEE ATTACHED SERVICE LIST

☐     **BY MAIL**:  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Del Mar, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☐     **BY OVERNIGHT DELIVERY**:  By causing such envelope to be deposited or delivered in a box or other facility regularly maintained by Federal Express authorized to receive documents, or delivering to a courier or driver authorized by said express service carrier to receive documents, the copy of the foregoing document in a sealed envelope designated by the express service carrier, addressed as stated above, with fees for overnight (next business day) delivery paid or provided for and causing such envelope to be delivered by said express service carrier on _____.

☐     **BY FACSIMILE MACHINE**:  The foregoing document(s) was transmitted to the above-named persons by facsimile transmission from (619) 236-9943 before 5:00 p.m. on said date and the transmission was reported as complete and without error.

☒     **BY ELECTRONIC MAIL**:  I electronically served the foregoing document(s) via electronic mail (email) from the email address srodriguez@mcleodlawgroup.com.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☐     **BY PERSONAL SERVICE:**  I caused to be delivered the foregoing document(s) to the addressee(s) specified.

Executed on April 15, 2022, at Del Mar, California.

*Seth Rodriguez*
_____
Seth Rodriguez

0

PROOF OF SERVICE

1

**SERVICE LIST**

*Pontus Mag Vallejo, LLC. v. West American Insurance Company*
37-2021-00049771-CU-IC-CTI

2

3

| | |
|---|---|
| Nicholas J. Boos, Esq. (SBN 233399) | Attorneys for Defendant, |
| nboos@maynardcooper.com | **WEST AMERICAN INSURANCE** |
| Norman Lau, Esq. (SBN 253690) | **COMPANY** |
| nlau@maynardcooper.com | |
| MAYNARD COOPER & GALE LLP | |
| Two Embarcadero Center, Suite 1450 | |
| San Francisco, California 94111 | |
| Telephone: (415) 646-4700 | |
| Facsimile: (205) 254-1999 | |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John J. Mcleod, Esq. (SBN 174169)/Paul C. Hirst, Esq., (SBN 234460)<br>McLEOD LAW GROUP, A.P.C.<br>1155 Camino Del Mar, Suite 510<br>Del Mar, CA 92014 | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**04/15/2022** at 02:24:00 PM<br>Clerk of the Superior Court<br>By Taylor Crandall,Deputy Clerk |

TELEPHONE NO.: (619) 236-9938   FAX NO. *(Optional):* (619) 236-9943
E-MAIL ADDRESS *(Optional):* jmcleod@mcleodlawgroup.com
ATTORNEY FOR *(Name):* Pontus Mag Vallejo, LLC

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Hall of Justice

PLAINTIFF/PETITIONER:  Pontus Mag Vallejo, LLC

DEFENDANT/RESPONDENT:  West American Insurance Company

| DECLARATION | CASE NUMBER:<br>37-2021-00049771-CU-IC-CTI |
|---|---|

John McLeod and the McLeod Law Group, A.P.C. seek to be relieved as counsel of record due to a breakdown in the attorney-client relationship and such other conduct that renders it unreasonably difficult for us to continue to provide representation.

I have informed Andrew Haley, Vice President, Pontus Mag Vallejo, LLC, and am informed and believe that Pontus will be retaining new counsel .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 4/14/22

John J. McLeod, Esq.
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☑ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

**DECLARATION**

**SUPERIOR COURT OF CALIFORNIA,**

COUNTY OF SAN DIEGO

HALL OF JUSTICE

TENTATIVE RULINGS - May 26, 2022

EVENT DATE: 05/27/2022        EVENT TIME: 08:30:00 AM        DEPT.: C-74

JUDICIAL OFFICER: Keri Katz

CASE NO.:        37-2021-00049771-CU-IC-CTL

CASE TITLE:    PONTUS MAG VALLEJO LLC VS WEST AMERICAN INSURANCE COMPANY [IMAGED]

CASE CATEGORY: Civil - Unlimited            CASE TYPE: Insurance Coverage

EVENT TYPE:    Motion Hearing (Civil)
CAUSAL DOCUMENT/DATE FILED:

---

Attorney John J. McLeod/McLeod Law Group, A.P.C.'s unopposed motion to be relieved as counsel for Plaintiff Pontus Mag Vallejo is DENIED for failure to comply with the requirements of California Rules of Court, Rule 3.1362.  The declaration of counsel does not use the required mandatory form [CRC 3.1362(c)] and there is no proof of service showing service of the order on the client and on all parties [CRC 3.1362(d)].

