SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
Timothy C. Earl, SBN 174967
 earl@sullivanhill.com
Yaniv Newman, SBN 293149
 newman@sullivanhill.com
600 B Street, 17th Floor
San Diego, California 92101
Telephone: (619) 233-4100; Fax Number: (619) 231-4372

Attorneys for Plaintiff PONTUS MAG VALLEJO, LLC

NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
MAYNARD COOPER & GALE LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:   (415) 646-4700
Facsimile:   (205) 254-1999

Attorneys for Defendant
WEST AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PONTUS MAG VALLEJO, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>     v.<br><br>WEST AMERICAN INSURANCE COMPANY, an Indiana corporation,<br><br>                    Defendants. | Case No. 22-cv-1086-BAS-DDL<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

{06756184.1}

**IT IS HEREBY STIPULATED** by and between Plaintiff Pontus Mag Vallejo, LLC and Defendant West American Insurance Company, through their counsel of record, that the above captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

All signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

Dated: March 2, 2023

SULLIVAN HILL LEWIN REZ & ENGEL
A Professional Law Corporation

By: */s/ Timothy C. Earl*
Timothy C. Earl
Yaniv Newman
Attorney for Plaintiff PONTUS MAG VALLEJO, LLC

Dated: March 2, 2023

MAYNARD COOPER & GALE, LLP

By: */s/ Nicholas J. Boos*
NICHOLAS J. BOOS
Attorneys for Defendant WEST AMERICAN INSURANCE COMPANY

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
COUNTY OF SAN FRANCISCO  )

    I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing documents described as:

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE; [PROPOSED] ORDER**

to the following:

Timothy C. Earl
earl@sullivanhill.com
Yaniv Newman
newman@sullivanhill.com
600 B Street, 17th Floor
San Diego, California 92101
Tel.: (619) 233-4100
Fax: (619) 231-4372

*Attorneys for Plaintiff*

**[X]   BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

    I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on March 2, 2023, in San Francisco, California.

*/s/ Brian Day*
_____
Brian Day

{06756184.1}