If this tentative ruling is confirmed the Minute Order will be the final order of the court and the parties shall not submit any further order on this motion.

---

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN DIEGO
CENTRAL**

**MINUTE ORDER**

DATE: 05/27/2022                    TIME: 08:30:00 AM           DEPT:  C-74

JUDICIAL OFFICER PRESIDING: Keri Katz
CLERK:  Kim Mulligan, Richard Day
REPORTER/ERM: Not Reported
BAILIFF/COURT ATTENDANT:  S. Raisch

CASE NO: **37-2021-00049771-CU-IC-CTL**   CASE INIT.DATE: 11/24/2021
CASE TITLE: **PONTUS MAG VALLEJO LLC VS WEST AMERICAN INSURANCE COMPANY
[IMAGED]**
CASE CATEGORY: Civil - Unlimited        CASE TYPE: Insurance Coverage

---

**EVENT TYPE**: Motion Hearing (Civil)

---

**APPEARANCES**

---

There are no appearances by any party.

The Court CONFIRMS the tentative ruling as follows:

Attorney John J. McLeod/McLeod Law Group, A.P.C.'s unopposed motion to be relieved as counsel for
Plaintiff Pontus Mag Vallejo is DENIED for failure to comply with the requirements of California Rules of
Court, Rule 3.1362.  The declaration of counsel does not use the required mandatory form [CRC
3.1362(c)] and there is no proof of service showing service of the order on the client and on all parties
[CRC 3.1362(d)].

If this tentative ruling is confirmed the Minute Order will be the final order of the court and the parties
shall not submit any further order on this motion.

IT IS SO ORDERED.

*Keri Katz*

_____

Judge Keri  Katz

---

DATE: 05/27/2022                              MINUTE ORDER                                    Page 1
DEPT:  C-74                                                                                  Calendar No. 8

MC–051

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, slate bar number, and address):*<br>John J. Mcleod, Esq. (SBN174169) / Paul C. Hirst, Esq., (SBN 234460)<br>McLEOD LAW GROUP, A.P.C.<br>1155 Camino Del Mar, Suite 510<br>Del Mar, California 92014<br>TELEPHONE NO.: (619) 236-9938    FAX NO.: (619) 236-9943<br>ATTORNEY FOR *(Name):* Pontus Mag Vallejo, LLC | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**06/09/2022** at 03:13:00 PM<br>Clerk of the Superior Court<br>By Taylor Crandall, Deputy Clerk |
|---|---|

NAME OF COURT: Superior Court of California, County of San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Hall of Justice

| CASE NAME:<br>Pontus Mag Vallejo, LLC v. West American Insurance Company, et al. | CASE NUMBER:<br>37-2021-00049771-CU-IC-CTL |
|---|---|
| **NOTICE OF MOTION AND MOTION<br>TO BE RELIEVED AS<br>COUNSEL—CIVIL** | HEARING DATE: July 01, 2022<br>DEPT.: C-74      TIME: 8:30 a.m.<br>BEFORE HON.: Keri Katz<br>DATE ACTION FILED: 11/24/2021<br>TRIAL DATE: Not Set |

TO *(name and address of client):* Pontus Mag Vallejo, LLC

1. PLEASE TAKE NOTICE that *(name of withdrawing attorney):* John J. Mcleod, Esq. and Paul C. Hirst, Esq.
   moves under California Code of Civil Procedure section 284(2) and California Rules of Court, rule 3.1362, for an order permitting
   the attorney to be relieved as attorney of record in this action or proceeding.

2. A hearing on this motion to be relieved as counsel will be held as follows:

| a.    Date: July 1, 2022      Time: 08:30 a.m.      Dept.: C-74      Room: |
|---|

   b. The address of the court: ☑ same as noted above    ☐ other *(specify):*

3. This motion is supported by the accompanying declaration, the papers and records filed in this action or proceeding, and
   the following additional documents or evidence *(specify):*

*(This motion does not need to be accompanied by a memorandum of points and authorities. Cal. Rules of Court, rule 3.1362.)*

4. The client presently represented by the attorney is
   a. ☐ an individual.
   b. ☑ a corporation.
   c. ☐ a partnership.
   d. ☐ an unincorporated association.
   e. ☐ a guardian.
   f. ☐ a conservator.
   g. ☐ a trustee.
   h. ☐ a personal representative.
   i. ☐ a probate fiduciary.
   j. ☐ a guardian ad litem.
   k. ☐ other *(specify):*

*(Continued on reverse)*

Page 1 of 2

MC–051

| CASE NAME: Pontus Mag Vallejo, LLC v. West American Insurance Company, et al. | CASE NUMBER: 37-2021-00049771-CU-IC-CTL |
|---|---|

### NOTICE TO CLIENT

If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:

- A guardian
- A conservator
- A trustee
- A personal representative
- A probate fiduciary
- A corporation
- A guardian ad litem
- An unincorporated association

If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.

5. If this motion is granted and a client is representing himself or herself, the client will be solely responsible for the case.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.

6. If this motion is granted, the client must keep the court informed of the client's current address.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.

Date: June 9, 2022

John J. McLeod, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF ATTORNEY)

Attorney for (name): Pontus Mag Vallejo, LLC

**NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

<div align="center">

**PROOF OF SERVICE**

*Pontus Mag Vallejo, LLC. v. West American Insurance Company*
37-2021-00049771-CU-IC-CTI

</div>

STATE OF CALIFORNIA          )
                             ) ss:
COUNTY OF SAN DIEGO          )

      I am employed in the County of San Diego, State of California.  I am over the age of eighteen years and not a party to the action.  My business address is 1155 Camino Del Mar, Suite 510, Del Mar, CA 92014.  On June 9, 2022, I served the document(s) on the interested parties in this action as follows:

    **1. PROOF OF SERVICE OF NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL;**
    **2. DECLARATION OF JOHN J. MCLEOD IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL;**
    **3. and ORDER GRANTING ATTORNEY'S AND MOTION TO BE RELIEVED AS COUNSEL;**

By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:
    SEE ATTACHED SERVICE LIST

☐     **BY MAIL**:  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Del Mar, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☐     **BY OVERNIGHT DELIVERY**:  By causing such envelope to be deposited or delivered in a box or other facility regularly maintained by Federal Express authorized to receive documents, or delivering to a courier or driver authorized by said express service carrier to receive documents, the copy of the foregoing document in a sealed envelope designated by the express service carrier, addressed as stated above, with fees for overnight (next business day) delivery paid or provided for and causing such envelope to be delivered by said express service carrier on _____.

☐     **BY FACSIMILE MACHINE**:  The foregoing document(s) was transmitted to the above-named persons by facsimile transmission from (619) 236-9943 before 5:00 p.m. on said date and the transmission was reported as complete and without error.

☒     **BY ELECTRONIC MAIL**:  I electronically served the foregoing document(s) via electronic mail (email) from the email address srodriguez@mcleodlawgroup.com.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☐     **BY PERSONAL SERVICE:**  I caused to be delivered the foregoing document(s) to the addressee(s) specified.

    Executed on June 9, 2022, at Del Mar, California.

                              *Seth Rodriguez*
                              Seth Rodriguez

<div align="center">

0

PROOF OF SERVICE

</div>

1

**SERVICE LIST**
*Pontus Mag Vallejo, LLC. v. West American Insurance Company*
37-2021-00049771-CU-IC-CTI

2

3

4
Nicholas J. Boos, Esq. (SBN 233399)
nboos@maynardcooper.com
5
Norman Lau, Esq. (SBN 253690)
nlau@maynardcooper.com
6
MAYNARD COOPER & GALE LLP
Two Embarcadero Center, Suite 1450
7
San Francisco, California 94111
Telephone: (415) 646-4700
8
Facsimile: (205) 254-1999

Attorneys for Defendant,
**WEST AMERICAN INSURANCE COMPANY**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John J. Mcleod, Esq. (SBN 174169) / Paul C. Hirst, Esq., (SBN 234460)<br>McLEOD LAW GROUP, A.P.C.<br>1155 Camino Del Mar, Suite 510<br>Del Mar, California 92014<br>TELEPHONE NO.: (619) 236-9938    FAX NO. *(Optional):* (619) 236-9943<br>E-MAIL ADDRESS *(Optional):* jmcleod@mcleodlawgroup.com<br>ATTORNEY FOR *(Name):* Pontus Mag Vallejo, LLC | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**06/09/2022** at 03:13:00 PM<br>Clerk of the Superior Court<br>By Taylor Crandall,Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Hall of Justice

PLAINTIFF/PETITIONER: Pontus Mag Vallejo, LLC

DEFENDANT/RESPONDENT: West American Insurance Company

| **DECLARATION** | CASE NUMBER:<br>37-2021-00049771-CU-IC-CTL |
|---|---|

John J. McLeod and Paul C. Hirst of McLeod Law Group, A.P.C. seek to be relieved as counsel of record in this action for Pontus Mag Vallejo, LLC ("Pontus"), due to a breakdown in the attorney-client relationship and such other conduct that renders it unreasonably difficult for us to continue to provide representation.

I have informed Andrew Haley, Vice President of Pontus, that our office seeks to be relieved as counsel of record, and I am informed and believe that Pontus will be retaining new counsel. To date, Pontus has not identified for us their new counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 9, 2022

John J. McLeod, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

[✓] Attorney for   [✓] Plaintiff   [ ] Petitioner   [ ] Defendant
[ ] Respondent   [ ] Other *(Specify):*

MC–053

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John J. McLeod, Esq. (SBN174169)<br>Paul C. Hirst, Esq. (SBN234460)<br>McLEOD LAW GROUP, A.P.C.<br>1155 Camino Del Mar, Suite 510<br>Del Mar, California 92014<br>TELEPHONE NO.: (619) 236-9938    FAX NO. *(Optional):* (619) 236-9943<br>E-MAIL ADDRESS *(Optional):* jmcleod@mcleodlawgroup.com<br>ATTORNEY FOR *(Name):* Pontus Mag Vallejo, LLC | **ELECTRONICALLY RECEIVED**<br>Superior Court of California,<br>County of San Diego<br>**06/09/2022** at 03:13:32 PM<br>Clerk of the Superior Court<br>By Taylor Crandall, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, California 92101
BRANCH NAME: Hall of Justice

| CASE NAME:<br>Pontus Mag Vallejo, LLC v. West American Insurance Company, et al. | CASE NUMBER:<br>37-2021-00049771-CU-IC-CTL |
|---|---|
| **ORDER GRANTING ATTORNEY'S<br>MOTION TO BE RELIEVED AS COUNSEL—CIVIL** | HEARING DATE: July 01, 2022<br>DEPT.: C-74    TIME: 8:30 a.m.<br>BEFORE HON.: Keri Katz<br>DATE ACTION FILED: 11/24/2021<br>TRIAL DATE: Not Set |

1. The motion of *(name of attorney):*  John J. Mcleod, Esq. and Paul C. Hirst, Esq.
to be relieved as counsel of record for *(name of client):*  Pontus Mag Vallejo, LLC
a party to this action or proceeding, came on regularly for hearing at the date, time, and place indicated above.

2. The following persons were present at the hearing:

John J. McLeod, Esq.

**FINDINGS**

3. Attorney has
   a. ☑ personally served the client with papers in support of this motion.
   b. ☐ served client by mail and submitted a declaration establishing that the service requirements of California Rules of Court, rule 3.1362, have been satisfied.

4. Attorney has shown sufficient reasons why the motion to be relieved as counsel should be granted and why the attorney has brought a motion under Code of Civil Procedure section 284(2) instead of filing a consent under section 284(1).

**ORDER**

5. Attorney is relieved as counsel of record for client
   a. ☑ effective upon the filing of the proof of service of this signed order upon the client.
   b. ☐ effective on *(specify date):*

6. The client's ☑ current ☐ last known    address and telephone number:

National Registered Agents, Inc.
330 N. Brand Blvd., Suite 700, Glendale, California 91203
If the client's current address is known, service on the client must hereafter be made at that address unless  otherwise ordered in item 13. If the current address is not known, service must be made according to Code of Civil Procedure section 1011 (b) and rule 3.252 of the California Rules of Court.

7. a.  The next scheduled hearing in this action or proceeding is set for *(date, time, and place):*
      August 12, 2022, 10:00 a.m., Dept. C-74 of the above-entitled court

   b.  The hearing will concern *(subject matter):*
      Case Management Conference

---

**NOTICE TO CLIENT**
You or your new attorney, if any, must prepare for and attend this hearing.

Page 1 of 2

**ORDER GRANTING ATTORNEY'S<br>MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

Code of Civil Procedure., § 284;<br>Cal. Rules of Court, rule 3.1362<br>*www.courtinfo.ca.gov*

MC–053

| CASE NAME: | CASE NUMBER: |
|---|---|
| Pontus Mag Vallejo, LLC v. West American Insurance Company, et al. | 37-2021-00049771-CU-IC-CTL |

8.   The following additional hearings and other proceedings (including discovery matters) are set in this action *(describe the date, time, place, and subject matter of each)*:

9.   The trial in this action or proceeding:
   a.  ☑  is not yet set.
   b.  ☐  is set for *(specify date, time, and place)*:

10.   Client is hereby notified of the following effects this order may have upon parties.

---

**NOTICE TO CLIENT**

**Your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:**

- A guardian
- A conservator
- A trustee
- A personal representative
- A probate fiduciary
- A corporation
- A guardian ad litem
- An unincorporated association

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

---

11.   Client is notified that, if the client will be representing himself or herself, the client shall be solely responsible for the case.

---

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

**You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

---

12.   Client is notified that it is the client's duty to keep the court informed at all times of the client's current address.

---

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

**The court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.**

---

13.   The court further orders *(specify)*:

Date:  **6/9/22**

_____
JUDGE OR JUDICIAL OFFICER

**ORDER GRANTING ATTORNEY'S
MOTION TO BE RELIEVED AS COUNSEL—CIVIL**

MC–051

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John J. Mcleod, Esq. (SBN174169) / Paul C. Hirst, Esq., (SBN 234460)<br>McLEOD LAW GROUP, A.P.C.<br>1155 Camino Del Mar, Suite 510<br>Del Mar, California 92014<br>TELEPHONE NO.: (619) 236-9938      FAX NO.: (619) 236-9943<br>ATTORNEY FOR *(Name):*  Pontus Mag Vallejo, LLC | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**06/17/2022** at 03:02:00 PM<br>Clerk of the Superior Court<br>By Taylor Crandall, Deputy Clerk |

| | |
|---|---|
| NAME OF COURT:  Superior Court of California, County of San Diego | |
| STREET ADDRESS:  330 West Broadway | |
| MAILING ADDRESS:  330 West Broadway | |
| CITY AND ZIP CODE:  San Diego, California 92101 | |
| BRANCH NAME:  Hall of Justice | |

| CASE NAME:<br>Pontus Mag Vallejo, LLC v. West American Insurance Company, et al. | CASE NUMBER:<br>37-2021-00049771-CU-IC-CTL |
|---|---|
| **NOTICE OF MOTION AND MOTION<br>TO BE RELIEVED AS<br>COUNSEL—CIVIL** | HEARING DATE: July 29, 2022<br>DEPT.: C-74          TIME: 8:30 a.m.<br>BEFORE HON: Keri Katz<br>DATE ACTION FILED: 11/24/2021<br>TRIAL DATE: Not Set |

TO *(name and address of client):* Pontus Mag Vallejo, LLC

1. PLEASE TAKE NOTICE that *(name of withdrawing attorney):* John J. Mcleod, Esq. and Paul C. Hirst, Esq.
   moves under California Code of Civil Procedure section 284(2) and California Rules of Court, rule 3.1362, for an order permitting
   the attorney to be relieved as attorney of record in this action or proceeding.

2. A hearing on this motion to be relieved as counsel will be held as follows:

| a. | Date: July 29, 2022 | Time: 08:30 a.m. | Dept.: C-74 | Room: |
|---|---|---|---|---|

   b. The address of the court:  ☑ same as noted above      ☐ other *(specify):*

3. This motion is supported by the accompanying declaration, the papers and records filed in this action or proceeding, and
   the following additional documents or evidence *(specify):*

   *(This motion does not need to be accompanied by a memorandum of points and authorities. Cal. Rules of Court, rule 3.1362.)*

4. The client presently represented by the attorney is
   a. ☐ an individual.
   b. ☑ a corporation.
   c. ☐ a partnership.
   d. ☐ an unincorporated association.
   e. ☐ a guardian.
   f. ☐ a conservator.
   g. ☐ a trustee.
   h. ☐ a personal representative.
   i. ☐ a probate fiduciary.
   j. ☐ a guardian ad litem.
   k. ☐ other *(specify):*

*(Continued on reverse)*

MC–051

| CASE NAME: | CASE NUMBER: |
|---|---|
| Pontus Mag Vallejo, LLC v. West American Insurance Company, et al. | 37-2021-00049771-CU-IC-CTL |

### NOTICE TO CLIENT

**If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:**

- A guardian
- A personal representative
- A guardian ad litem
- A conservator
- A probate fiduciary
- An unincorporated association
- A trustee
- A corporation

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

5. If this motion is granted and a client is representing himself or herself, the client will be solely responsible for the case.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

**If this motion to be relieved as counsel is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

6. If this motion is granted, the client must keep the court informed of the client's current address.

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

**If this motion to be relieved as counsel is granted, the court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.**

Date:  June 17, 2022

John J. McLeod, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF ATTORNEY)

Attorney for *(name)*:  Pontus Mag Vallejo, LLC

**NOTICE OF MOTION AND MOTION
TO BE RELIEVED AS COUNSEL—CIVIL**

MC–053

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| John J. McLeod, Esq. (SBN174169)<br>Paul C. Hirst, Esq. (SBN234460)<br>McLEOD LAW GROUP, A.P.C.<br>1155 Camino Del Mar, Suite 510<br>Del Mar, California 92014<br>TELEPHONE NO.: (619) 236-9938   FAX NO. *(Optional):* (619) 236-9943<br>E-MAIL ADDRESS *(Optional):* jmcleod@mcleodlawgroup.com<br>ATTORNEY FOR *(Name):* Pontus Mag Vallejo, LLC | **ELECTRONICALLY RECEIVED**<br>Superior Court of California,<br>County of San Diego<br>**06/17/2022** at 03:02:59 PM<br>Clerk of the Superior Court<br>By Taylor Crandall, Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: 330 West Broadway | |
| MAILING ADDRESS: 330 West Broadway | |
| CITY AND ZIP CODE: San Diego, California 92101 | |
| BRANCH NAME: Hall of Justice | |

| CASE NAME:<br>Pontus Mag Vallejo, LLC v. West American Insurance Company, et al. | CASE NUMBER:<br>37-2021-00049771-CU-IC-CTL |
|---|---|

| **ORDER GRANTING ATTORNEY'S<br>MOTION TO BE RELIEVED AS COUNSEL—CIVIL** | HEARING DATE: July 29, 2022<br>DEPT.: C-74   TIME: 8:30 a.m.<br>BEFORE HON.: Keri Katz<br>DATE ACTION FILED: 11/24/2021<br>TRIAL DATE: Not Set |
|---|---|

1. The motion of *(name of attorney):* John J. Mcleod, Esq. and Paul C. Hirst, Esq.
   to be relieved as counsel of record for *(name of client):* Pontus Mag Vallejo, LLC
   a party to this action or proceeding, came on regularly for hearing at the date, time, and place indicated above.

2. The following persons were present at the hearing:

   John J. McLeod, Esq.

### FINDINGS

3. Attorney has
   a. [✓] personally served the client with papers in support of this motion.
   b. [ ] served client by mail and submitted a declaration establishing that the service requirements of California Rules of Court,
   rule 3.1362, have been satisfied.

4. Attorney has shown sufficient reasons why the motion to be relieved as counsel should be granted and why the attorney has brought
   a motion under Code of Civil Procedure section 284(2) instead of filing a consent under section 284(1).

### ORDER

5. Attorney is relieved as counsel of record for client
   a. [✓] effective upon the filing of the proof of service of this signed order upon the client.
   b. [ ] effective on *(specify date):*

6. The client's [✓] current [ ] last known   address and telephone number:

   National Registered Agents, Inc.
   330 N. Brand Blvd., Suite 700, Glendale, California 91203

   If the client's current address is known, service on the client must hereafter be made at that address unless otherwise ordered in item
   13. If the current address is not known, service must be made according to Code of Civil Procedure section 1011 (b) and rule 3.252 of
   the California Rules of Court.

7. a. The next scheduled hearing in this action or proceeding is set for *(date, time, and place):*
   August 12, 2022, 10:00 a.m., Dept. C-74 of the above-entitled court
   b. The hearing will concern *(subject matter):*
   Case Management Conference

| **NOTICE TO CLIENT**<br>You or your new attorney, if any, must prepare for and attend this hearing. |
|---|

Page 1 of 2

MC–053

| CASE NAME: | CASE NUMBER: |
|---|---|
| Pontus Mag Vallejo, LLC v. West American Insurance Company, et al. | 37-2021-00049771-CU-IC-CTL |

8.  The following additional hearings and other proceedings (including discovery matters) are set in this action *(describe the date, time, place, and subject matter of each):*

9.  The trial in this action or proceeding:
    a. ☑ is not yet set.
    b. ☐ is set for *(specify date, time, and place):*

10.  Client is hereby notified of the following effects this order may have upon parties.

---

### NOTICE TO CLIENT

**Your present attorney will no longer be representing you. You may not in most cases represent yourself if you are one of the parties on the following list:**

- A guardian
- A conservator
- A trustee

- A personal representative
- A probate fiduciary
- A corporation

- A guardian ad litem
- An unincorporated association

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION. Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

---

11.  Client is notified that, if the client will be representing himself or herself, the client shall be solely responsible for the case.

---

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

**You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

---

12.  Client is notified that it is the client's duty to keep the court informed at all times of the client's current address.

---

### NOTICE TO CLIENT WHO WILL BE UNREPRESENTED

**The court needs to know how to contact you. If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.**

---

13.  The court further orders *(specify):*

Date: _____

_____
JUDGE OR JUDICIAL OFFICER

---

MC-030

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>  John J. Mcleod, Esq. (SBN 174169) / Paul C. Hirst, Esq., (SBN 234460)<br>McLEOD LAW GROUP, A.P.C.<br>1155 Camino Del Mar, Suite 510<br>Del Mar, California 92014<br><br>  TELEPHONE NO.: (619) 236-9938   FAX NO. *(Optional)*: (619) 236-9943<br>E-MAIL ADDRESS *(Optional)*: jmcleod@mcleodlawgroup.com<br>ATTORNEY FOR *(Name)*: Pontus Mag Vallejo, LLC | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**06/17/2022** at 03:02:00 PM<br><br>Clerk of the Superior Court<br>By Taylor Crandall,Deputy Clerk |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS: 330 West Broadway<br>CITY AND ZIP CODE: San Diego, California 92101<br>BRANCH NAME: Hall of Justice |

| |
|---|
| PLAINTIFF/PETITIONER: Pontus Mag Vallejo, LLC |
| DEFENDANT/RESPONDENT: West American Insurance Company |

| | |
|---|---|
| **DECLARATION** | CASE NUMBER:<br>37-2021-00049771-CU-IC-CTL |

John J. McLeod and Paul C. Hirst of McLeod Law Group, A.P.C. seek to be relieved as counsel of record in this action for Pontus Mag Vallejo, LLC ("Pontus"), due to a breakdown in the attorney-client relationship and such other conduct that renders it unreasonably difficult for us to continue to provide representation.

I have informed Andrew Haley, Vice President of Pontus, that our office seeks to be relieved as counsel of record, and I am informed and believe that Pontus will be retaining new counsel. To date, Pontus has not identified for us their new counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  June 17, 2022

John J. McLeod, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☑ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify)*:

**PROOF OF SERVICE**

*Pontus Mag Vallejo, LLC. v. West American Insurance Company*
37-2021-00049771-CU-IC-CTI

STATE OF CALIFORNIA         )
                                  ) ss:
COUNTY OF SAN DIEGO     )

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the action. My business address is 1155 Camino Del Mar, Suite 510, Del Mar, CA 92014. On June 17, 2022, I served the document(s) on the interested parties in this action as follows:

**1. NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL;**
**2. DECLARATION OF JOHN J. MCLEOD IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL;**
**3. and ORDER GRANTING ATTORNEY'S AND MOTION TO BE RELIEVED AS COUNSEL;**

By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:
SEE ATTACHED SERVICE LIST

☐   **BY MAIL**: The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Del Mar, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☐   **BY OVERNIGHT DELIVERY**: By causing such envelope to be deposited or delivered in a box or other facility regularly maintained by Federal Express authorized to receive documents, or delivering to a courier or driver authorized by said express service carrier to receive documents, the copy of the foregoing document in a sealed envelope designated by the express service carrier, addressed as stated above, with fees for overnight (next business day) delivery paid or provided for and causing such envelope to be delivered by said express service carrier on _____.

☐   **BY FACSIMILE MACHINE**: The foregoing document(s) was transmitted to the above-named persons by facsimile transmission from (619) 236-9943 before 5:00 p.m. on said date and the transmission was reported as complete and without error.

☒   **BY ELECTRONIC MAIL**: I electronically served the foregoing document(s) via electronic mail (email) from the email address srodriguez@mcleodlawgroup.com. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☐   **BY PERSONAL SERVICE:** I caused to be delivered the foregoing document(s) to the addressee(s) specified.

Executed on June 17, 2022, at Del Mar, California.

*Seth Rodriguez*
_____
Seth Rodriguez

PROOF OF SERVICE

**SERVICE LIST**

*Pontus Mag Vallejo, LLC. v. West American Insurance Company*
37-2021-00049771-CU-IC-CTI

| | |
|---|---|
| Nicholas J. Boos, Esq. (SBN 233399)<br>nboos@maynardcooper.com<br>Norman Lau, Esq. (SBN 253690)<br>nlau@maynardcooper.com<br>MAYNARD COOPER & GALE LLP<br>Two Embarcadero Center, Suite 1450<br>San Francisco, California 94111<br>Telephone: (415) 646-4700<br>Facsimile: (205) 254-1999 | Attorneys for Defendant,<br>**WEST AMERICAN INSURANCE<br>COMPANY** |

1

PROOF OF SERVICE

JOHN J. MCLEOD, (SBN 174169)
MCLEOD LAW GROUP
1155 CAMINO DEL MAR, SUITE 510
DEL MAR, CA 92014
619-236-9938
Attorney for: PONTUS MAG VALLEJO, LLC
Atty. File No.: PONTUS MAG VALLEJO,

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**06/27/2022** at 02:22:00 PM
Clerk of the Superior Court
By Shameka Simpson, Deputy Clerk

SUPERIOR COURT OF CA., COUNTY OF SAN DIEGO
CENTRAL DIVISION-HALL OF JUSTICE

PLAINTIFF    : PONTUS MAG VALLEJO, LLC
DEFENDANT    : WEST AMERICAN INSURANCE ET AL.

Case No. : 37-2021-00049771-CU-IC-CTL
**PROOF OF SERVICE**

Hearing date: July 29,2022      Time : 08:30 AM      Dept./Div. :  C-74

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the   NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL-
                        CIVIL; DECLARATION; ORDER GRANTING ATTORNEY'S MOTION
                        TO BE RELIEVED AS COUNSEL-CIVIL

3.    a.  Party Served    :  PONTUS MAG VALLEJO, LLC
                        AUTHORIZED AGENT FOR SERVICE: NATIONAL REGISTERED AGENTS, INC.
      b.  Person Served  :  JOHN MONTIJIO, CLERK
                        (AUTHORIZED TO ACCEPT FOR NATIONAL REGISTERED AGENTS)

4.    Address where the party was served: 330 NORTH BRAND BLVD      SUITE 700
                        GLENDALE, CA 91203  (Business)

5.    I served the party
      a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to
          receive service of process for the party  (1) on  June 20, 2022  (2) at: 12:14 PM

6.    Witness fees were not demanded and were not paid.

7.    **Person who served papers**
      a.  SAL DIMAS
      b.  KNOX ATTORNEY SERVICE
          1550 HOTEL CIRCLE NORTH SUITE 440
          SAN DIEGO, CA 92108
      c.  619-233-9700

      d.  Fee For Service : $ 135.75
      e.  I am
          (3)  a registered California process server
          (i)   an independent contractor
          (ii)  Registration No.: 152
          (iii) County: San Diego

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  June 21, 2022

Signature: _____

SAL DIMAS

# PROOF OF SERVICE

STATE OF CALIFORNIA                    )
COUNTY OF SAN FRANCISCO          )

     I am employed in the County of San Francisco, State of California.  I am over the age of 21 and am not a party to the within action.  My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

## NOTICE OF REMOVAL

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

John J. McLeod (SBN 174169)
jmcleod@mcleodlawgroup.com
Paul C. Hirst (SBN 234460)
phirst@mcleodlawgroup.com
McLEOD LAW GROUP, A.P.C.
1155 Camino Del Mar, Suite 510
Del Mar, California 92014
Tel: (619) 236-9938
Fax: (619) 236-9943

*Attorneys for Plaintiff*

**[X]**    **BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Francisco, California. The envelope(s) was (were) mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on the same day in the ordinary course of business.

**[X]**    **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from email address bday@maynardcooper.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

     I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed on July 25, 2022, in San Francisco, California.

Brian Day

{06316833.1}

NOTICE OF REMOVAL